IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA<br>individually and on behalf of others similarly,<br>situated,<br>        Plaintiff,<br>v.<br><br>TRUGREEN LIMITED PARTNERS and,<br>TRUGREEN, INC. d/b/a TRUGREEN<br>CHEMLAWN<br><br>        Defendant. | Civil Action No: 06-185  GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Edward Tuddenham, Esquire to represent Ramon Villanueva-Bazaldua in this matter. Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

Respectfully submitted,

RAPPOSELLI, CASTRO & GONZALES

_____  
Vivian L. Rapposelli (#3204)  
916 North Union Street  
Suite 2  
Wilmington, DE 19805  
(302) 652-8711  
(302) 652-8712  
Attorneys for Plaintiff

_____  
Edward Tuddenham  
272 W. 107th St. #20A  
NY, NY 10025  
(212)-866-6026  
(212) 866-6026  
Tex Bar 20282300  
Attorney for Plaintiff

Dated: 4/6/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA ) <br> individually and on behalf of others similarly, ) <br> situated, ) <br>          Plaintiff, ) <br> v. ) <br> ) <br> TRUGREEN LIMITED PARTNERS and, ) <br> TRUGREEN, INC. d/b/a TRUGREEN ) <br> CHEMLAWN ) <br>          Defendant. | **Civil Action No: 06-185** |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Edward Tuddenham is granted.

Date: _____

_____
United States District Judge