IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUGREEN LIMITED PARTNERS[1] and TRUGREEN, INC.[2] d/b/a TRUGREEN CHEMLAWN,[3]<br><br>Defendants. | Civil Action No. 06-185 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael L. Banks to represent Defendants in this matter.

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly

---

MICHAEL P. KELLY (DE ID# 2295)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300

Attorney for Defendants,

Dated: April 27, 2006

---

[1]   The correct legal name is TruGreen Limited Partnership.

[2]   TruGreen, Inc. was not Plaintiff's employer, and therefore, is not a proper party in this action.

[3]   TruGreen, Inc. does not do business as (d/b/a) TruGreen Chemlawn; TruGreen Limited Partnership does do business as (d/b/a) TruGreen Chemlawn.

ME1\5620544.1

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for Michael L. Banks is GRANTED.

Date:_____          _____
                                                                       United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to __X_ the Clerk's Office upon the filing of this motion.

Date: 4/26/06          _____
                                  Michael L. Banks (Pa. I.D. #35052)
                                  MORGAN, LEWIS & BOCKIUS, LLP
                                  1701 Market Street
                                  Philadelphia, PA 19103-2921
                                  (215) 963-5387/5077