IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA<br>individually and on behalf of other<br>similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRUGREEN LIMITED PARTNERS[1]<br>and TRUGREEN, INC.[2] d/b/a<br>TRUGREEN CHEMLAWN,[3]<br><br>    Defendants. | Civil Action No. 06-185 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sarah E. Bouchard to represent Defendants in this matter.

            McCARTER & ENGLISH, LLP

            /s/ Michael P. Kelly
            _____
            MICHAEL P. KELLY (DE ID# 2295)
            919 North Market Street, Suite #1800
            P. O. Box 111
            Wilmington, DE 19899
            (302) 984-6300

            Attorney for Defendants,

Dated: April 27, 2006

---

[1]   The correct legal name is TruGreen Limited Partnership.

[2]   TruGreen, Inc. was not Plaintiff's employer, and therefore, is not a proper party in this action.

[3]   TruGreen, Inc. does not do business as (d/b/a) TruGreen Chemlawn; TruGreen Limited Partnership does do business as (d/b/a) TruGreen Chemlawn.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for Sarah E. Bouchard is GRANTED.

Date:_____      _____
                                  United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Pennsylvania and New Jersey and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to __X_ the Clerk's Office upon the filing of this motion.

Date: 4/24/06      _____
                   Sarah E. Bouchard (Pa. I.D. #77088)
                   MORGAN, LEWIS & BOCKIUS, LLP
                   1701 Market Street
                   Philadelphia, PA 19103-2921
                   (215) 963-5387/5077