Michael P. Kelly

Managing Partner

(302) 984-6301 D-Dial
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

May 23, 2005



ATTORNEYS AT LAW

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Re:  *Villanueva-Bazaldua v. TruGreen Limited Partners, et al.*, D.Del.,
     C.A. No. 06-CV-00185 GMS.

Dear Judge Sleet:

     In accordance with Local Rule 7.1.4, Defendants respectfully request that oral argument
on Plaintiff's Motion To Conditionally Certify An FLSA Collective Action and on Defendants'
Motion for Expedited Limited Discovery be held at the convenience of the Court.

                              Respectfully submitted,

                              /s/ Michael P. Kelly

                              Michael P. Kelly
                              (Del. Bar ID #2295)

MPK/tmp

cc:  Vivian L. Rapposelli, Esquire (via e-file and facsimile)

MEI\5662464.1

HARTFORD      STAMFORD      NEW YORK CITY     NEWARK       PHILADELPHIA     WILMINGTON      BALTIMORE
860.275.6700   203.324.1800   212.609.6800    973.622.4444   215.979.3800    302.984.6300    410.659.8500