

# Rapposelli Castro & Gonzales

916 North Union Street, Suite 2
Wilmington, Delaware 19805
302-652-8711
Fax: 302-652-8712
Toll Free: 866-652-8711

Vivian L. Rapposelli, DE & PA
Tabatha L. Castro, DE & NJ
Peter J. Gonzales, PA

e-mail: vrapposelli@rcglaw.com

May 23, 2006

Hon. Gregory M. Sleet
J. Caleb Boggs Federal Bldg.
844 N. King St. Rm. 4324
Lockbox 19
Wilmington, Delaware 19801

Re: **Villanueva-Bazaldua v. TruGreen Limited Partners**
**C.A. 06-cv-00185 GMS**

Dear Judge Sleet:

Defendants have requested oral argument on Plaintiff's motion to conditionally certify an FLSA collective action and on Defendant's motion for expedited limited discovery. While Plaintiff does not believe that argument is necessary, if it is scheduled, Plaintiff would request that it be scheduled prior to June 8, 2006. Plaintiff's counsel, Edward Tuddenham, who will be arguing the motions, will be moving his family from New York City to Texas on June 8 and it would greatly simplify his schedule if the argument could occur before that date. If that is not possible, Plaintiff would request that the Court schedule argument before June 24 when Mr. Tuddenham will be traveling to England where his wife will be teaching at Oxford during the month of July.

I greatly appreciate the Court's consideration of this request.

RAPPOSELLI, CASTRO & GONZALES

Sincerely yours,

VIVIAN L. RAPPOSELLI

VLR/lc
cc: Edward Tuddenham, Esquire
    Michael P. Kelly, Esquire (via e-file and facsimile 302-984-6399)

---

| Milford | Wilmington | Kennett Square |
|---|---|---|
| 556 South Dupont Highway, Suite G | 916 N. Union Street, Suite 2 | 110 East State Street, Suite 4 |
| Milford, DE 19963 | Wilmington, DE 19805 | Kennett Square, PA 19348 |
| 302-424-2280 | 302-652-8711 | 610-444-9724 |