IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

       Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

       Defendants.

CA 1:06-cv-00185-GMS

Class Action

---

## NOTICE OF CHANGE OF ADDRESSES FOR
## PLAINTIFF'S COUNSEL

Plaintiff, through his undersigned attorneys, hereby give notice that his attorneys addresses

have changed. The new addresses are:

Vivian L. Rapposelli
Rapposelli, Castro & Gonzales
1300 Grant Ave. Suite 100
Wilmington, Del. 19806
Tel: 302-652-8711
Fax: 302-652-8712
Email: vrapposelli@rcglaw.com

Edward Tuddenham
153 Upland Rd.
Cambridge, Mass 02140
Tel: 617-576-2182
Fax: 512-532-7780
E-mail: etudden@io.com

Respectfully submitted,

Vivian L. Rapposelli
Rapposelli, Castro & Gonzales
1300 Grant Ave. Suite 100
Wilmington, Del. 19806

Tel: 302-652-8711
Fax: 302-652-8712

Edward Tuddenham
153 Upland Rd.
Cambridge, Mass 02140
617-576-2182
Fax: 512-532-7780

Attorneys for Plaintiff.

CERTIFICATE OF SERVICE

I certify that on this _____ day of _____, 2006, I caused electronic copies of the foregoing Plaintiffs' Notice of Change of Addresses to be served via the Court's CM/ECF system to counsel for the defense:

Michael P. Kelly
McCarter & English
Citizens Bank Building
919 N. Market St. 18th Floor
Wilmington, Delaware 19801

Michael Banks
Sarah Bouchard
Morgan Lewis 1701 Market St
Philadelphia, Pa. 19103

RAPPOSELLI, CASTRO & GONZALES

Vivian L. Rapposelli, Esquire
DE Bar No. 3204
1300 Grant Avenue, Suite 100
Wilmington, DE 19806
(302) 652-8711
Attorney for Plaintiff

Date: August 29, 2006