IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

---

## REPORT OF RULE 26(f) CONFERENCE

Plaintiff, through his undersigned attorneys, hereby reports that on August 28, 2006, the parties conferred by telephone pursuant to Rule 26(f). Present for Plaintiffs were Vivian Rapposelli and Edward Tuddenham. Present for the Defendants were Sarah Bouchard and Beth Henke. The discussed the possibility of settlement, agreed to exchange Rule 26(a)(1) initial disclosures by September 11, 2006, and agreed to proceed with discovery.

Respectfully submitted,

Vivian L. Rapposelli
Rapposelli, Castro & Gonzales
1300 Grant Ave Suite 100
Wilmington, Delaware 19806
Tel: 302-652-8711
Fax: 302-652-8712

Edward Tuddenham
153 Upland Rd.
Cambridge, Mass 02140
Tel: 617-576-2182
Fax: 512-532-7780

Attorneys for Plaintiff.

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2006, I caused electronic copies of the foregoing Report of Rule 26(f) Conference to Defendant TruGreen Limited Partners, to be served via the Court's CM/ECF system to counsel for the defense:

    Michael P. Kelly
    McCarter & English
    Citizens Bank Building
    919 N. Market St. 18th Floor
    Wilmington, Delaware 19801

    Michael Banks
    Sarah Bouchard
    Morgan Lewis 1701 Market St.
    Philadelphia, Pa. 19103

               RAPPOSELLI, CASTRO & GONZALES

               Vivian L. Rapposelli, Esquire
               DE Bar No. 3204
               1300 Grant Avenue, Suite 100
               Wilmington, DE 19806
               (302) 652-8711
               Attorney for Plaintiff

Date: August 29, 2006