CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2006, I caused two copies of the foregoing Plaintiffs' First Set of Requests for Admission and Attachment to Requests for Admission to Defendant TruGreen Limited Partners, to be served via first class mail to counsel for the defense:

>Michael P. Kelly
>McCarter & English
>Citizens Bank Building
>919 N. Market St. 18th Floor
>Wilmington, Delaware 19801

>Michael Banks
>Sarah Bouchard
>Morgan Lewis 1701 Market St.
>Philadelphia, Pa. 19103

RAPPOSELLI, CASTRO & GONZALES

_____
Vivian L. Rapposelli, Esquire
DE Bar No. 3204
1300 Grant Avenue, Suite 100
Wilmington, DE 19806
(302) 652-8711
Attorney for Plaintiff

Date: August 29, 2006

*First Admissions to*
*TruGreen Limited Partnership*          5