CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2006, I caused two copies of the foregoing Interrogatories to Defendant TruGreen Limited Partners, to be served via first class mail to counsel for the defense:

Michael P. Kelly
McCarter & English
Citizens Bank Building
919 N. Market St. 18th Floor
Wilmington, Delaware 19801

Michael Banks
Sarah Bouchard
Morgan Lewis 1701 Market St.
Philadelphia, Pa. 19103

RAPPOSELLI, CASTRO & GONZALES

Vivian L. Rapposelli, Esquire
DE Bar No. 3204
1300 Grant Avenue, Suite 100
Wilmington, DE 19806
(302) 652-8711
Attorney for Plaintiff

Date: August 29, 2006