CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2006, I caused two copies of the foregoing Plaintiffs' First Set of Requests for Production of Documents to Defendant TruGreen Limited Partners, to be served via first class mail to counsel for the defense:

>Michael P. Kelly
>McCarter & English
>Citizens Bank Building
>919 N. Market St. 18th Floor
>Wilmington, Delaware 19801

>Michael Banks
>Sarah Bouchard
>Morgan Lewis 1701 Market St.
>Philadelphia, Pa. 19103

>RAPPOSELLI, CASTRO & GONZALES

>Vivian L. Rapposelli, Esquire
>DE Bar No. 3204
>1300 Grant Avenue, Suite 100
>Wilmington, DE 19806
>(302) 652-8711
>Attorney for Plaintiff

Date: August 29, 2006