**Morgan Lewis**
COUNSELORS AT LAW

Beth M. Henke
412.560.3346
bhenke@morganlewis.com

**VIA FEDERAL EXPRESS**

September 13, 2006

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4234
Lockbox 19
Wilmington, DE 19801

Re:   Villanueva-Bazaldua v. TruGreen Limited Partners et al.
      Civil Action No. 06-CV-00185 GMS

Dear Judge Sleet:

Defendants have been informed that Mr. Villanueva-Bazaldua is legally in the country for only a limited period of time, and the parties have agreed to depose Mr. Villanueva-Bazaldua on Thursday, October 5, 2006. Accordingly, Defendants respectfully request that the Court stay any decision on Defendants' pending Motion for Expedited Limited Discovery and Plaintiff's Motion to Conditionally Certify a FLSA Collective Action until after Mr. Villanueva-Bazaldua's deposition so that Defendants can have a reasonable opportunity to file appropriate supplemental briefs regarding the matters at issue based on relevant information obtained during Mr. Villanueva-Bazaldua's deposition. Counsel for Defendants conferred with counsel for Plaintiff regarding this request, and although counsel for Plaintiff objects to the request for a stay, Plaintiff's counsel is aware that Defendants would be submitting this request to the Court.

Morgan Lewis
COUNSELORS AT LAW

The Honorable Gregory M. Sleet
September 13, 2006
Page 2

We appreciate the Court's consideration of this matter.

Respectfully,

/s/ Beth M. Henke

Beth M. Henke

BMH/dat

c:  Edward Tuddenham, Esquire (via facsimile)
    Vivian Rapposelli, Esquire (via facsimile)
    Michael P. Kelly, Esquire (via .pdf)
    Michael L. Banks, Esquire (via .pdf)
    Sarah E. Bouchard, Esquire (via .pdf)