## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA<br>individually and on behalf of others<br>similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>TRUGREEN LIMITED PARTNERS[1]<br>and TRUGREEN, INC.[2] d/b/a<br>TRUGREEN CHEMLAWN,[3]<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.: 06-185 (GMS) |

### NOTICE OF VIDEO DEPOSITION FOR USE AT TRIAL

PLEASE TAKE NOTICE that the video deposition for use at trial of Plaintiff Ramon

Villanueva-Bazaldua will take place on October 5, 2006 at 9:00 a.m., at the offices of Morgan,

Lewis and Bockius LLP, 1701 Market Street, Philadelphia, PA 19103, and will continue from

day to day until concluded.  You are invited to attend.

        Respectfully submitted,

        /s/Michael P. Kelly
        Michael P. Kelly (de Bar ID #2295)
        McCarter & English
        Citizens Bank Building
        919 N. Market Street, 18th Floor
        Wilmington, DE 19801
        (302) 984-6301

Dated: September 20, 2006        Attorney for Defendants

---

[1]    The correct legal name is TruGreen Limited Partnership.

[2]    TruGreen, Inc. was not Plaintiff's employer, and therefore, is not a proper party in this action.

[3]    TruGreen, Inc. does not do business as (d/b/a) TruGreen Chemlawn; TruGreen Limited Partnership does do business as (d/b/a) TruGreen Chemlawn.

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, hereby certify that a true and correct copy of Notice of Video

Deposition for Use at Trial was served via e-file on this 20th day of September, 2006, upon the

following:

    Vivian L. Rapposelli, Esquire (#3204)
    Rapposelli, Castro & Gonzales
    1300 Grant Ave., St. 100
    Wilmington, DE  19806


                                        /s/ Michael P. Kelly
                                        Michael P. Kelly