UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA<br>individually and on behalf of others<br>similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>TRUGREEN LIMITED PARTNERS[1]<br>and TRUGREEN, INC.[2] d/b/a<br>TRUGREEN CHEMLAWN,[3]<br><br>      Defendant. | C. A. No. 06-185 (GMS) |

## NOTICE OF SERVICE

I, Michael P. Kelly, hereby certify that a true and correct copy of Defendant's Rule 26(A)(1) Initial Disclosures were served via e-mail and first class mail on this 22nd day of September, 2006, upon the following:

    Vivian L. Rapposelli, Esquire (#3204)
    Rapposelli, Castro & Gonzales
    1300 Grant Ave., St. 100
    Wilmington, DE 19806
    vrapposelli@rcglaw.com

    Edward Tuddenham, Esquire
    153 Upland Road
    Cambridge, MA 02140
    etudden@io.com

---

[1] The correct legal name is TruGreen Limited Partnership.

[2] TruGreen, Inc. was not Plaintiff's employer, and therefore, is not a proper party in this action.

[3] TruGreen, Inc. does not do business as (d/b/a) TruGreen Chemlawn; TruGreen Limited Partnership does do business as (d/b/a) TruGreen Chemlawn.

                    Respectfully submitted,

                    /s/Michael P. Kelly
                    Michael P. Kelly (de Bar ID #2295)
                    McCarter & English
                    Citizens Bank Building
                    919 N. Market Street, 18th Floor
                    Wilmington, DE 19801
                    (302) 984-6301

Dated: September 22, 2006        Attorney for Defendants

ME1\5862812.1