UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUGREEN LIMITED PARTNERS[1] and TRUGREEN, INC.[2] d/b/a TRUGREEN CHEMLAWN,[3]<br><br>Defendant. | C. A. No. 06-185 (GMS) |

## NOTICE OF SERVICE

I, Michael P. Kelly, hereby certify that a true and correct copy of Defendants' Responses to Plaintiff's Request for Production of Documents, Defendants' Responses to Plaintiff's First Request for Admissions and Defendants' Responses to Plaintiff's Interrogatories to Defendant were served on this 28th day of September, 2006, upon the following counsel of record as indicated:

**BY HAND DELIVERY & EMAIL**

Vivian L. Rapposelli, Esquire (#3204)
Rapposelli, Castro & Gonzales
1300 Grant Ave., St. 100
Wilmington, DE 19806
vrapposelli@rcglaw.com

---

[1] The correct legal name is TruGreen Limited Partnership.

[2] TruGreen, Inc. was not Plaintiff's employer, and therefore, is not a proper party in this action.

[3] TruGreen, Inc. does not do business as (d/b/a) TruGreen Chemlawn; TruGreen Limited Partnership does do business as (d/b/a) TruGreen Chemlawn.

ME1\5872904.1

**VIA FIRST CLASS MAIL & EMAIL**

Edward Tuddenham, Esquire
153 Upland Road
Cambridge, MA 02140
etudden@io.com

                                      Respectfully submitted,

                                      /s/Michael P. Kelly
                                      Michael P. Kelly (de Bar ID #2295)
                                      McCarter & English
                                      Citizens Bank Building
                                      919 N. Market Street, 18th Floor
                                      Wilmington, DE 19801
                                      (302) 984-6301

Dated: September 28, 2006                Attorney for Defendants

ME1\5872904.1