Andrew S. Dupre
Associate, Business Litigation

(302) 984-6328 D-Dial
adupre@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

October 20, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Re: *Villanueva-Bazaldua v. TruGreen Limited Partners, et al.*, D.Del., C.A. No. 06-CV-00185 GMS.

Dear Judge Sleet:

     A Scheduling Conference is set for October 26, 2006 in the above matter. Unfortunately, our co-counsel will be traveling from October 25-27. Co-counsel would like to attend the conference if at all possible. Plaintiff's counsel does not oppose rescheduling. Defendant therefore respectfully requests that the October 26 scheduling conference be rescheduled.

     I am available at the Court's convenience should have any questions or comments.

Respectfully submitted,

Andrew S. Dupre
(Del. Bar ID #4621)

ASD/tmp

cc: Vivian L. Rapposelli, Esquire (via e-file and e-mail)
    Edward S. Tuddenham, Esquire (via e-file and e-mail)

ME1\5913844.1