Rapposelli Castro & Gonzales   *Attorneys at Law*

Vivian L Rapposelli | DE & PA
Tabatha L Castro | DE & NJ
Peter J Gonzales | PA
Yesenia M Rivera | NY

*www.rcglaw.com*

email: vrapposelli@rcglaw.com

October 20, 2006

Hon. Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King St.
Room 4234 Lockbox 19
Wilmington, DE 19801

     Re: Villanueva v. TruGreen

Dear Judge Sleet:

     Plaintiff's counsel just received a copy of Defendants' letter of October 20, 2006 indicating that Plaintiff does not oppose rescheduling the Scheduling Conference in the above-referenced case which is currently set for October 26. To clarify, although Plaintiff's counsel Edward Tuddenham obtained an airline ticket for October 26 before Defendants requested a continuance, Plaintiff does not oppose rescheduling as long it can be reset quickly. As Plaintiff has made clear on several occasions, the statute of limitations continues to run against the putative FLSA class members until such time as they receive notice of their right to join this action and file their consent to sue forms. For that reason, Plaintiff would prefer that the Scheduling Conference be held on October 26 or as soon thereafter as possible.

     Thank you for your attention to this matter.

                                              RAPPOSELLI, CASTRO & GONZALES

                                             Sincerely,

                                             VIVIAN L. RAPPOSELLI

VLR/iyt