# Rapposelli Castro & Gonzales  *Attorneys at Law*

Vivian L. Rapposelli | DE & PA
Tabatha L. Castro | DE & NJ
Peter J. Gonzales | PA
Yesenia M. Rivera | NY

www.rcglaw.com

October 23, 2006

Hon. Gregory M. Sleet
J. Caleb Boggs Federal Bldg.
844 N. King St. Rm. 4324
Lockbox 19
Wilmington, Delaware 19801

    Re:    **Villanueva-Bazaldua v. TruGreen Limited Partners**
             <u>**C.A. 06-cv-00185 GMS**</u>

Dear Judge Sleet:

    On October 20, 2006 Defendants in the above-referenced action filed a motion (D.I. 35) for leave to file a supplemental brief in further support of their opposition to Plaintiff's motion to conditionally certify an FLSA collective action (D.I. 14). Defendants did not confer with Plaintiff's counsel prior to filing their motion. Nevertheless, I am writing to indicate to the Court that Plaintiff does not oppose Defendants' motion as long as Plaintiff is given an opportunity to reply to the issues raised in Defendants' supplemental brief. Plaintiff's counsel have conferred with Defendants and they do not oppose Plaintiff being allowed to respond if Defendant's supplemental brief is allowed to be filed.

    Thank you for your attention to this matter.

                                                    Sincerely,

                                                    VIVIAN L. RAPPOSELLI

VLR/cam

---

1300 Grant Avenue, Suite 100, Wilmington, DE 19806   Phone | 302.652.8711   Fax | 302.652.8712
251 South Camac Street, Philadelphia, PA 19107   Phone | 267.322.6776   Fax | 267.322.6775