Andrew S. Dupre
Associate, Business Litigation

(302) 984-6328 D-Dial
adupre@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



November 7, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Re:   *Villanueva-Bazaldua v. TruGreen Limited Partners, et al.*, D.Del.,
      C.A. No. 06-CV-00185 GMS.

Dear Judge Sleet:

      Defendant TruGreen Limited Partnership, d/b/a TruGreen ChemLawn respectfully requests that oral argument be scheduled in the above-referenced matter to address the issues newly raised in Plaintiff's Supplemental Brief.

      I am available at the Court's convenience should you have any questions or comments.

      Respectfully submitted,

      /s/ Andrew S. Dupre

      Andrew S. Dupre
      (Del. Bar ID #4621)

ASD/tmp

cc:   Vivian L. Rapposelli, Esquire (via e-file and e-mail)
      Edward S. Tuddenham, Esquire (via e-file and e-mail)

ME1\5913844.1

HARTFORD        STAMFORD        NEW YORK CITY    NEWARK          PHILADELPHIA    WILMINGTON      BALTIMORE
860.275.6700    203.324.1800    212.609.6800     973.622.4444    215.979.3800    302.984.6300    410.659.8500