IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF MOTION TO CONDITIONALLY CERTIFY AN FLSA COLLECTIVE ACTION OR ALTERNATIVELY AMENDED MOTION FOR CONDITIONAL CERTIFICATION

Vivian L. Rapposelli
(DE Bar No 3204)
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, DE 19806
(302) 652-8711

Edward Tuddenham
(TX Bar No. 20282300)
153 Upland Rd.
Cambridge, Mass 02140
(617) 576-2182

ATTORNEYS FOR PLAINTIFF

Now comes Plaintiff Ramon Villanueva and moves this Court, pursuant to Local Rule 7.1.5, to reconsider its Order of March 19, 2007 (D.I. 44) denying Plaintiff's motion to conditionally certify this as an FLSA collective action. Alternatively, as this motion relies on discovery not

1

available to Plaintiff at the time of his original motion, Plaintiff requests the Court to consider this as an Amended Motion for Conditional Certification of an FLSA class. In support of this motion Plaintiff would show the Court as follows.

In support of this motion, Plaintiff would refer the Court to his Brief In Support filed herewith and to the documents in the Appendix to this motion.

Respectfully submitted,

/s/ *Vivian L. Rapposelli*
Vivian L. Rapposelli
(DE Bar No. 3204)
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, DE 19806
(302) 652-8711

Edward Tuddenham
(TX Bar No. 20282300)
153 Upland Rd.
Cambridge, Mass 02140
(617) 576-2182

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this 29th day of March 2006, I served the foregoing document on Defendants by mailing by e-mailing it to the Defendant's attorneys as follows:

Michael P. Kelly        Mkelly@mccarter.com
McCarter & English
Citizens Bank Building
919 N. Market St. 18th Floor
Wilmington, Delaware 19801

Michael Banks        sbouchard@morganlewis.com
Sarah Bouchard
Morgan Lewis
1701 Market St.
Philadelphia, Pa  19103

                                        /s/ *Edward Tuddenham*
                                        Edward Tuddenham

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

## ORDER

CAME ON to be heard Plaintiff's motion for reconsideration of the Court's Order of March 19, 2007 (DI 44) or, alternatively, amended motion for conditional certification of an FLSA class. The court, having considered the motion, the record in this case, and the arguments of counsel, is of the opinion that the motion should be granted. It is, therefore,

ORDERED that Plaintiff's Amended Motion for Conditional Certification of an FLSA Class is hereby GRANTED. Defendants are ordered to provide counsel for Plaintiffs the information regarding the class requested in Plaintiff's original motion for conditional certification (DI 14) and Plaintiff shall issue the notice appended to his original motion with 14 days of the receipt of the names and addresses of the class members. The members of the class shall have 180 days to file their opt-in forms.

Done this ____ day of _____, 2007.

                                                                           GREGORY M. SLEET
                                                                           UNITED STATES DISTRICT JUDGE