IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

_____

PLAINTIFF'S APPENDIX
TO
PLAINTIFF'S MOTION FOR RECONSIDERATION OF
MOTION TO CONDITIONALLY CERTIFY AN FLSA CLASS
OR ALTERNATIVELY AMENDED MOTION FOR CONDITIONAL
CERTIFICATION

Vivian L. Rapposelli
(DE Bar No.: 3204)
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, DE 19806
(302) 302-652-8711

Edward Tuddenham
(TX Bar No. 20282300)
153 Upland Rd.
Cambridge, Mass 02140
(617) 576-2182

ATTORNEYS FOR PLAINTIFF

# TABLE OF CONTENTS

Affidavit of Edward Tuddenham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App-5

List of TruGreen Offices and H-2B workers 2003-2006
       Produced by Counsel for Defendant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .App-9

       Summary of information on List of TruGreen Offices . . . . . . . . . . . . . . . . . . . . . . App-21

Sample Documents From Individual H-2B Worker Files
       Produced By Defendant From LLS Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App-23

       Worker A – Thorofare N.J. Office  2005
              Terms of Employment Document (TRU 1554). . . . . . . . . . . . . . . . . . . . . .App-25
              Document Listing Expenses Owed (TRU 1556) w/ English translation.. . . . .App-27

       Worker B – Malvern Pa. Office  2005
              Terms of Employment Document (TRU 2205). . . . . . . . . . . . . . . . . . . . . . . App-30
              Document Listing Expenses Owed (TRU 2207) w/ English translation . . . . App-32

       Worker C – Sterling Va. Office 2004
              Terms of Employment Document (TRU 1518). . . . . . . . . . . . . . . . . . . . . . . App-35
              Document Listing Expenses Owed (TRU 1519) w/ English Translation . . . . App-36

       Worker D – Allentown Pa. Office 2004
              Terms of Employment Document (TRU 2153). . . . . . . . . . . . . . . . . . . . . . . .App-39
              Document Listing Expenses Owed (TRU 2154) w/ English Translation . . . .App-40

       Worker E – S. Plainfield N.J.  2004
              Terms of Employment Document (TRU 1880) . . . . . . . . . . . . . . . . . . . . . . . App-43
              Document Listing Expenses Owed (TRU 1881) w/ English Translation . . . App-44

       Worker F – Westerville Ohio 2003
              Terms of Employment Document (TRU 1609) . . . . . . . . . . . . . . . . . . . . . . .App-47
              Document Listing Expenses Owed (1610) w/ English Translation . . . . . . . .App-48

       Worker G – Sterling Va. Office 2006
              Terms of Employment Document (TRU 1389) w/ English Translation . . . . .App-51
              Document Listing Expenses Owed (1610) w/ English Translation . . . . . . . .App-53

Worker H – Upper Saddle River, N.J.  2006
 Terms of Employment Document (TRU 1570) w/ English Translation . . . .App-56

 Document Listing Expenses Owed (TRU 1572) w/ English Translation . . . App-58

Summaries of Information Contained In Individual Worker Files
 Produced by Defendants

 1. Summary of Terms of Employment Documents showing number
    of workers assigned to each branch office, each year, and their wage rates. . . . . . . App-62

 2. Summary of Bate Stamp Nos. Of "terms of employment document"
    and "document listing expenses owed" from each worker file . . . . . . . . . . . . . . . .App-66

Defendants' Response To Request for Admission 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App-76

Defendants' Responses to Plaintiff's Interrogatories 4, 5, and 31 . . . . . . . . . . . . . . . . . . . . . App-80

Deposition of James Vacchiano pages 1-5, 112-113, 124, 125-126 . . . . . . . . . . . . . . . . . . . App-90

TruGreen Document TRU-94 (*see* Vacchiano deposition at 124). . . . . . . . . . . . . . . . . . . . . App-100

TruGreen Document TRU-530 (*see* Vacchiano deposition at 112-113). . . . . . . . . . . . . . . . App-103

*Recinos-Recinos v. Express Forestry, Inc,* 2006 WL 197030 (E.D. La. 2006). . . . . . . . . . .App-105