IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Now comes Plaintiff and moves this Court for an extension of time until June 4, 2007 to file his reply brief in support of his motion for leave to amend his complaint. In support of this motion Plaintiff would show the Court as follows:

1. On May 23, 2007 counsel for Plaintiff conferred with counsel for Defendants who indicated that Defendants do not oppose this motion.

2. Plaintiff's Reply Brief in support of his motion for leave to file an amended complaint is currently due May 29, 2007.

3. On May 16, 2007, the day before Plaintiff received Defendants' Opposition to the Motion for Leave to Amend, a fire severely damaged the house that Plaintiff's counsel Edward Tuddenham recently purchased in New York City. Mr. Tuddenham and his family were planning on moving from Cambridge, Massachusetts to New York City in early June. Because of numerous unexpected obligations arising as a result of this fire, Plaintiff's counsel necessitates

1

an extension of time until June 4, 2007 to file Plaintiff's reply brief.

    4. The interests of justice will be served by granting this motion.

                                Respectfully submitted,

                                /s/ Vivian L. Rapposelli
                                _____

Vivian L. Rapposelli
DE Bar No. 3204
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, DE 19806
Tel: 302-652-8711

Edward Tuddenham
TX Bar No. 20282300
153 Upland Rd.
Cambridge, MA 02140
Tel: 617-576-2182

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that on this 24th day of May, 2007, I served the foregoing document on Defendants by e-mailing it to the Defendant's attorneys as follows:

Michael P. Kelly           Mkelly@mccarter.com
McCarter & English
Citizens Bank Building
919 N. Market St.  18th Floor
Wilmington, Delaware 19801

Michael Banks           sbouchard@morganlewis.com
Sarah Bouchard
Morgan Lewis
1701 Market St.
Philadelphia, Pa. 19103

/s/ Vivian L. Rapposelli

Vivian L. Rapposelli
DE Bar No. 3204
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, DE 19806
Tel: 302-652-8711