EDWARD TUDDENHAM
ATTORNEY AT LAW
153 UPLAND RD.
CAMBRIDGE, MASS. 02140
Tel: (617) 576-2182 Fax: (512) 532-7780
etudden@io.com

May 24, 2007

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King St.
Lockbox 19
Wilmington, DE 19801

Re *Villanueva v. TruGreen Limited Partners,* CA 1:06-cv-00185 (GMS)

Judge Sleet:

In anticipation of the discovery conference scheduled for May 25, 2007 at 11:15 a.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Plaintiff's Issues**

1. Defendants' Failure To Respond Interrogatory 31 and Request for Production 10 (regarding "bonuses" or "advances" paid to H-2B workers upon arrival);

2. Defendants' Failure To Respond to Admissions 1, 2, 3, 6, and 7 and Interrogatories 7 and 9 (regarding expenses incurred by H-2B workers);

3. Defendants' Failure to Respond to Admissions 30 and 31 (regarding disclosures made to H-2A workers by Defendants' agents)

4. Defendants' Failure to Respond to Interrogatory 21 (regarding the factual contentions supporting Defendants' Third Affirmative Defense–Good Faith)

**Defendants do not have any existing discovery issues beyond those raised by Plaintiff.**

The Honorable Gregory M. Sleet
*Villanueva v. TruGreen Limited Partners*
Page 2 of 2

The discovery request at issue and Defendants' responses thereto can be found at Docket Entry Number 52.

Respectfully submitted,

*/s/ Edward Tuddenham*
Edward Tuddenham

With Vivian L. Rapposelli
Local counsel
DE Bar No. 3204
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, DE 19806
Tel: 302-652-8711