IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

## NOTICE OF CHANGE OF ADDRESSES FOR PLAINTIFF'S COUNSEL

    Plaintiff, through his undersigned attorneys, hereby give notice that, effective June 11, 2007, Plaintiff's attorney Edward Tuddenham has changed. The new address is:

    Edward Tuddenham
    228 W. 137th St.
    New York, New York 10030
    512-413-4863
    Fax: 512-532-7780
    E-mail: etudden@io.com

Respectfully submitted,

/s/ Vivian L. Rapposelli
_____
Vivian L. Rapposelli
Rapposelli & Gonzales
1300 Grant Ave. Suite 100
Wilmington, Delaware 19806
Tel: 302-652-8711

Edward Tuddenham
228 W. 137th St.
New York, New York
512-413-4863
Fax: 512-532-7780

Attorneys for Plaintiff.

CERTIFICATE OF SERVICE

I certify that on this 8th day of June, 2007, I served Plaintiffs' Notice of Change of Addresses, by mailing it, certified mail, return receipt requested to the Defendant's attorneys addressed as follows:

Michael P. Kelly
McCarter & English
Citizens Bank Building
919 N. Market St.  18th Floor
Wilmington, Delaware 19801

Michael Banks
Sarah Bouchard
Beth Henke
Morgan Lewis 1701 Market St.
Philadelphia, Pa. 19103

/s/ Vivian L. Rapposelli

_____
Vivian L. Rapposelli