## CERTIFICATE OF SERVICE

I, Daniel M. Silver, undersigned counsel of record, hereby certify that on July 18,, 2007, I caused a copy of the foregoing Defendant's Motion to Amend Class Certification Briefing Schedule to be served upon all counsel of record via CM/ECF Filing.

           McCARTER & ENGLISH LLP

           /s/ Daniel M. Silver
           Daniel M. Silver (DE Bar Id. No. 4758)

ME1 6586295v.1