IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA<br>individually and on behalf of others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>TRUGREEN LIMITED PARTNERS and<br>TRUGREEN, INC.<br><br>    Defendants. | CA 1:06-cv-00185-GMS<br><br>Class Action |

**JOINT MOTION TO EXTEND CLASS CERTIFICATION BREIFING SCHEDULE**

Now come Plaintiff and Defendants and move this Court for a one week extension of briefing deadlines for Plaintiff's motion for class certification. Pursuant to the Court's Order of July 23, 2007, Plaintiff's initial brief is currently due September 14, 2007, Defendants' Response on October 19, and Plaintiff's Reply Brief on November 2. This motion for extension would set the deadline for Plaintiff's initial brief at September 21, Defendants' opposition would be due October 26 and Plaintiff's Reply Brief on November 9. In support of this motion Plaintiff would show the Court as follows:

   1. The parties have been engaged in meaningful discussions and follow-up discovery with respect to certain discovery that was already produced, and as a result, a week extension is requested for both parties. .

1

2. The interests of justice will be served by granting this motion.

Respectfully submitted,

/s/ Vivian L. Rapposelli

_____
Vivian L. Rapposelli
DE Bar No. 3204
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, DE 19806
Tel: 302-652-8711

Edward Tuddenham
TX Bar No. 20282300
153 Upland Rd.
Cambridge, MA 02140
Tel: 617-576-2182

ATTORNEYS FOR PLAINTIFF


/s/ Michael P. Kelly

_____
Michael P. Kelly (DE Bar ID #2295)
McCarter & English
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801
(302) 984-6301

*Admitted Pro Hac Vice*
Michael L. Banks (PA I.D. #35052)
Sarah E. Bouchard (PA I.D. #77088)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5387/5077

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

      I certify that on this 13th day of September 2007, I served the foregoing document on Defendants by e-mailing it to the Defendant's attorneys as follows:

Michael P. Kelly         Mkelly@mccarter.com
McCarter & English
Citizens Bank Building
919 N. Market St. 18th Floor
Wilmington, Delaware 19801

Michael Banks         sbouchard@morganlewis.com
Sarah Bouchard
Morgan Lewis
1701 Market St.
Philadelphia, Pa. 19103         /s/ Vivian L. Rapposelli

                                              _____
                                              Vivian L. Rapposelli

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

_____

**ORDER**

Came on to be heard the parties Joint Motion for Extension of the Class Certification Briefing schedule. It appearing to the Court that the motion should be granted, it is hereby,

ORDERED that the briefing schedule for Plaintiff's motion for class certification shall be as follows: Plaintiff's initial brief will be due September 21, Defendants' opposition brief will be due October 26, and Plaintiff's Reply Brief on November 9, 2007.

Done this ___ day of September 2007.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE