IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

---

APPENDIX
TO
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

    Vivian L. Rapposelli
    DE Bar No. 3204
    Rapposelli & Gonzales
    1300 Grant Ave. - Suite 100
    Wilmington, Delaware 19806
    Tel: 302-652-8711

    Edward Tuddenham
    TX Bar No. 20282300
    153 Upland Rd.
    Cambridge, Mass. 02140
    Tel: 617-576-2182

    ATTORNEYS FOR PLAINTIFF

# TABLE OF CONTENTS

**Attachment 1:    TruGreen ETA-750 Forms**

| | | |
|---|---|---|
| Connecticut 2006 | Tru 4278 | A1-2 |
| Delaware 2006 | Tru 4626 | A1-3 |
| Delaware 2005 | Tru 3921 | A1-4 |
| Delaware 2004 | Tru 4685 | A1-5 |
| Maine 2006 | Tru 3590 | A1-6 |
| Maryland 2006 | Tru 1045 | A1-7 |
| Maryland 2005 | Tru 4125 | A1-9 |
| Maryland 2004 | Tru 0808 | A1-10 |
| Massachusetts | | |
|   Franklin 2006 | Tru 3539 | A1-11 |
|   Plymouth 2006 | Tru 3724 | A1-12 |
| New Jersey (North) | | |
|   Monmouth 2006 | Tru 1059 | A1-13 |
|   Middlesex 2006 | Tru 3909 (lawn care applicator) | A1-14 |
|   Middlesex 2006 | Tru 4622 (landscape labor) | A1-15 |
|   Bergen 2006 | Tru 4642 | A1-16 |
|   Morris 2006 | Tru 3778 | A1-17 |
|   (Morris/Monmouth/ Middlesex/Bergen) 2005 | Tru 4624 | A1-18 |
|   (Morris/Monmouth/ Middlesex/Bergen) 2004 | Tru 4355 | A1-19 |
| New Jersey (South) 2006 | Tru 4632 | A1-20 |
| New Jersey (South) 2005 | Tru 4630 | A1-21 |
| New Jersey (South) 2004 | Tru 4589 | A1-22 |
| New York 2006 | Tru 3639 | A1-23 |
| Pennsylvania 2006 | Tru 4634 | A1-24 |
| Pennsylvania 2005 | Tru 1079 | A1-25 |
| Pennsylvania 2004 | Tru 1081 | A1-26 |

Virginia
- Richmond 2006 — Tru 4327 — A1-28
- Sterling 2006 — Tru 1053 — A1-29
- Sterling 2005 — Tru 1051 — A1-31
- Sterling 2004 — Tru 1049 — A1-33

**Attachment 2:** Sample TruGreen Forms I-129
- Delaware 2004 — Tru 4029 — A2-2
- Randolph N.J. 2006 — Tru 3737 — A2-3

**Attachment 3:** Summary of Information On TruGreen ETA-750 Applications and Employer Disclosure Affidavits — A3-2

**Attachment 4:** Sample Wage Data for TruGreen H-2B Workers — A4

**Attachment 5:** TruGreen Answers to Plaintiff's Interrogatories 4 & 5 — A5

**Attachment 6:** Sample TruGreen Employer Disclosure Affidavits
- Delaware 2004 (Plaintiff) — Tru 2034 — A6-2
- Morris, NJ 2005 — Tru 1943, 1949, 1952, 1959 — A6-3 – A6-6
- Bergen, NJ 2004 — Tru 2434 — A6-7
- Bergen, NJ 2005 — Tru 1738, 1747, 1758 — A6-8 – A6-10
- Warminster, PA 2006 — Tru 1599, 2616 — A6-11 – A6-12
- Sterling, VA 2006 — Tru 1383, 2555 — A6-13 – A6-15
- Thorofare, NJ 2006 — Tru 1537 — A6-15
- Baltimore, MD 2006 — Tru 2688, 2250 — A6-16 – A6-17
- Middlesex, NJ 2006 — Tru 2499 — A6-18

**Attachment 7:** Documents Describing TruGreen Lawn Specialist Pay Plan — A7

**Attachment 8:** Summary of Plaintiff's Weekly Wages and Underlying Payroll Documents — A8

**Attachment 9:** Sample Payroll Documents Showing Workers Paid on Compensation Plan Earning Less Than Wages Promised in ETA-750 — A9

**Attachment 10:** Sample Payroll Documents Showing Workers Paid By The Hour Earning Less Than Wages Promised in ETA-750 — A10

**Attachment 11: Analysis of Four Weeks Of TruGreen Electronic Payroll Data Showing Wage Violations** .................................................. A11

**Attachment 12: Sample TruGreen Payroll Data Showing Commission Payments** ......... A12

**Attachment 13: TruGreen Payroll Documents Showing Yaphank, N.Y. Workers Paid on Compensation Plan Not By The Hour** ............................ A13

**Attachment 14: Miscellaneous TruGreen Documents** ................................... A14

**Attachment 15:  Affidavit of Edward Tuddenham** ........................................ A15

**Attachment 16:  Affidavit of Vivian Rapposelli** ........................................... A16

**Attachment 17:  Proposed Class Notice** ................................................... A17