# Attachment 1

# TruGreen ETA-750 Forms

Source: TruGreen Document Production



OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**"CORRECTIONS APPROVED BY** ~~ATION~~
THE CERTIFYING OFFICER~~FOR~~
*1-11-06*
ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien    (Family name in capital letter, First, Middle, Maiden) |
| --- |
| (30) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien    (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in U.S) |
| --- | --- |
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer    (Full name of Organization) | 5. Telephone |
| --- | --- |
| IruGreen Chemlawn (36-3734669) | 860-721-7872 |

| 6. Address    (Number, Street, City and Town, State ZIP code) |
| --- |
| 89 Old Forge Rd.
Rocky Hill, CT 06067 |

| 7. Address Where Alien Will Work    (if different from item 6) |
| --- |
| Hartford County |

*M-F*

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
| --- | --- | --- | --- | --- | --- | --- |
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| Lawn Care | Lawn care applicator | 40 | 0 | 7:00 a.m.<br>3:30 p.m. | $ 11.35 per hour | $ 17.03 per hour |

| 13. Describe Fully the job to be performed    (Duties) |
| --- |
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, aerators. Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
| --- | --- | --- | --- | --- | --- |
| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required    (specify) N/A | none |
| | 0 | 0 | 0 | Major Field of Study N/A | |
| TRAIN-ING | No. Yrs. 0 | | No. Mos. 0 | Type of Training N/A | |
| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation    (specify) N/A | |
| | Yrs 0 | Mos 0 | Number Yrs 0 | Mos 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ➤ Foreman | 17. Number of Employees Alien Will Supervise | 0 |
| --- | --- | --- | --- |

1 Qualified workers cannot be found in the United States
2 Division of Foreign Labor Certification Policies have been observed
3 This certification is valid from 09/01/2006 through 12/01/2006

01/16/2006
(Date)

(Certifying Officer)

| ◄ ENDORSEMENTS    (Make no entry in section for Government Agency use) |
| --- |

| Date Forms Received |
| --- |
| NOV 0 2 2005 |

| R.O. | N.O. |
| --- | --- |

| Ind. Code | Occ. Code |
| --- | --- |
| 0782 | 408.687-014 |

Occ. Title
*Landscape Laborer*

Replaces MA 7-50A B and C (Apr 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

TRU04278

A1-2



OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to
answer questions in this form, use a separate sheet. Identify each answer
with the number of the corresponding question. SIGN AND DATE each
sheet in original signature.
To knowingly furnish any false information in the preparation of this form
and any supplement thereto or to aid, abet, or counsel another to do so is
a felony punishable by $10,000 fine or 5 years in the penitentiary or both
(18 U.S.C. 1001)

### PART A. OFFER OF EMPLOYMENT

**1 Name of Alien** (Family name in capital letter. First. Middle. Maiden)
(10) Unnamed H-2B Workers/Aliens

**2. Present Address of Alien** (Number, Street, City and Town. State ZIP code or Province, Country)
N/A

**3. Type of Visa** (If in US)
N/A

The following information is submitted as an offer of employment.

**4. Name of Employer** (Full name of Organization)
TruGreen Chemlawn (36-3734669)

**5 Telephone**
302-992-9680

**6. Address** (Number, Street, City and Town, State ZIP code)
1350 1st State Blvd.
Newport, DE 19804

*"Corrections approved by the Certifying Officer"
M-F*

**7. Address Where Alien Will Work** (if different from item 6)
New Castle County

| **8. Nature of Employer's Business Activity** | **9. Name of Job Title** | **10. Total Hours Per Week** | | **11. Work Schedule (Hourly)** | **12. Rate of Pay** | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m. 4:00 p.m. | $ 11.00 per hour | $ 16.50 per hour |

**13 Describe Fully the job to be Performed** (Duties)
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.**

**15. Other Special Requirements**
None

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation (specify) |
|---|---|---|---|---|---|
| | Yrs. | Mos. | Yrs. | Mos. | N/A |
| | 0 | 0 | 0 | 0 | |

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor** ➤ Field Manager

**17. Number of Employees Alien Will Supervise** ➤ 0

ENDORSEMENTS (Make no entry in section - for Government use only)

1 Qualified workers cannot be found in the United States
2 Division of Foreign Labor Certification Policies have been observed
3. This certification is valid from 03/01/2006 through 11/30/2006

| Date Forms Received | |
|---|---|
| L.O. 10/31/05 | S.O. 10/31/05 |
| R.O. | N.O. |
| Ind. Code 0782 | Occ. Code 48.684-010 |

_____ (Date)
_____ (Certifying Officer)

Occ. Title
Lawn Service Workers

Replaces MA 7-50A, B and C (Apr 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

TRU04626

A1-3

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
### FOR
### ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) |
|---|
| (9) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in U.S.) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen Chemlawn (36-3734669) | 302-992-9680 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 1350 1st State Blvd<br>Newport, DE 19804 |

**CORRECTION APPROVED BY DOL REGIONAL OFFICE**
MRH 12-28-04

| 7. Address Where Alien Will Work (if different from item 6) |
|---|
| New Castle County |

M-F

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m.<br>5:00 p.m. | $ 10.00 per hour | $ 15.00 per hour |

| 13. Describe Fully the Job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School | High School | College | None. |
| | 0 | 0 | 0 | |

| | College Degree Required (specify) |
|---|---|
| | N/A |
| | Major Field of Study |
| | N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation (specify) |
|---|---|---|---|---|
| | Yrs. | Mos. | Number Yrs. Mos. | N/A |
| | 0 | 0 | 0 | 0 |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ➤ Field Manager | 17. Number of Employees Alien Will Supervise | ➤ 0 |
|---|---|---|---|

1. **QUALIFIED WORKERS CANNOT BE FOUND IN THE UNITED STATES**
2. **EMPLOYMENT SERVICE POLICIES HAVE BEEN OBSERVED**
3. **THIS CERTIFICATION IS VALID FROM** 3/1/05 **THROUGH** 11/30/05

DEC 2 8 2004

(DATE)

*Stephen W. Stefanou*

**CERTIFYING OFFICER**
**D.O.L. REGION 2**
12-21-2004

◀ ENDORSEMENTS (Make no entry in section - for Government use only)

Data Forms Received

| 11/3/04 | S.O. | 11/3/04 |
| 12/3/04 | N.O. | |

Ind. Code C782    Occ. Code 408.684-010
Occ. Title Lawn Service Worker

Replaces MA 7-50A B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

A1-4

TRU03921

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to
answer questions in this form, use a separate sheet. Identify each answer
with the number of the corresponding question. SIGN AND DATE each
sheet in original signature.
To knowingly furnish any false information in the preparation of this form
and any supplement thereto or to aid, abet, or counsel another to do so is
a felony punishable by $10,000 fine or 5 years in the penitentiary, or both
(18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

| 1 Name of Alien | (Family name in capital letter. First, Middle  Maiden) |
|---|---|
| (14) Unnamed H-2B Workers/Aliens | |

| 2. Present Address of Alien | (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in US) |
|---|---|---|
| N/A | | N/A |

The following information is submitted as an offer of employment.

| 4 Name of Employer | (Full name of Organization) | 5. Telephone |
|---|---|---|
| TruGreen Chemlawn | | 302-992-9680 |

| 6. Address | (Number, Street, City and Town, State ZIP code) |
|---|---|
| 1350 1st State Blvd. Newport, DE 19804 | |

| 7. Address Where Alien Will Work | (if different from item 6) |
|---|---|
| New Castle County | |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m. 5:00 p.m. | $ 10.00 per hour | $ 15 00 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above: | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School: 0 | High School: 0 | College: 0 | College Degree Required (specify) N/A | None. |
| | | | | Major Field of Study N/A | |
| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A | | |
| EXPERI-ENCE | Job Offered Yrs. 0 / Mos. 0 | Number Related Occupation Yrs. 0 / Mos. 0 | Related Occupation (specify) N/A | | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ► Field Manager | 17. Number of Employees Alien Will Supervise ► 0 |
|---|---|---|

1. QUALIFIED WORKERS CANNOT BE FOUND IN THE UNITED STATES
2. EMPLOYMENT SERVICE POLICIES HAVE BEEN OBSERVED
3. THIS CERTIFICATION IS VALID FROM 3/1/04 THROUGH 11/30/04

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

**Date Forms Received**

| L.O. 10/24/03 | S.O. 10/24/03 |
|---|---|
| R.O. 11/3/04 | N.O. |
| Ind. Code 0782 | Occ. Code 408.684-010 |
| Occ. Title lawn service workers | |

JAN 2 0 2004

(DATE)

CERTIFYING OFFICER
D.O.L. REGION 2

034016??

