A2-1

# Attachment 2

# Sample TruGreen Forms I-129

Source: TruGreen Document Production



**Bringing seasonal labor to you. Pronto!**

# 7925 5788 8827

January 26, 2004

**VIA FEDERAL EXPRESS**

VSC Premium Processing
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden St.
Saint Albans, VT 05479

    Re:    **Employer: TruGreen ChemLawn (Newport)**
             Multiple H-2B Beneficiaries
             "Petition for Nonimmigrant Worker"-Form I-129H
             **PREMIUM PROCESSING REQUESTED**

Dear USCIS:

    We are submitting the following documents in connection with the "Petition for Nonimmigrant Worker" (I-129H) being filed by TruGreen ChemLawn:

1. Original Form I-907, with $1000.00 premium processing fee;

2. Original "Petition for Nonimmigrant Worker" (Form I-129) with worker list, in duplicate, and $130.00 filing fee;

3. Original letter in support of Petition from Employer, in duplicate;

4. Original and photocopy of certified ETA 750A; and,

5. Pre-paid Federal Express envelope for mailing Approval Notice to us.

    We request that the Petition be approved as submitted. We thank you in advance. Please address any questions or concerns to the undersigned.

                          Sincerely,

                          **GREAT LAKES LABOR, LLC**

                          Tracy R. Drus
                          President

                                                            **TRU04029**

Great Lakes Labor, LLC
P.O. Box 646 · Pinckney, MI 48169 · (734) 878-6818  Facsimile (734) 878-6852
greatlakeslabor@chartermi.net

A2-2

 

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION FOR ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary or both (18 U.S.C. 1001)

### PART A. OFFER OF EMPLOYMENT

**1. Name of Alien** (Family name in capital letter, First, Middle, Maiden)
(15) Unnamed H-2B Workers/Aliens

**2. Present Address of Alien** (Number, Street, City and Town, State ZIP code or Province, Country)
N/A

**3. Type of Visa** (If in US)
N/A

The following information is submitted as an offer of employment.

**4. Name of Employer** (Full name of Organization)
TruGreen ChemLawn (36-3734669)

**5. Telephone**
973-252-0140

**6. Address** (Number, Street, City and Town, State ZIP code)
9 Middlebury Blvd.
Randolph, NJ 07869

**7. Address Where Alien Will Work** (if different from item 6)
Morris County

**8. Nature of Employer's Business Activity**
lawn maintenance

**9. Name of Job Title**
lawn care applicator

**10. Total Hours Per Week**
a. Basic: 40    b. Overtime: 0

**11. Work Schedule** M-F
(Hourly)
7:00 a.m.
4:00 p.m.

**12. Rate of Pay**
a. Basic: $10.06 per hour
b. Overtime: $15.09 per hour

**13. Describe Fully the job to be Performed** (Duties)
Apply fertilizers, pesticides, fungicides to lawns/landscapes using spreaders, seeders, sprayers. Entry level position.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.**

| EDUCATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) N/A |
|---|---|---|---|---|
| | 0 | 0 | 0 | Major Field of Study: N/A |

| TRAINING | No. Yrs. 0 | No. Mos. 0 | Type of Training: N/A |
|---|---|---|---|

| EXPERIENCE | Job Offered Yrs. 0 / Mos. 0 | Related Occupation Number Yrs. 0 / Mos. 0 | Related Occupation (specify) N/A |
|---|---|---|---|

**15. Other Special Requirements**
None

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor**
foreman

**17. Number of Employees Alien Will Supervise**
0

ENDORSEMENTS (Make no entry in section - for Government use only)

**Date Forms Received**
| L.O. | S.O. |
| R.O. | N.O. |
| Ind. Code | Occ. Code |
| Occ. Title | |

Replaces MA 7-50A B and C (Apr. 1970 edition) which is obsolete

ETA 750 (Oct. 1979)

A2-3

TRU03737