A3-1

# Attachment 3

# Summary of Information on

# TruGreen ETA-750 Applications

# and Employer Disclosure Affidavits

Source: Information from TruGreen Document Production

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | ETA-750 INFORMATION | | | | TRUGREEN INORMATION | | | | RECRUITMENT INFORMATION | | | |
| 2 | Bate Nos | Year | ETA-750 | | # workers | wage | wage category | | TruGreen Branch | Workers | Pay meth. | | # signed | wage 1 | wage 2 | wage 3 |
| 3 | | | LOCATION | | requested | | | | | TG chart | TG chart | | EDAs | per EDA | per EDA | per EDA |
| 4 | | | | | | | | | | | | | | | | |
| 5 | CONN. | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | 4278 | 2006 | Rocky Hill | | 29 | $11.35 | 408.687.014 | | Rocky Hill | 5 | 5hr | | 11 | 11.35 | | |
| 8 | | 2004 | Rocky Hill | | n/a | n/a | n/a | | Rocky Hill | 1 | 1 hr. | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | DELAWARE | | | | | | | | | | | | | | | |
| 11 | 4626 | 2006 | Newport | | 10 | $11 | 408.684.010 | | Wilmington | 2 | 2 plan | | 2 | 11 | | |
| 12 | 3921 | 2005 | Newport | | 9 | $10 | 408.684.010 | | Wilmington | 2 | 2 plan | | 5 | $10 | | |
| 13 | 4685 | 2004 | Newport | | 11 | $10 | 408.684.010 | | Wilmington | 6 | 6 plan | | 5 | 11.34 | | |
| 14 | n/a | 2003 | Newport | | n/a | n/a | n/a | | Wilmington | 4 | 4 plan | | 4 | 10 | | |
| 15 | | | | | | | | | | | | | | | | |
| 16 | MAINE | | | | | | | | | | | | | | | |
| 17 | 3590 | 2006 | Westbrook | | 15 | $7.94 | | | Portland | 4 | 4 hr | | 6 | 10 | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | MARYLAND | | | | | | | | | | | | | | | |
| 20 | 1045 | 2006 | Gaithersburg | | 25 | $10.67 | 408.684.014 | | DC North | 4 | 4 plan | | 5 | 12.5 | | |
| 21 | | | | | | | | | | Woodlawn | 4 | 4 plan | | 5 | 10.67 | | |
| 22 | | | | | | | | | | Hagerstown | 2 | 2 plan | | 6 | 10.67 | | |
| 23 | 4125 | 2005 | Gaithersburg | | 12 | $10 | 408.684.014 | | DC North | 5 | 4 plan | | 4 | 12.5 | | |
| 24 | | | | | | | | | | Woodlawn | 4 | 4 plan | | 4 | 11 | | |
| 25 | 808 | 2004 | Gaithersburg | | 10 | $10 | 408.687.010 | | DC North | 3 | 3 plan | | 4 | 12.5 | | |