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

TRU04685

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

PART A. OFFER OF EMPLOYMENT

**1 Name of Alien** (Family name in capital letter First Middle Maiden)
(15) Unnamed H-2B Workers/Aliens

**2 Present Address of Alien** (Number, Street, City and Town, State ZIP code or Province, Country)
N/A

**3 Type of Visa** (If in US)
N/A

The following information is submitted as an offer of employment.

**4 Name of Employer** (Full name of Organization)
TruGreen ChemLawn (Westbrook)(36-3734669)

**5 Telephone**
207-856-7117

**6 Address** (Number, Street, City and Town, State ZIP code)
2 Delta Drive
Westbrook, ME 04092

**7 Address Where Alien Will Work** (if different from item 6)
Cumberland County

| **8. Nature of Employer's Business Activity** | **9. Name of Job Title** | **10. Total Hours Per Week** | | **11. Work Schedule** | **12. Rate of Pay** | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| Lawn care | Lawn care applicator | 40 | 0 | 7:00 a.m. 3:30 p.m. | $ 7.96 per hour | $ 11.94 per hour |

**13. Describe Fully the job to be Performed** (Duties)
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, spreaders, aerators Entry level position.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.**

**15. Other Special Requirements**
none

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A |
|---|---|---|---|---|
| | 0 | | 0 | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A |
|---|---|---|---|

| EXPERI-ENCE | Job Offered | | Related Occupation Number | | Related Occupation (specify) N/A |
|---|---|---|---|---|---|
| | Yrs. 0 | Mos. 0 | Yrs. 0 | Mos 0 | |

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor** ► Foreman

**17. Number of Employees Alien Will Supervise** ► 0

1 Qualified workers cannot be found in the United States
2 Division of Foreign Labor Certification Policies have been observed
3 This certification is valid from 07/01/2006 through 12/01/2006

01/16/2006
(Date)

(Certifying Officer)

ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

| L.O. | S.O. |
|---|---|
| R.O. | N.O. |
| Ind. Code | Occ Code |

Occ Title

Replaces MA 7-50A B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

A1-6

**TRU3590**

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

OMB Approval No. 44-R1301

**APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.
To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

PART A. OFFER OF EMPLOYMENT

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) |
|---|
| (25) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (if in U.S.) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen Chemlawn (36-3734669) | 301-840-8090 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 18910 Woodfield Rd.<br>Gaithersburg, MD 20879 |

| 7. Address Where Alien Will Work (if different from item 6) |
|---|
| Montgomery, Washington and Baltimore Counties |

*"Corrections approved by the Certifying Officer"*

M-F

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| lawn maintenance | lawn care applicator | 40 | 0 | 7:00 a.m.<br>4:00 p.m. | $ 10.67 per hour | $ 16.00 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| | | | | NONE |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation (specify) |
|---|---|---|---|---|---|
| | Yrs | Mos. | Yrs | Mos | N/A |
| | 0 | 0 | 0 | 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ▶ Field Manager | 17. Number of Employees Alien Will Supervise ▶ 0 |
|---|---|

1 Qualified workers cannot be found in the United States.
2 Division of Foreign Labor Certification Policies have been observed.
3 This certification is valid from *12/1/2005* through *11/30/2006*

*10/25/06*
(Date)

*[signature]*
(Certifying Officer)

◀ ENDORSEMENTS (Make no entry in section - for Government use only)

| Date Forms Received | |
|---|---|
| L.O. 11.1.05 | S.O. 11.1.05 |
| R.O. | N.O. |

| Ind. Code 0782 | Occ. Code 408-684-014 |
|---|---|

Occ. Title *Sprayer/Hand*

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

TRU01045

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | Number of Total | b. Name of Local | |
| | From | To | | | |
| 25 | 3/1/2006 | 11/30/2006 | | c. City and State | |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS  (Complete for Private Household ONLY)**

| a. Description of Residence | | b. No. Persons residing at Place of Employment | | | c. Will free board and private room not shared with any-one be provided? | ("X" one) |
|---|---|---|---|---|---|---|
| ("X" one) ☐ House ☐ Apartment | Number of Rooms | Adults | Children | Ages | | ☐ YES  ☐ NO |
| | | BOYS | | | | |
| | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS  (Specify Sources of Recruitment by Name)**

- Newspaper/Classified Ads
- Employee Referrals
These efforts have all been unsuccessful in recruiting U.S. workers.

**22.** Applications require various types of documentation.  Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.

**23. EMPLOYER CERTIFICATIONS**

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

| DECLARATION OF EMPLOYER | ▶ Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. | | |
|---|---|---|---|
| SIGNATURE *James A. Vacchiano* | | | DATE 10/25/2005 |
| NAME (Type or Print) James A. Vacchiano | | TITLE Region People Services Manager | |

| AUTHORIZATION OF AGENT OF EMPLOYER | ▶ I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent | | |
|---|---|---|---|
| SIGNATURE OF EMPLOYER *James A. Vacchiano* | | | DATE 10/25/2005 |
| NAME OF AGENT (Type or Print) Great Lakes Labor | | ADDRESS OF AGENT (Number, Street, City, State, ZIP code) PO Box 646 Pinckney, MI 48169 | |

A1-8

TRU01046

 

TruGreen ChemLawn
875 Kings Highway
Woodbury, NJ 08096
856-384-9264
FAX: 856-384-9726

March 10, 2004

U.S. Consulate General
Monterrey, N.L., Mexico

Re:    Employer: TruGreen ChemLawn
              (Gaithersburg)
         INS Receipt#: EAC-04-080-53002

Dear Consulate General:

We ask that you please process the following workers as soon as possible:

(Gaithersburg  3/16/2004)

1.
2.     REDACTED
3.
4.

We thank you for your time.