| 26 | n/a | 2003 | Gaithersburg | | n/a | n/a | n/a | | DC North | 4 | 4 plan | | 4 | 9 | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | MASS | | | | | | | | | | | | | | | |
| 29 | 3539 | 2006 | Franklin | | 20 | $11.05 | 37-3012 | | Boston-West | 4 | 4 hr | | 6 | 11.05 | | |
| 30 | 3724 | 2006 | Plymouth | | 20 | $13.60 | 37-3012 | | Boston-East | 4 | 4 hr | | 10 | 13.6 | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | MINN. | | | | | | | | | | | | | | | |
| 33 | n/a | 2003 | Maple Grove | | n/a | n/a | n/a | | | 3 hr | | | | | | |
| 34 | | | | | | | | | | | | | | | | |
| 35 | NEW JERSEY (NORTH) | | | | | | | | | | | | | | | |
| 36 | 3778 | 2006 | Randolph | | 15 | $10.06 | 408.161.010 | | Morris | 8 | 3 plan/5 hr | | 6 | 11.63 | | |
| 37 | 1059 | 2006 | Farmingdale | | 8 | $12.95 | 408.161.010 | | Monmouth. | 4 | 4 plan | | 4 | 12.95 | | |
| 38 | 3909 | 2006 | S. Plainfield | | 20 | $13.65 | 408.684.014 | | Middlesex | 12 | 9 plan/3 hr | | 7 | $13.65 | 12.04 | |
| 39 | 4622 | 2006 | S. Plainfield | | 10 | $7.94 | 408.687.010 | | Middlesex | 3 | 3 plan | | 1 | 10 | | |
| 40 | 4642 | 2006 | Upper SR | | 10 | $11.43 | 408.161.010 | | Bergen | 11 | 11 hr | | 14 | 10 | 11.37 | |
| 41 | 4624 | 2005 | Randolph | | 52 | $12.38 | 408.684.014 | | Morris | 5 | 4 plan/1 hr | | 5 | 10 | | |
| 42 | | | | | | | | | | F-Monmouth | 8 | 4 plan/4 hr | | 3 | 11.63 | | |
| 43 | | | | | | | | | | SP - Middlesex | 0 | 0 | | | | | |
| 44 | | | | | | | | | | USR-Bergen | 10 | 10 hr | | 11 | 10 | | |
| 45 | 4355 | 2004 | Randolph | | 40 | $10 | 408.684.010 | | Morris | 6 | 6 plan | | 7 | 10 | | |
| 46 | | | | | | | | | | F - Monmouth | 3 | 3 plan | | 1 | 10 | | |
| 47 | | | | | | | | | | SP Middlesex | 11 | 11 hr | | 4 | 10 | | |
| 48 | | | | | | | | | | USR-Bergen | 5 | 4 plan/1 hr | | 5 | 10 | | |
| 49 | | | | | | | | | | | | | | | | |
| 50 | n/a | 2003 | Randolph | | n/a | n/a | n/a | | Morris | 4 | 3 plan/1 hr. | | 8 | no info | | |
| 51 | | | | | | | | | | F - Monmouth | 1 | 1 plan | | 1 | 11.25 | | |
| 52 | | | | | | | | | | SP - Middlesex | 7 | 6 hr/1 ? | | 4 | 10 | | |
| 53 | | | | | | | | | | USR-Bergen | 3 | 3 plan | | 4 | 9 | | |