Sincerely,

TruGreen ChemLawn

James A. Vacchiano
Region People Services Manager

**TRU04125**

OMB Approval No. 44-R1301

| U.S. DEPARTMENT OF LABOR<br>Employment and Training Administration<br><br>APPLICATION<br>FOR<br>ALIEN EMPLOYMENT CERTIFICATION | IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM<br>PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question SIGN AND DATE each sheet in original signature<br>To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001) |
|---|---|

**PART A. OFFER OF EMPLOYMENT**

**1 Name of Alien**    (Family name in capital letter  First  Middle  Maiden)

(9) Unnamed H-2B Workers/Aliens

| 2 Present Address of Alien    (Number  Street  City and Town  State  ZIP code or Province  Country) | 3 Type of Visa    (If in US) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4 Name of Employer    (Full name of Organization) | 5 Telephone |
|---|---|
| TruGreen Chemlawn | 301-840-8090 |

**6 Address**    (Number  Street  City and Town  State  ZIP code)

18910 Woodfield Rd.
Gaithersburg, MD 20879

**7. Address Where Alien Will Work**    (If different from item 6)

Montgomery County

| 8 Nature of Employer's Business Activity | 9 Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a Basic | b Overtime |
| lawn maintenance | lawn care applicator | 40 | 0-5 | 7:00 a m<br>3:00 p m | $ 10 00<br>per hour | $ 15 00<br>per hour |

**13  Describe Fully the job to be Performed**    (Duties)

Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators  Entry level position.

| 14  State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15  Other Special Requirements |
|---|---|---|---|---|---|
| | | | | | NONE |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required    (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No  Yrs | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation    (specify) |
|---|---|---|---|---|---|
| | Number | | | | N/A |
| | Yrs | Mos | Yrs | Mos | |
| | 0 | 0 | 0 | 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor    ➤  ➤ Field Manager | 17. Number of Employees Alien Will Supervise    ➤  0 |
|---|---|

◄ ENDORSEMENTS    (Make no entry in section - for Government use only)

| Date Forms Received | |
|---|---|
| L O | S O |
| R.O. | N.O. |
| Ind  Code | Occ  Code |
| Occ  Title | |

Replaces MA 7-50A  B and C (Apr  1970 edition) which is obsolete

ETA 750 (Oct. 1979)

TRU00808

A1-10

5-01863

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

### APPLICATION
### FOR
### ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

| 1 Name of Alien (Family name in capital letter First Middle Maiden) |
|---|
| (20) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street City and Town, State ZIP code or Province Country) | 3 Type of Visa (If in US) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 508-520-6717 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 21 Forge Park<br>Franklin, MA 02038 |

| 7. Address Where Alien Will Work (if different from item 6) |
|---|
| Norfolk County    M-F |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| Lawn Care | Lawn care applicator | 40.00 | 0 | 7:00 a.m. 3:30 p.m. | $ 11.05 per hour | $ 16.58 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, aerators Entry level position. |

| 14 State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| | | | | none |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A |
|---|---|---|---|---|
| | 0 | | 0 | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A |
|---|---|---|---|

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation (specify) N/A |
|---|---|---|---|---|
| | Yrs. 0 | Mos. 0 | Yrs. 0 | Mos. 0 |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | Foreman | 17. Number of Employees Alien Will Supervise 0 |
|---|---|---|

1 Qualified workers cannot be found in the United States
2 Division of Foreign Labor Certification Policies have been observed
3 This certification is valid from 03/01/2006 through 12/01/2006

01/11/2006
(Date)

(Certifying Officer)

ENDORSEMENTS (Make no entry in section - for Government use only)

| Date Forms Received | |
|---|---|
| L.O. 11.9.06 | S.O. |
| R.O. | N.O. |
| Ind. Code | Occ. Code 37-3012 |
| Occ. Title (20) Lawn Care | |

Replaces MA 7-50A B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct 1979)

**TRU3539**




5-01862

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.
To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

**1. Name of Alien** (Family name in capital letter First Middle Maiden)
(20) Unnamed H-2B Workers/Aliens

**2. Present Address of Alien** (Number, Street, City and Town, State ZIP code or Province, Country)
N/A

**3. Type of Visa** (if in US)
N/A

The following information is submitted as an offer of employment.

**4. Name of Employer** (Full name of Organization)
TruGreen ChemLawn (36-3734669)

**5. Telephone**
508-747-6925

**6. Address** (Number, Street, City and Town, State ZIP code)
20 Raffaele Rd.
Plymouth, MA 02360

**7. Address Where Alien Will Work** (if different from item 6)
Barnstable County

m-f

**8. Nature of Employer's Business Activity**
Lawn Care

**9. Name of Job Title**
Lawn care applicator

**10. Total Hours Per Week**
| a. Basic | b. Overtime |
|---|---|
| 40 | 0 |

**11. Work Schedule** (Hourly)
7:00 a.m
3:30 p.m

**12. Rate of Pay**
| a. Basic | b. Overtime |
|---|---|
| $13.60 per hour | $20.40 per hour |

**13. Describe Fully the job to be Performed** (Duties)
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, aerators. Entry level position.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.**

**15. Other Special Requirements**
none.

| EDUCATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study N/A |

| TRAINING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A |
|---|---|---|---|

| EXPERIENCE | Job Offered Yrs. 0 | Mos. 0 | Related Occupation Number Yrs. 0 | Mos. 0 | Related Occupation (specify) N/A |
|---|---|---|---|---|---|

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor**
➤ ➤ Foreman

**17. Number of Employees Alien Will Supervise**
➤ 0

**ENDORSEMENTS** (Make no entry in section - for Government use only)

Date Forms Received

1. Qualified workers cannot be found in the United States
2. Division of Foreign Labor Certification Policies have been observed.
3. This certification is valid from 2/1/06 through 12/1/06

2/1/06
(Date)

(Certifying Officer)

| | S.O. 11-9-06 |
| R.O. 1-31-06 | N.O. |
| Ind. Code | Occ. Code 373012 |

(20) lawn care applicator
Occ. Title

Replaces MA 7-50A B and C (Apr 1970 edition) which is obsolete

**TRU03724**

ETA 750 (Oct 1979)

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

OMB Approval No. 44-R1301

# APPLICATION
# FOR
# ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

## PART A. OFFER OF EMPLOYMENT

**1. Name of Alien** (Family name in capital letter, First, Middle, Maiden)

(8) Unnamed H-2B Workers/Aliens

**2. Present Address of Alien** (Number, Street, City and Town, State ZIP code or Province, Country)

N/A

**3. Type of Visa** (if in US)

N/A

The following information is submitted as an offer of employment.

**4. Name of Employer** (Full name of Organization)

TruGreen ChemLawn (36-3734669)

**5. Telephone**

732-938-7925

**6. Address** (Number, Street, City and Town, State ZIP code)

5003 Industrial Rd.
Farmingdale, NJ 07727

**7. Address Where Alien Will Work** (if different from item 6)

Monmouth County

**8. Nature of Employer's Business Activity**

lawn maintenance

**9. Name of Job Title**

lawn care applicator

**10. Total Hours Per Week** — a. Basic: 40 | b. Overtime: 0

**11. Work Schedule** M-F (Hourly) 7:00 a.m. 4:00 p.m.

**12. Rate of Pay** — a. Basic: $12.95 per hour | b. Overtime: $19.43 per hour

**13. Describe Fully the Job to be Performed** (Duties)

Apply fertilizers, pesticides, fungicides to lawns/landscapes using spreaders, seeders, sprayers. Entry level position.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.**

**15. Other Special Requirements**

None

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study: N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation Number | | Related Occupation (specify) |
|---|---|---|---|---|---|
| | Yrs 0 | Mos. 0 | Yrs. 0 | Mos 0 | N/A |

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor** ➤ foreman

**17. Number of Employees Alien Will Supervise** 0

1. Qualified workers cannot be found in the United States
2. ... of Foreign Labor Certification ... have been observed
3. This certification is valid from 13/01/0 through 11/31/2006

(Date)     (Certifying Officer)

**ENDORSEMENTS** (Make no entry in section - for Government use only)

Date Forms Received

| L.O. | S NOV 0 1 2005 |
|---|---|
| R.O. | N.O. |
| Ind. Code | Occ. Code 408.161-010 |
| | Occ. Title Landscape Gardener |