A3-2

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | NEW JERSEY (SOUTH) | | | | | | | | | | | | | | | |
| 55 | 4632 | 2006 | Thorofare | | 15 | $11.36 | 408.687.014 | | South Jersey | 7 | 7 plan | | 7 | 11.36 | | |
| 56 | 4630 | 2005 | Thorofare | | 13 | $11.05 | 408.687.014 | | South Jersey | 9 | 9 plan | | 8 | 10 | | |
| 57 | 4589 | 2004 | Thorofare | | 12 | $10 | 408.684.010 | | South Jersey | 10 | 10 plan | | 8 | 10 | $10.41 | |
| 58 | n/a | 2003 | Thorofare | | n/a | n/a | n/a | | South Jersey | 6 | 6 plan | | 6 | 10 | | |
| 59 | | | | | | | | | | | | | | | | |
| 60 | NEW YORK | | | | | | | | | | | | | | | |
| 61 | 3639 | 2006 | Yaphank | | n/a | $15.11 | n/a | | Yaphank | 7 | 7 hr | | 11 | 15.11 | | |
| 62 | n/a | 2005 | | | n/a | n/a | | | Yaphank | 3 | 3 hr | | | | | |
| 63 | n/a | 2004 | Yaphank | | | 13.56 | | | Yaphank | 10 | 10 hr | | 10 | 11 | 13.57 | |
| 64 | n/a | 2003 | Yaphank | | n/a | n/a | | | Yaphank | 8 | 8 hr | | 0 | 0 | | |
| 65 | | | | | | | | | | | | | | | | |
| 66 | OHIO | | | | | | | | | | | | | | | |
| 67 | n/a | 2003 | Westerville | | 10 | 7.15 | | | Columbus North | 4 | 4 hr | | 4 | 10 | | |
| 68 | | | | | | | | | | | | | | | | |
| 69 | PENNSYLVANIA | | | | | | | | | | | | | | | |
| 70 | 4634 | 2006 | Warminster | | 32 | $11.36 | 37-3012 | | Warminster | 4 | 2 plan/2 hr | | 5 | 11.36 | | |
| 71 | | | | | | | | | Allentown | 3 | 3 plan | | 8 | 11.5 | 11.36 | |
| 72 | | | | | | | | | Malvern | 12 | 12 plan | | 11 | 11.36 | | 11.63 |
| 73 | 1079 | 2005 | Warminster | | 24 | 11.05 | 408.684.014 | | Warminster | 4 | 2 plan/2 hr | | 4 | 9.5 | | |
| 74 | | | | | | | | | Allentown | 6 | 6 plan | | 6 | 10 | | |
| 75 | | | | | | | | | Malvern | 9 | 8 plan/1 hr | | 13 | 10 | | |
| 76 | 1081 | 2004 | Warminster | | 35 | 9.5 | 408.687.014 | | Warminster | 4 | 4 hr | | 6 | 9.5 | 10.41 | |
| 77 | | | | | | | | | Allentown | 6 | 6 plan | | 8 | 9.68 | | |
| 78 | | | | | | | | | Malvern | 9 | 1 plan/8 hr | | 9 | 10.41 | $10 | |
| 79 | n/a | 2003 | Warminster | | n/a | n/a | | | Warminster | 0 | 0 | 0 | 1 | no info | | |
| 80 | | | | | | | | | Allentown | 7 | 5 plan/2 hr | | 7 | 9.68 | | |
| 81 | | | | | | | | | Malvern | 6 | 1 plan/6 hr | | 3 | 10 | | |
| 82 | | | | | | | | | | | | | | | | |
| 83 | INDIANA | | | | | | | | | | | | | | | |
| 84 | n/a | 2003 | Fishers | | n/a | n/a | | | | | | | | | | |
| 85 | | | | | | | | | | | | | | | | |
| 86 | VIRGINIA | | | | | | | | | | | | | | | |
| 87 | 1053 | 2006 | Sterling | | 35 | $10.50 | 408.687.014 | | DC West-Sterling | 17 | 17 hrly | | 16 | 10.5 | | |
| 88 | | | | | | | | | DC South-Lorton | 4 | 4 hrly | | 4 | 10.5 | | |
| 89 | | | | | | | | | Vienna | 3 | 2 hr/1 ? | | | | | |
| 90 | 1051 | 2005 | Sterling | | 25 | $10 | 408.687.014 | | DC West | 11 | 11 hrly | | 16 | 10 | | |
| 91 | | | | | | | | | DC South | 6 | 6 hrly | | 8 | 10 | | |
| 92 | 1049 | 2004 | Sterling | | 14 | $10 | 408.68.010 | | DC West | 10 | 10 hrly | | 10 | 10 | 10.15 | |
| 93 | | | | | | | | | DC South | 3 | 3 hrly | | 2 | 10 | | |
| 94 | n/a | 2003 | Sterling | | n/a | n/a | | | DC West | 8 | 8 hrly | | 9 | $10 | | |
| 95 | | | | | | | | | DC South | 4 | 4 hrly | | 4 | 10 | | |
| 96 | | | | | | | | | | | | | | | | |
| 97 | VIRGINIA | | | | | | | | | | | | | | | |
| 98 | 4327 | 2006 | Richmond | | 7 | $8.97 | 408.687.014 | | Richmond | 4 | 2 plan/2 hr | | 4 | 8.97 | | |
| 99 | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | |
| 103 | | | | | 538 | | | | | | | | | | | |
| 104 | | | | | | | | | | 357 | | | 372 | | | |

A3-3