A1-13

TRU01059

Replaces MA 7-50A B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
### FOR
### ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) |
|---|
| (20) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in U.S.) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 908-755-7675 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 117 Corporate Blvd. South Plainfield, NJ 07080 |

| 7. Address Where Alien Will Work (if different from item 6) |
|---|
| Union, Hunterdon, Middlesex, Somerset Counties    M-F |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 (Hourly) a.m. 4:00 p.m. | $ 13.65 per hour | $ 20.48 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, spreaders, seeders and aerators. Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| | | | | | None |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A |
|---|---|---|---|

| EXPERI-ENCE | Job Offered | Related Occupation | Related Occupation (specify) N/A |
|---|---|---|---|
| | Number | | |
| | Yrs 0 | Mos. 0 | Yrs 0 | Mos 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ➤ foreman | 17. Number of Employees Alien Will Supervise | 0 |
|---|---|---|---|

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

1 Qualified workers cannot be found in the United States
2 Division of Foreign Labor Certification Policies have been observed
3 This certification is valid from 03/01/2006 through 11/30/2006

_(Date)_    _(Certifying Officer)_

| L.O. | S.O. NOV 0 7 2005 |
|---|---|
| R.O. | N.O. |
| Ind Code 37.3012 | Occ. Code 408 684014 |
| | Occ. Title Pesticide · Handler |

**TRU03909**

Replaces MA 7-50A B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

A1-14

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to
answer questions in this form, use a separate sheet. Identify each answer
with the number of the corresponding question. SIGN AND DATE each
sheet in original signature.

To knowingly furnish any false information in the preparation of this form
and any supplement thereto or to aid, abet, or counsel another to do so is
a felony punishable by $10,000 fine or 5 years in the penitentiary or both
(18 U.S.C. 1001)

PART A. OFFER OF EMPLOYMENT

| 1 Name of Alien (Family name in capital letter, First, Middle, Maiden) |
|---|
| (10) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (if in US) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4 Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 908-755-7675 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 117 Corporate Blvd. South Plainfield, NJ 07080 |

| 7. Address Where Alien Will Work (if different from item 6) | |
|---|---|
| SAME | M-F |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| lawn maintenance | Landscape Laborer | 40 | 0 | 7:00 a m 4:00 p m | $ 7.94 per hour | $ 11.91 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Mow, cut, water, and edge lawns; rake and blow leaves; dig holes for bushes; pull and chop weeds; prune; and haul topsoil and mulch. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A | None |
| | 0 | 0 | 0 | Major Field of Study N/A | |
| TRAIN-ING | No. Yrs. 0 | | No. Mos. 0 | Type of Training N/A | |
| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation (specify) N/A | |
| | Number | | | | |
| | Yrs. 0 | Mos. 0 | Yrs. 0 | Mos. 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | foreman | 17. Number of Employees Alien Will Supervise | 0 |
|---|---|---|---|

ENDORSEMENTS (Make no entry in section - for Government use only)

1 Qualified workers cannot be found in the United States.

2. ... of Foreign Labor Certification Policies have been observed.

3. This certification is valid from 3/01/06 through 11/30/2006

01/23/2006
(Date)

(Certifying Officer)

| Date Forms Received | |
|---|---|
| L.O. | NOV 0 1 2005 |
| R.O. | N.O. |
| Ind Code | Occ. Code 408.687-014 |
| Occ. Title Harbosery, Landscape | |

'50 (Oct 19/4)

Replaces MA 7-50A, B and C (Apr 1970 edition) which is obsolete.

**TRU04622**

A1-15

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION**

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.
To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien (Family name in capital letter First Middle Maiden) |
|---|
| (10) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in U.S.) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 201-825-8833 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 118 Rt. 17 N. Upper Saddle River, NJ 07458 |

| 7. Address Where Alien Will Work (if different from item 6) |
|---|
| Bergen County |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| lawn maintenance | lawn care applicator | 40 | 0 | 7:00 a.m. 4:00 p.m. | $11.43 per hour | $17.15 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply fertilizers, pesticides fungicides to lawns/landscapes using spreaders, seeders, sprayers. Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School | High School | College | None |
| | 0 | 0 | 0 | |
| | | | College Degree Required (specify) N/A | |
| | | | Major Field of Study N/A | |
| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A | |
| EXPERI-ENCE | Job Offered | Related Occupation | Related Occupation (specify) N/A | |
| | Yrs 0 | Mos. 0 | Number Yrs 0 | Mos 0 |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ► foreman | 17. Number of Employees Alien Will Supervise 0 |
|---|---|

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

1 Qualified workers cannot be found in the United States.
2 Division of Foreign Labor Certification Policies have been observed.
3 This certification is valid from 03/01/06 through 11/30/2006

_(signature)_
(Date)

_(signature)_
(Certifying Officer)

| Date Forms Received | |
|---|---|
| L.O. | NOV 0 1 2005 |
| R.O. | N.O. |
| Ind. Code | Occ. Code 3408 161-010 |
| Occ. Title _Landscape Gardener_ |

ETA 750 (Oct. 1979)

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete

"Corrections approved by the Certifying Officer"

**TRU04642**

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT:  READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter.  If you need more space to answer questions on this form, use a separate sheet.  Identify each answer with the number of the corresponding question.  SIGN AND DATE each sheet in original signature

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

### PART A. OFFER OF EMPLOYMENT

| 1  Name of Alien    (Family name in capital letter, First, Middle, Maiden) |
|---|
| (15) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien    (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in US) (If in US) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4  Name of Employer    (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 973-252-0140 |

| 6. Address    (Number, Street, City and Town, State ZIP code) |
|---|
| 9 Middlebury Blvd.<br>Randolph, NJ 07869 |

| 7. Address Where Alien Will Work    (if different from item 6) |
|---|
| Morris County |

M-F

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| lawn maintenance | lawn care applicator | 40 | 0 | 7:00 a.m. 4:00 p.m. | $ 10.06 per hour | $ 15.09 per hour |

| 13. Describe Fully the Job to be Performed    (Duties) |
|---|
| Apply fertilizers, pesticides, fungicides to lawns/landscapes using spreaders, seeders, sprayers. Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| | | | | None |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required    (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation Number | | Related Occupation    (specify) |
|---|---|---|---|---|---|
| | Yrs | Mos. | Yrs | Mos. | N/A |
| | 0 | 0 | 0 | 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ➤ foreman | 17. Number of Employees Alien Will Supervise ➤ 0 |
|---|---|---|

¶ Qualified workers cannot be found in the United States.
2 Division of Foreign Labor Certification Policies have been observed
3 This certification is valid from 11/21/2005 through 11/20/2006

_(signature)_
_(Date)_          _(signature)_
_(Certifying Officer)_

◄━ ENDORSEMENTS    (Make no entry in section - for Government use only)

| Date Forms Received |
|---|
| L.O. S.O. NOV 0 1 2005 |
| R.O. N.O. |
| Ind. Code | Occ. Code 408.161-010 |
| Occ. Title Landscape Gardener |

Replaces MA 7-50A  B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

**TRU03778**

SENT BY: GREAT LAKES LABOR;     734 878 6852 ;    JAN  5 12:06;    PAGE 2/3

---

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

### PART A. OFFER OF EMPLOYMENT

| 1. Name of Alien | (Family name in capital letter, First, Middle, Maiden) | | |
|---|---|---|---|
| (52) Unnamed H-2B Workers/Aliens | | | |

| 2. Present Address of Alien | (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in U.S.) |
|---|---|---|
| N/A | | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer | (Full name of Organization) | 5. Telephone |
|---|---|---|
| TruGreen ChemLawn (36-3734669) | | 973-252-0140 |

| 6. Address | (Number, Street, City and Town, State ZIP code) |
|---|---|
| 9 Middlebury Blvd. Randolph, NJ 07869 | |

| 7. Address Where Alien Will Work | (If different from item 6) |
|---|---|
| Morris, Bergen, Middlesex, Monmouth Counties | M-F |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| lawn maintenance | lawn care applicator | 40 | 0 | 7:00 a.m. 5:30 p.m. | $12.38 per hour | $18.57 per hour |

*(margin handwritten: O.V. 10-1-04)*

| 13. Describe Fully the job to be Performed | (Duties) |
|---|---|

Apply fertilizers, pesticides, fungicides to lawns/landscapes using spreaders, seeders, sprayers
Entry level position. *Under close supervision.* O.V. 11/17/04

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| | | | | None |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | Related Occupation | Related Occupation (specify) |
|---|---|---|---|
| | Number | | N/A |
| | Yrs 0 | Mos 0 | Yrs 0 | Mos 0 |

*(handwritten: O.V. 11/17/04)*

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | Branch Manager Foreman | 17. Number of Employees Alien Will Supervise 0 |
|---|---|---|

ENDORSEMENTS (Make no entry in section - for Government use only)

Qualified workers cannot be found in the United States. ... ...ployment Service policies have been observed. ...this certification is valid from ... through ...

CERTIFYING OFFICER

| Date Forms Received | |
|---|---|
| L.O. | NOV 0 1 2004 |
| R.O. | |
| Ind. Code | Occ. Code |
| | 408 68H-014 |
| Occ. | *prayer, hand* |

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

*(handwritten: 2004110100015)*

TRU04624



*Bringing seasonal labor to you. Pronto!*

October 23, 2003

*EO 901 818 904 US*

**VIA U.S. EXPRESS MAIL**
**RETURN RECEIPT REQUESTED**

Alien Labor Certification Office
Attn: Temporary Certification
P.O. Box 053
Trenton, NJ 08625-0053

       Re:    TruGreen ChemLawn (Randolph)
               (40) H-2B Beneficiaries
               Form ETA 750, Part A - ORIGINAL SUBMISSION

Dear Sir or Madam:

      Enclosed please find the following documents in connection with the "Application for Alien Employment Certification for H-2B Classification" being filed by TruGreen ChemLawn:

      1. Original Form ETA 750, Part A, in duplicate; and,

      2. Original letter in support of ETA 750 from employer, in duplicate.

      We ask that you please process this matter in your usual fashion and forward recruitment instructions to us as soon as possible. If you should have any question or concerns, please feel free to contact the undersigned.

              Sincerely,

              **GREAT LAKES LABOR, LLC**

              Tracy R. Drus
              President

Enclosures

A1-19

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

### APPLICATION
### FOR
### ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

### PART A. OFFER OF EMPLOYMENT

**1. Name of Alien** (Family name in capital letter, First, Middle, Maiden)
(15) Unnamed H-2B Workers/Aliens

**2. Present Address of Alien** (Number, Street, City and Town, State ZIP code or Province, Country)
N/A

**3. Type of Visa** (if in U.S.)
N/A

The following information is submitted as an offer of employment.

**4. Name of Employer** (Full name of Organization)
TruGreen ChemLawn (36-3734669)

**5. Telephone**
856-848-8444

**6. Address** (Number, Street, City and Town, State ZIP code)
1250 Imperial Way
Thorofare, NJ 08086

**7. Address Where Alien Will Work** (if different from item 6)
Gloucester County                                                                Mon-Fri

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (hourly) | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m. 4:00 p.m. | $ 11.36 per hour | $ 17.04 per hour |

**13. Describe Fully the job to be Performed** (Duties)
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, spreaders, seeders and aerators. Entry level position.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.**

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A |
|---|---|---|---|

| EXPERI-ENCE | Job Offered | | Related Occupation Number | | Related Occupation (specify) N/A |
|---|---|---|---|---|---|
| | Yrs. 0 | Mos. 0 | Yrs. 0 | Mos. 0 | |

**15. Other Special Requirements**
None

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor**
foreman

**17. Number of Employees Alien Will Supervise**
0

1 Qualified workers cannot be found in the United States
2 Division of Foreign Labor Certification Policies have been observed
3 This certification is valid from 12/01/2005 through 11/30/2006

(Date)                                              (Certifying Officer)

**ENDORSEMENTS** (Make no entry in section - for Government use only)

| Date Forms Received | |
|---|---|
| L.O. | S.O. NOV 0 1 2005 |
| R.O. | N.O. |
| Ind. Code | Occ. Code 408.687-014 |
| Occ. Title | Laborer, Landscape |

*"Corrections approved by the Certifying Officer"*

Replaces MA 7-50A B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

**TRU04632**

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN and DATE each sheet in original signature

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien    (Family name in capital letter, First, Middle, Maiden)
(13) Unnamed H-2B Workers/Aliens

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in U.S.) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 856-848-8444 |

6. Address (Number, Street, City and Town, State ZIP code)
1250 Imperial Way
Thorofare, NJ 08086

7. Address Where Alien Will Work (if different from item 6)
Gloucester County                                Mon-Fri

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7 a.m. 5:00 p.m. | $11.05 per hour | $16.58 per hour |

13. Describe Fully the job to be Performed     (Duties)
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, spreaders, seeders and aerators. Entry level position.

Under close supervision. *Q.V. 11/17/04*

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School | High School | College | None |
| | 0 | 0 | College Degree Required (specify) N/A | |
| | | | Major Field of Study N/A | |
| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A | |
| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation (specify) N/A |
| | Yrs 0 | Mos. 0 | Yrs 0 | Mos. 0 |

*Q.V. 11/17/04*

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ➤ | foreman | 17. Number of Employees Alien Will Supervise | ➤ 0 |
|---|---|---|---|---|

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

1. Qualified workers cannot be found in the United States.
2. Employment Service policies have been observed.
3. This certification is valid from ... through 11/4/05

| | Date Forms Received | |
|---|---|---|
| L.O. | NOV 0 1 2004 | S.O. |
| R.O. | | N.O. |
| Ind. Code | | Occ. Code 408.687-014 |
| | | Occ. Title Sprayer, hand |

(Date)    CERTIFYING OFFICER

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

2004110100014

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

PART A. OFFER OF EMPLOYMENT

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) |
|---|
| (12) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (if in US) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn | 856-848-8444 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 1250 Imperial Way Thorofare, NJ 08086 |

| 7. Address Where Alien Will Work (if different from item 6) |
|---|
| Gloucester County |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| lawn maintenance | lawn care applicator | 40 | 0 | 7:00 a.m 5:00 p.m | $ 10.00 per hour | $ 15.00 per hour |

M-f ᴼᵛ 11-12 03

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, spreaders, seeders and aerators. Entry level position. *Under close supervision.* g.y 11/1/04 |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| | | | | None |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation (specify) |
|---|---|---|---|---|---|
| | Yrs. | Mos | Yrs | Mos. | N/A |
| | 0 | 0 | 0 | 0 | |

g.y 11/1/04

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ► ~~Branch Manager~~ Foreman | 17. Number of Employees Alien Will Supervise ► 0 |
|---|---|

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

| Date Forms Received | |
|---|---|
| L.O. | S.O. **NOV 0 5 2003** |
| R.O. | N.O. |
| Ind. Code | Occ. Code 408684010 |
| | Occ. Title Lawn Service Worker |

1. Qualified workers cannot be found in the United States.
2. Employment Service policies have been observed.
3. This certification is valid from 3/1/04 through 11/30/04

1/14/04   *Adrienne Markham*
CERTIFYING OFFICER

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

A1-22

TRU04589

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001)

### PART A. OFFER OF EMPLOYMENT

| | |
|---|---|
| 1 Name of Alien (Family name in capital letter, First, Middle, Maiden) | |
| (20) Unnamed H-2B Workers/Aliens | |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3 Type of Visa (If in US) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 631-924-7200 |

6. Address (Number, Street, City and Town, State ZIP code)

5 Todd Court
Yaphank, NY 11980

7. Address Where Alien Will Work (if different from item 6)

Suffolk County                                      M-F

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m. 4:00 p.m. | $ 15 11 per hour | $ 22.67 per hour |

13. Describe Fully the job to be Performed (Duties)

Apply pesticides, herbicides, fungicides to lawns using sprayers, seeders, spreaders, aerators. Entry level position.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| | | | | NONE |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation (specify) |
|---|---|---|---|---|---|
| | Yrs. | Mos. | Yrs. | Mos. | N/A |
| | 0 | 0 | 0 | 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ► Foreman | 17. Number of Employees Alien Will Supervise ► 0 |
|---|---|

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

1 Qualified workers cannot be found in the United States
2 Division of Foreign Labor Certification Policies have been observed
3 This certification is valid from _3/1/06_ through _11/10/05_

_11/3/05_
(Date)

(Certifying Officer)

| Date Forms Received | |
|---|---|
| L.O. | S.O. NOV 01 2005 |
| R.O. | N.O. |
| Ind. Code 0782 | Occ. Code 408684010 |
| Occ. Title | |

Lawn Service Workers

A1-23

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

**TRU03639**

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION**

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

**PART A. OFFER OF EMPLOYMENT**

| | |
|---|---|
| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) | |
| (32) Unnamed H-2B Workers/Aliens | |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (if in U.S.) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 215-441-0775 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 200 Ivyland Rd. Warminster, PA 18974 |

| 7. Address Where Alien Will Work (if different from item 6) |
|---|
| Bucks, Chester, Lehigh Counties M-F |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m. 4:00 p.m. | $ 11.36 per hour | $ 17.04 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| | | | | | None |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation (specify) |
|---|---|---|---|---|
| | Yrs. | Mos. | Yrs. Mos | N/A |
| | 0 | 0 | 0 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ► Field Manager | 17. Number of Employees Alien Will Supervise | 0 |
|---|---|---|---|

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

1. Qualified workers cannot be found in the United States.
2. ~~Division of Foreign Labor Certification Policies~~ have been observed.
3. This certification is valid from 03/01/06 through 11/30/2006.

a/11/2006
(Date)

(Certifying Officer)

| Date Forms Received | |
|---|---|
| L.O. 11/08/05 | S.O. 11/08/05 |
| R.O. 11-28-05 | N.O. |
| Ind Code | Occ. Code 37-3012 |
| Occ. Title PESTICIDE HANDLERS | |

Replaces MA 7-50A, B and C (Apr 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

A1-24

TRU04634

2

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001)

PART A. OFFER OF EMPLOYMENT

| | |
|---|---|
| 1. Name of Alien    (Family name in capital letter. First. Middle. Maiden)<br>(24) Unnamed H-2B Workers/Aliens | |

| 2. Present Address of Alien    (Number, Street, City and Town, State ZIP code or Province, Country)<br>N/A | 3. Type of Visa    (if in US)<br>N/A |
|---|---|

The following information is submitted as an offer of employment.

| 4. Name of Employer    (Full name of Organization)<br>TruGreen ChemLawn (36-3734669) | 5. Telephone<br>215-441-0775 |
|---|---|

6. Address    (Number, Street, City and Town, State ZIP code)
200 Ivyland Rd
Warminster, PA 19380

7. Address Where Alien Will Work    (if different from item 6)

Bucks, Chester, Lehigh Counties

| 8. Nature of Employer's Business Activity<br>lawn maintenance | 9. Name of Job Title<br>Lawn care applicator | 10. Total Hours Per Week<br>a. Basic **40** / b. Overtime **0** | 11. Work Schedule (Hourly)<br>7:00 a.m.<br>4:00 p.m. | 12. Rate of Pay<br>a. Basic $11.05 per hour / b. Overtime $16.58 per hour |
|---|---|---|---|---|

13. Describe Fully the job to be Performed    (Duties)

Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements<br>None |
|---|---|---|---|---|

| EDU-CATION (Enter number of years) | Grade School **0** | High School **0** | College **0** | College Degree Required    (specify)<br>N/A<br>Major Field of Study<br>N/A |
|---|---|---|---|---|

| TRAIN-ING | No. Yrs. **0** | No. Mos. **0** | | Type of Training<br>N/A |
|---|---|---|---|---|

| EXPERI-ENCE | Job Offered<br>Yrs. **0** / Mos. **0** | Related Occupation Number<br>Yrs. **0** / Mos. **0** | Related Occupation    (specify)<br>N/A |
|---|---|---|---|

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor    ► Field Manager | 17. Number of Employees Alien Will Supervise    **0** |
|---|---|

ENDORSEMENTS (Make no entry in this Section - for Government use only)

1  QUALIFIED WORKERS CANNOT BE FOUND IN THE UNITED STATES
2  EMPLOYMENT SERVICE POLICIES HAVE BEEN OBSERVED
3  THIS CERTIFICATION IS VALID FROM 3/1/05 THROUGH 11/30/05

Date Forms Received
L.O.  11-3-04
S.O.
R.O.
N.O.

**DEC 1 5 2004**
(DATE)

CERTIFYING OFFICER
D.O.L. REGION 2

12/7/04
Ind Code
Occ. Code 408.684-014
Occ. Title SPRAYER HAND

0341302 4

Replaces MA 7-50A B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

A1-25                    TRU1079

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT  READ CAREFULLY BEFORE COMPLETING THIS FORM**

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN and DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001)

PART A. OFFER OF EMPLOYMENT

**1 Name of Alien** (Family name in capital letter, First, Middle  Maiden)

(35) Unnamed H-2B Workers/Aliens

**2 Present Address of Alien** (Number, Street, City and Town, State, ZIP code or Province, Country)

N/A

**3. Type of Visa** (if in US)

N/A

**ALC**

**OCT 27 2003**

**BECS**

The following information is submitted as an offer of employment.

**4 Name of Employer** (Full name of Organization)

TruGreen ChemLawn

**5. Telephone**

215-441-0775

**6. Address** (Number, Street, City and Town, State ZIP code)

200 Ivyland Rd.
Warminster, PA    18974

**7. Address Where Alien Will Work** (if different from item 6)

Bucks, Chester, Lehigh Counties

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m. 4:00 p.m. | $ 9.50 per hour | $ 14.25 per hour |

**13 Describe Fully the job to be Performed** (Duties)

Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators  Entry level position.

| 14 State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required  (specify) N/A | None |
| | 0 | 0 | 0 | Major Field of Study N/A | |
| TRAIN-ING | No. Yrs. 0 | | No. Mos. 0 | Type of Training N/A | |
| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation  (specify) N/A | |
| | Yrs 0 | Mos 0 | Yrs 0 | Mos 0 | |

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor** ➤ Field Manager

**17. Number of Employees Alien Will Supervise** ➤ 0

1. **QUALIFIED WORKERS CANNOT BE FOUND IN THE UNITED STATES**
2. **EMPLOYMENT SERVICE POLICIES HAVE BEEN OBSERVED**
3. **THIS CERTIFICATION IS VALID FROM** 3/01/04 **THROUGH** 11/30/04

**JAN 06 2004**    *Stephen W. Stefanko*

**(DATE)**

**CERTIFYING OFFICER**
D.O.L. REGION IV
P. ACOSTA

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

| L.O. 10-30-03 | S.O. |
|---|---|
| R.O. 12/18/03 | N.O. |
| Ind. Code | Occ. Code 407 687 014 |
| | Occ. Title LABORER LANDSCAPE |

Replaces MA 7-50A  B and C (Apr  1970 edition) which is obsolete

ETA 750 (Oct 1979)

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | |
| 24 | 3/1/2005 | 11/30/2005 | c. City and State | |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS (Complete for Private Household ONLY) | | | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | | b. No. Persons residing at Place of Employment | | | c. Will free board and private room not shared with any-one be provided? | ("X" one) |
| ("X" one) ☐ House ☐ Apartment | Number of Rooms | Adults | | | | ☐ YES  ☐ NO |
| | | | Children | Ages | | |
| | | BOYS | | | | |
| | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS** (Specify Sources of Recruitment by Name)

```
- Newspaper/Classified Ads
- Employee Referrals
These efforts have all been unsuccessful in recruiting U.S. workers.
```

**22.** Applications require various types of documentation. Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.

## 23. EMPLOYER CERTIFICATIONS

**By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.**

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the pre-vailing wage and I guarantee that, if a labor certi-fication is granted, the wage paid to the alien when the alien begins work will equal or exceed the pre-vailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discri-mination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupa-tional environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

## 24. DECLARATIONS

DECLARATION OF EMPLOYER ▶ Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.

| SIGNATURE | DATE |
|---|---|
| _(signature)_ | 10/22/2004 |

| NAME (Type of Print) | TITLE |
|---|---|
| James A. Vacchiano | Region People Services Manager |

AUTHORIZATION OF AGENT OF EMPLOYER ▶ I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| _(signature)_ | 10/22/2004 |

| NAME OF AGENT (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP code) |
|---|---|
| Great Lakes Labor | PO Box 646 Pinckney, MI 48169 |

A1-27

TRU1080



OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) |
|---|
| 1) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in US) |
|---|---|
| N/A | N/A |

"CORRECTIONS APPROVED BY THE CERTIFYING OFFICER"

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 804-745-4884 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
|---|
| 6722 Atmore Dr. Richmond, VA 23225 |

| 7. Address Where Alien Will Work (if different from item 6) |
|---|
| same |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| lawn care | Lawn care applicator | 40 | 0 | (Hourly) 4:00 a.m. p.m | $ 8.97 per hour | $ 13.46 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using spreaders, seeders aerators Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| | | | | None |

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | | 0 | N/A |
| | | | | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A |
|---|---|---|---|

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation (specify) |
|---|---|---|---|---|---|
| | Yrs. 0 | Mos. 0 | Yrs. 0 | Mos 0 | N/A |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ➤ Operations Manager | 17. Number of Employees Alien Will Supervise ➤ 0 |
|---|---|

1 Qualified workers cannot be found in the United States
2 Division of Foreign Labor Certification Policies have been observed.

... certification is valid from 7/1/2006 through 12/01/2006

12/6/2005
(Date)

(Certifying Officer)

| ◄ ENDORSEMENTS (Make no entry in section - for Government use only) | | |
|---|---|---|
| Date Forms Received | | |
| L.O. | S.O. | |
| R.O. OCT 2 8 2005 | N.O. | |
| 11-29-05 | | |
| Ind. Code 8780 | Occ. Code 408687014 | |
| Occ. Title Landscape laborer | | |

A1-28

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

**TRU04327**

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to
answer questions in this form, use a separate sheet. Identify each answer
with the number of the corresponding question. SIGN AND DATE each
sheet in original signature.

To knowingly furnish any false information in the preparation of this form
and any supplement thereto or to aid, abet, or counsel another to do so is
a felony punishable by $10,000 fine or 5 years in the penitentiary, or both
(18 U.S.C. 1001)

PART A. OFFER OF EMPLOYMENT

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) |
|---|
| (35) Unnamed H-2B Workers/Aliens |

| 2. Present Address of Alien (Number, Street, City and Town, State, ZIP code or Province, Country) | 3. Type of Visa (If in U.S.) |
|---|---|
| N/A | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| TruGreen ChemLawn (36-3734669) | 703-478-3225 |

| 6. Address (Number, Street, City and Town, State, ZIP code) |
|---|
| 106 Executive Dr. Sterling, VA 20166 |

| 7. Address Where Alien Will Work (If different from item 6) |
|---|
| Loudoun and Fairfax Counties       M-F |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m. 4:00 p.m. | $ 10.50 per hour | $ 15.75 per hour |

| 13. Describe Fully the job to be Performed (Duties) |
|---|
| Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

15. Other Special Requirements
None

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation Number | | Related Occupation (specify) |
|---|---|---|---|---|---|
| | Yrs. | Mos. | Yrs | Mos | N/A |
| | 0 | 0 | 0 | 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ➤ ➤ Field Service Manager | 17. Number of Employees Alien Will Supervise ➤ 0 |
|---|---|---|

1. Qualified workers cannot be found in the United States
2. Division of Foreign Labor Certification Policies have been observed
3. This certification is valid from _____ through _____

_____ (Date)     _____ (Certifying Officer)

ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

| L.O. | S.O. |
| OCT 3 1 2005 | |
| R.O. | N.O. |
| 11-22-05 | |
| Ind. Code | Occ. Code |

A1-29

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

TRU01053

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Open-ings To Be Filled By Aliens Under Job Offer | b Exact Dates You Expect To Employ Alien | | a. Number of Local | b Name of Local |
| | From | To | | |
| 35 | 3/1/2006 | 11/30/2006 | | City and State |

*"Corrections approved by the Certifying Officer"*

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS** (Complete for Private Household ONLY)

| a. Description of Residence | | b. No. Persons residing at Place of Employment | | | | c Will free board and private room not shared with any-one be provided? | ("X" one) |
|---|---|---|---|---|---|---|---|
| ("X" one) ☐ House ☐ Apartment | Number of Rooms | Adults | Children | | Ages | | ☐ YES ☐ NO |
| | | | BOYS | | | | |
| | | | GIRLS | | | | |

**21 DESCRIBE EFFORTS TO RECRUIT U S WORKERS AND THE RESULTS.** (Specify Sources of Recruitment by Name)

- Newspaper/Classified Ads
- Employee Referrals
These efforts have all been unsuccessful in recruiting U.S workers.

---

22. Applications require various types of documentation. Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.

**23. EMPLOYER CERTIFICATIONS**

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the pre-vailing wage and I guarantee that. If a labor certi-fication is granted the wage paid to the alien when the alien begins work will equal or exceed the pre-vailing wage which is applicable at the time the alien begins work

c. The wage offered is not based on commissions, bonuses, or other incentives unless I guarantee a wage paid on a weekly bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States

e. The job opportunity does not involve unlawful discri-mination by race creed, color national origin age, sex religion, handicap or citizenship

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage

(2) At issue in a labor dispute involving a work stoppage

g. The job opportunity's terms, conditions and occupa-tional environment are not contrary to Federal State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

| DECLARATION OF EMPLOYER | ▶ Pursuant to 28 U.S.C. 1746 I declare under penalty of perjury the foregoing is true and correct | |
|---|---|---|
| SIGNATURE *James A. Vacchino* | | DATE 10/25/2005 |
| NAME (Type or Print) James A  Vacchiano | TITLE Region People Services Manager | |

| AUTHORIZATION OF AGENT OF EMPLOYER | ▶ I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent | |
|---|---|---|
| SIGNATURE OF EMPLOYER *James A. Vacchino* | | DATE 10/25/2005 |
| NAME OF AGENT (Type or Print) Great Lakes Labor | ADDRESS OF AGENT (Number Street City State ZIP code) PO Box 646 Pinckney, MI 48169 | |

TRU01054

Virginia Employment Commission
Alien Certification Unit Dept-2
5005 Cardinal Avenue
Suite 4??
Alexandria, VA 22312

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

OMB Approval No. 44-R1301

# APPLICATION
# FOR
# ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien | (Family name in capital letter. First, Middle, Maiden) |
|---|---|
| (25) Unnamed H-2B Workers/Aliens | |

| 2. Present Address of Alien | (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (if in US) |
|---|---|---|
| N/A | | N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer | (Full name of Organization) | 5. Telephone |
|---|---|---|
| TruGreen ChemLawn (36-3734669) | | 703-478-3225 |

| 6. Address | (Number, Street, City and Town, State ZIP code) |
|---|---|
| 106 Executive Dr. Sterling, VA 20166 | |

| 7. Address Where Alien Will Work | (if different from item 6) |
|---|---|
| Loudoun and Fairfax Counties | |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m 5:00 p.m. | $10.00 per hour | $15.00 per hour |

M - F

13. Describe Fully the job to be Performed    (Duties)

Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| EDUCATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A | None |
| | 0 | 0 | 0 | Major Field of Study N/A | |
| TRAINING | No. Yrs. | No. Mos. | Type of Training N/A | | |
| | 0 | 0 | | | |
| EXPERIENCE | Job Offered | Number Related Occupation | Related Occupation (specify) N/A | | |
| | Yrs 0 | Mos 0 | Yrs 0 | Mos 0 | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | Field Service Manager | 17. Number of Employees Alien Will Supervise | 0 |
|---|---|---|---|

ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

1. QUALIFIED WORKERS CANNOT BE FOUND IN THE UNITED STATES
2. EMPLOYMENT SERVICE POLICIES HAVE BEEN OBSERVED
3. THIS CERTIFICATION IS VALID FROM 3/1/05 THROUGH 11/30/05

L.O. NOV 0 1 2004    S.O.

R.O. 11/26/04    N.O.

DEC 0 6 2004    Stephen W. Stefanko

(DATE)

CERTIFYING OFFICER
D.O.L REGIONAL

Ind. Code 7389    Occ. Code 408-687-014

Occ. Title Lawn Care Applicator

Replaces MA 7-50A B and C (Apr 1970 edition) which is obsolete

ETA 750 (Oct 1979)

A1-31

TRU01051

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | |
| 25 | 3/1/2005 | 11/30/2005 | | c. City and State |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS** (Complete for Private Household ONLY)

| a. Description of Residence | | b. No. Persons residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? | ("X" one) |
|---|---|---|---|---|---|---|---|
| ("X" one) | Number of Rooms | Adults | Children | | Ages | | ☐ YES  ☐ NO |
| ☐ House | | | BOYS | | | | |
| ☐ Apartment | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS** (Specify Sources of Recruitment by Name)

- Newspaper/Classified Ads
- Employee Referrals
These efforts have all been unsuccessful in recruiting U.S. workers.

**22.** Applications require various types of documentation. Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.

**23. EMPLOYER CERTIFICATIONS**

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

| DECLARATION OF EMPLOYER | ➤ Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. | |
|---|---|---|
| SIGNATURE *James A. Vacchiano* | | DATE 10/25/2004 |
| NAME (Type or Print) James A. Vacchiano | TITLE Region People Services Manager | |

| AUTHORIZATION OF AGENT OF EMPLOYER | I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent. | |
|---|---|---|
| SIGNATURE OF EMPLOYER *James A. Vacchiano* | | DATE 10/25/2004 |
| NAME OF AGENT (Type or Print) Great Lakes Labor | ADDRESS OF AGENT (Number, Street, City, State, ZIP code) PO Box 646 Pinckney, MI 48169 | |

A1-32

OMB Approval No. 44-R1301

U S DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT READ CAREFULLY BEFORE COMPLETING THIS FORM**

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 10011)

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien    (Family name in capital letter, First, Middle Maiden)

(4) Unnamed H-2B Workers/Aliens

2. Present Address of Alien    (Number, Street, City and Town State ZIP code or Province, Country)

N/A

3. Type of Visa    (If in U S)

N/A

The following information is submitted as an offer of employment.

4. Name of Employer    (Full name of Organization)

TruGreen ChemLawn

5. Telephone

703-478-3225

6. Address    (Number, Street, City and Town, State ZIP code)

106 Executive Dr.
Sterling, VA 20166

7. Address Where Alien Will Work    (if different from item 6)

Loudoun and Fairfax Counties

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly) | a. Basic | b. Overtime |
| lawn maintenance | Lawn care applicator | 40 | 0 | 7:00 a.m. 5:00 p.m. | $ 10.00 per hour | $ 15.00 per hour |

13. Describe Fully the job to be Performed    (Duties)

Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators Entry level position.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study N/A |

| TRAIN-ING | No. Yrs. 0 | No. Mos. 0 | Type of Training N/A |
|---|---|---|---|

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation (specify) N/A |
|---|---|---|---|---|---|
| | Number | | | | |
| | Yrs. 0 | Mos 0 | Yrs. 0 | Mos 0 | |

15. Other Special Requirements

None

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ➤ Field Service Manager

17. Number of Employees Alien Will Supervise ➤ 0

1. QUALIFIED WORKERS CANNOT BE FOUND IN THE UNITED STATES
2. EMPLOYMENT SERVICE POLICIES HAVE BEEN OBSERVED
3. THIS CERTIFICATION IS VALID FROM 3/1/04 THROUGH 11/30/04

ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

S.O.

JAN 0 5 2004
(DATE)

NOV 0 4 2003

CERTIFYING OFFICER
D.O.L. REGION 2
03400692

N.O.

03

Occ. Code 7387

Occ. Title

Replaces MA 7-50A B and C (Apr 1970 edition) which is obsolete

A 750 (Oct 1979)

A1-33

TRU01049

HRR-1.5.2004

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| 14 | From | To | | c. City and State |
| | 3/1/2004 | 11/30/2004 | | |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS  (Complete for Private Household ONLY) | | | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | b. No. Persons residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? | ("X" one) |
| ("X" one) □ House □ Apartment | Number of Rooms | Adults | Children | Ages | | □ YES   □ NO |
| | | | BOYS | | | |
| | | | GIRLS | | | |

**21.** DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS  (Specify Sources of Recruitment by Name)

- Newspaper/Classified Ads
- Employee Referrals
These efforts have all been unsuccessful in recruiting U.S. workers.

**22.** Applications require various types of documentation.  Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.

**23. EMPLOYER CERTIFICATIONS**

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

| DECLARATION OF EMPLOYER ➤ | Pursuant to 28 U.S.C. 1746 I declare under penalty of perjury the foregoing is true and correct. | |
|---|---|---|
| SIGNATURE | | DATE 10/30/2003 |
| NAME (Type or Print) James A. Vacchiano | TITLE Region People Services Manager | |

| AUTHORIZATION OF AGENT OF EMPLOYER ➤ | I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent. | |
|---|---|---|
| SIGNATURE OF EMPLOYER | | DATE 10/30/2003 |
| NAME OF AGENT (Type or Print) Great Lakes Labor | ADDRESS OF AGENT (Number Street City State ZIP code) PO Box 646 Pinckney, MI 48169 | |

RU01050