A6-1

# Attachment 6

# Sample TruGreen Employer Disclosure Affidavits

Source: TruGreen Document Production

LLS International                                                                                           Página 1 de 1

# Employer Disclosure Affidavit
## for Company: Tru-Green Chemlawn (Newport)
## Order Dated: 9/29/2003 9:52:52 AM

view premium rates
view Spanish form
close this window

| | |
|---|---|
| **Name of Sponsoring H-2B company** | Tru-Green Chemlawn (Newport) |
| **Address:** | 1350 1st State Blvd., Newport, DE 19804 |
| **Office Phone:** | 302-992-9680 |
| **Fax Phone:** | 302-633-9428 |
| **Mobile Phone:** | 302-420-8335 |
| **Home or Other Phone:** | 302-376-8186 |
| **Contact Name:** | Mike A Matejik |
| **Contact Title:** | Branch Manager |

# Work Information

**Occupation Title:** Pesticide Handlers, Sprayers, and Applicators, Vegetation

**Occupation Description:**
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators

**Employment Start Date:** 3/16/2004    **End Date:** 11/15/2004

**List the tasks and skills needed to perform the work.**

Education: none

Experience: lawn fertilization very helpful.

Skills: valid driver's license; bilingual

**Starting wage offered (if different from prevailing wage):** $11.34  O.T. Rate: $17.01

**Average hours of work per week:** 40

**Rent and utilities per month:** 373

**Transportation charge per month (if applicable):** 32

**Other charges to worker per month (if any):**

**Comments/Instructions for worker:** Workers will receive commission based on production level

**Day and place paycheck is distributed:** Friday

Will the employer guarantee to supply training if the employee does not have the required skills? YES

Signature of Employee: _Ramón Villanueva Baraldua_    Date: _20-Febrero-2004_

**TRU2034**

A6-2

LLS International

Página 1 de 1

## Employer Disclosure Affidavit
for Company: TruGreen ChemLawn (Randolph)
Order Dated: 9/25/2003 1:27:36 PM

view premium rates
view Spanish form
close this window

| | |
|---|---|
| Name of Sponsoring H-2B company | TruGreen ChemLawn (Randolph) |
| Address: | 9 Middlebury Blvd., Randolph, NJ 07869 |
| Office Phone: | 973-252-0140 |
| Fax Phone: | 973-252-4644 |
| Mobile Phone: | 973-703-9456 |
| Home or Other Phone: | 973-701-9417 |
| Contact Name: | Shawn Flynn |
| Contact Title: | Branch Manager |

## Work Information

**Occupation Title:** Landscaping and Groundskeeping Workers

**Occupation Description:**
Apply fertilizers, pesticides, fungicides to lawns/landscapes using spreaders, seeders, sprayers. Entry level p

**Employment Start Date:** 3/2/2004  End Date: 11/15/2004

List the tasks and skills
needed to perform the work.

Education: n/a

Experience: lawn and fertilization very helpful.

Skills: valid driver's license; bilingual

| | |
|---|---|
| Starting wage offered (if different from prevailing wage): | $10  O.T. Rate: $15 |
| Average hours of work per week: | 40 |
| Rent and utilities per month: | 335 |
| Transportation charge per month (if applicable): | |
| Other charges to worker per month (if any): | |
| Comments/Instructions for worker: | Production bonus paid weekly for achieving set go |
| Day and place paycheck is distributed: | Friday |

Will the employer guarantee to supply training if the employee does not have the required skills? YES

Signature of Employee: _____ REDACTED _____  Date: 16/FEB/04

TRU1943

A6-3

# Employer Disclosure Affidavit
for Company: TruGreen ChemLawn (Randolph)
Order Dated: 9/25/2003 1:27:36 PM

view premium rates
view Spanish form
close this window

| | |
|---|---|
| **Name of Sponsoring H-2B company** | TruGreen ChemLawn (Randolph) |
| **Address:** | 9 Middlebury Blvd., Randolph, NJ 07869 |
| **Office Phone:** | 973-252-0140 |
| **Fax Phone:** | 973-252-4644 |
| **Mobile Phone:** | 973-703-9456 |
| **Home or Other Phone:** | 973-701-9417 |
| **Contact Name:** | Shawn Flynn |
| **Contact Title:** | Branch Manager |

## Work Information

**Occupation Title:** Landscaping and Groundskeeping Workers

**Occupation Description:**
Apply fertilizers, pesticides, fungicides to lawns/landscapes using spreaders, seeders, sprayers. Entry level p

**Employment Start Date:** 3/2/2004   End Date: 11/15/2004

**List the tasks and skills needed to perform the work.**

Education: n/a

Experience: lawn and fertilization very helpful.

Skills: valid driver's license; bilingual

| | |
|---|---|
| **Starting wage offered** (if different from prevailing wage): | $10  O.T. Rate: $15 |
| **Average hours of work per week:** | 40 |
| **Rent and utilities per month:** | 335 |
| **Transportation charge per month** (if applicable): | |
| **Other charges to worker per month** (if any): | |
| **Comments/Instructions for worker:** | Production bonus paid weekly for achieving set go: |
| **Day and place paycheck is distributed:** | Friday |

**Will the employer guarantee to supply training if the employee does not have the required skills? YES**

Signature of Employer: REDACTED                          Date: 29/02/04

A6-4

**TRU1949**

LLS International                                                                                      Página 1 de 1

# Employer Disclosure Affidavit
## for Company: TruGreen ChemLawn (Randolph)
## Order Dated: 9/25/2003 1:27:36 PM

view premium rates
view Spanish form
close this window

| | |
|---|---|
| Name of Sponsoring H-2B company | TruGreen ChemLawn (Randolph) |
| Address: | 9 Middlebury Blvd., Randolph, NJ 07869 |
| Office Phone: | 973-252-0140 |
| Fax Phone: | 973-252-4644 |
| Mobile Phone: | 973-703-9456 |
| Home or Other Phone: | 973-701-9417 |
| Contact Name: | Shawn Flynn |
| Contact Title: | Branch Manager |

# Work Information

**Occupation Title:** Landscaping and Groundskeeping Workers

**Occupation Description:**
Apply fertilizers, pesticides, fungicides to lawns/landscapes using spreaders, seeders, sprayers  Entry level position

**Employment Start Date:** 3/2/2004  **End Date:** 11/15/2004

**List the tasks and skills needed to perform the work.**

Education: n/a

Experience: lawn and fertilization very helpful.

Skills: valid driver's license; bilingual

| | |
|---|---|
| Starting wage offered (if different from prevailing wage): | $10  O.T. Rate: $15 |
| Average hours of work per week: | 40 |
| Rent and utilities per month: | 335 |
| Transportation charge per month (if applicable): | |
| Other charges to worker per month (if any): | |
| Comments/Instructions for worker: | Production bonus paid weekly for achieving set goals |
| Day and place paycheck is distributed: | Friday |

Will the employer guarantee to supply training if the employee does not have the required skills? YES

**Signature of Employee:** REDACTED                                  **Date:** 2/17/04

A6-5

LLS International                                                                 Página 1 de 1

# Employer Disclosure Affidavit
for Company: TruGreen ChemLawn (Randolph)
Order Dated: 9/25/2003 1:27:36 PM

view premium rates
view Spanish form
close this window

| | |
|---|---|
| Name of Sponsoring H-2B company | TruGreen ChemLawn (Randolph) |
| Address: | 9 Middlebury Blvd , Randolph, NJ 07869 |
| Office Phone: | 973-252-0140 |
| Fax Phone: | 973-252-4644 |
| Mobile Phone: | 973-703-9456 |
| Home or Other Phone: | 973-701-9417 |
| Contact Name: | Shawn Flynn |
| Contact Title: | Branch Manager |

## Work Information

**Occupation Title:** Landscaping and Groundskeeping Workers

**Occupation Description:**
Apply fertilizers, pesticides, fungicides to lawns/landscapes using spreaders, seeders, sprayers. Entry level positi

**Employment Start Date:** 3/2/2004  End Date: 11/15/2004

**List the tasks and skills needed to perform the work.**

Education: n/a

Experience: lawn and fertilization very helpful.

Skills: valid driver's license; bilingual

| | |
|---|---|
| Starting wage offered (if different from prevailing wage): | $10  O.T. Rate: $15 |
| Average hours of work per week: | 40 |
| Rent and utilities per month: | 335 |
| Transportation charge per month (if applicable): | |
| Other charges to worker per month (if any): | |
| Comments/Instructions for worker: | Production bonus paid weekly for achieving set goals |
| Day and place paycheck is distributed: | Friday |

Will the employer guarantee to supply training if the employee does not have the required skills? YES

Signature of Employee: REDACTED                                      Date: 02/17/04

A6-6

http://www.llsint.com/lls/hsys2/formC_eda.asp?S=HJBTEIWQXB217200464145&CUS...    17/02/2004

**TRU1959**

# Employer Disclosure Affidavit
## for Company: TruGreen ChemLawn (Upper Saddle)
### Order Dated: 9/26/2003 9:40:19 AM

view premium rates
view English form
close this window

| | |
|---|---|
| Nombre de la Compania H-2B | TruGreen ChemLawn (Upper Saddle) |
| Direccion: | 118 Rt. 17 North, PO Box 171, Upper Saddle River, NJ |
| Telefono: | 201-825-8833 |
| Fax: | 201-825-1942 |
| Movil: | 201-206-9148 |
| Otro Telefono: | 201-825-8833 |
| Nombre del Contacto: | Robert Coursen |
| Posicion en la Compania: | Branch Manager |

## Informacion Laboral

**Ocupacion/Puesto:** Pesticide Handlers, Sprayers, and Applicators, Vegetal

**Ocupacion/Descripcion:**
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders and aerators

**Fecha del Comienzo del Empleo:** 3/15/2004  **Fecha Final:** 11/30/2004

**Lista de las tareas y las caracteristicas necesarias para realizar el trabajo.**

Educación: none

Experiencia: lawn and fertilization very helpful

Habilidades: valid driver's license; bilingual

| | |
|---|---|
| Salario Ofrecido Inicialmente (diferente de prevalecer el sueldo): | $10  O.T. Rate: $15 |
| Promedio de Horas de Trabajo por Semana: | 40 |
| Renta y Servicios por Mes: | 250 |
| Cargos port Transporte por Semana (si aplicable): | 20 |
| Otros cargos mensuales al trabajador (si hay): | |
| Commentarios/Instrucciones para el trabajador: | workers are eligible for sales and production completion commissions |
| Dia y Lugar de Pago: | Friday |

?El empleador garantizara al trabajador que se le dara capacitacion si el trabajador no cuenta con los hal requeridas para trabajar? YES   REDACTED

Firma del Empleo: _____    Fecha: 01/26/03

TRU2434

LLS International                                                          Página 1 de 1

# Employer Disclosure Affidavit
## for Company: TruGreen ChemLawn (Upper Saddle)
### Order Dated: 9/26/2003 9:40:19 AM

view premium rates
view Spanish form
close this window

| | |
|---|---|
| Name of Sponsoring H-2B company | TruGreen ChemLawn (Upper Saddle) |
| Address: | 118 Rt 17 North, PO Box 171, Upper Saddle River, NJ 07458 |
| Office Phone: | 201-825-8833 |
| Fax Phone: | 201-825-1942 |
| Mobile Phone: | 201-206-9148 |
| Home or Other Phone: | 201-825-8833 |
| Contact Name: | Robert Coursen |
| Contact Title: | Branch Manager |

# Work Information

**Occupation Title:** Pesticide Handlers, Sprayers, and Applicators, Vegetation

**Occupation Description:**
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders and aerators

**Employment Start Date:** 3/16/2004  End Date: 11/30/2004

**List the tasks and skills needed to perform the work**

Education: none

Experience: lawn and fertilization very helpful

Skills: valid driver's license; bilingual

| | |
|---|---|
| Starting wage offered (if different from prevailing wage): | $10  O.T. Rate: $15 |
| Average hours of work per week: | 40 |
| Rent and utilities per month: | 250 |
| Transportation charge per month (if applicable): | 20 |
| Other charges to worker per month (if any): | |
| Comments/Instructions for worker: | workers are eligible for sales and production completion commissions. |
| Day and place paycheck is distributed: | Friday |

Will the employer guarantee to supply training if the employee does not have the required skills? YES

Signature of Employer: REDACTED                     Date: 10/03/2004

A6-8

http://www.llsint.com/lls/hsvs2/formC_eda.asp?S=XGMFOCYTUP3102004111527&CUSTID=620&O     10/03/2004

TRU1738

# Employer Disclosure Affidavit
for Company: TruGreen ChemLawn (Upper Saddle)
Order Dated: 9/26/2003 9:40:19 AM

view premium rates
view Spanish form
close this window

| | |
|---|---|
| Name of Sponsoring H-2B company | TruGreen ChemLawn (Upper Saddle) |
| Address: | 118 Rt 17 North, PO Box 171, Upper Saddle River, NJ 07458 |
| Office Phone: | 201-825-8833 |
| Fax Phone: | 201-825-1942 |
| Mobile Phone: | 201-206-9148 |
| Home or Other Phone: | 201-825-8833 |
| Contact Name: | Robert Coursen |
| Contact Title: | Branch Manager |

## Work Information

**Occupation Title:** Pesticide Handlers, Sprayers, and Applicators, Vegetation

**Occupation Description:**
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders and aerators

**Employment Start Date:** 3/16/2004   End Date: 11/30/2004

List the tasks and skills needed to perform the work.

Education: none

Experience: lawn and fertilization very helpful.

Skills: valid driver's license; bilingual

| | |
|---|---|
| Starting wage offered (if different from prevailing wage): | $10  O.T. Rate: $15 |
| Average hours of work per week: | 40 |
| Rent and utilities per month: | 250 |
| Transportation charge per month (if applicable): | 20 |
| Other charges to worker per month (if any): | |
| Comments/Instructions for worker: | workers are eligible for sales and production completion commi |
| Day and place paycheck is distributed: | Friday |

Will the employer guarantee to supply training if the employee does not have the required skills? YES

Signature of Employer: ___REDACTED___       Date: 10-03-04

A6-9

LLS International

Página 1 de 1

# Employer Disclosure Affidavit
## for Company: TruGreen ChemLawn (Upper Saddle)
## Order Dated: 9/26/2003 9:40:19 AM

view premium rates
view Spanish form
close this window

| | |
|---|---|
| Name of Sponsoring H-2B company | TruGreen ChemLawn (Upper Saddle) |
| Address: | 118 Rt 17 North, PO Box 171, Upper Saddle River, NJ 07458 |
| Office Phone: | 201-825-8833 |
| Fax Phone: | 201-825-1942 |
| Mobile Phone: | 201-206-9148 |
| Home or Other Phone: | 201-825-8833 |
| Contact Name: | Robert Coursen |
| Contact Title: | Branch Manager |

## Work Information

**Occupation Title:** Pesticide Handlers, Sprayers, and Applicators, Vegetation

**Occupation Description:**
Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders and aerators

**Employment Start Date:** 3/16/2004   **End Date:** 11/30/2004

List the tasks and skills needed to perform the work.

Education: none

Experience: lawn and fertilization very helpful.

Skills: valid driver's license; bilingual

| | |
|---|---|
| Starting wage offered (if different from prevailing wage): | $10  O.T. Rate: $15 |
| Average hours of work per week: | 40 |
| Rent and utilities per month: | 250 |
| Transportation charge per month (if applicable): | 20 |
| Other charges to worker per month (if any): | |
| Comments/Instructions for worker: | workers are eligible for sales and production completion commissions |
| Day and place paycheck is distributed: | Friday |

Will the employer guarantee to supply training if the employee does not have the required skills? YES

Signature of Employer: REDACTED   Date: 24/02/2004

A6-10

http://www.llsint.com/lls/hsys2/formC_eda.asp?S=GBNVLYMFRG224200465146&CUSTID=620&O   24/02/2004

TRU1758

## Condiciones de Trabajo

1. **Empleador/ Area de Trabajo**

    Nombre de la Empresa: **TruGreen ChemLawn (Warminster)**
    Direccion: **200 Ivyland Rd.**
    **Warminster, PA 18974**
    Telefono: **215-441-0775**

2. **Periodo de Trabajo**

    Inicio **7/5/2006**   Termino **11/30/2006**

3. **Descripcion de Trabajo**

    Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators

    Cuota de Pago normal: **$11.36**       Cuota de pago tiempo extra: **$17.04**
    Dia de Pago: **Friday**                Quincenal: **No**
    Horas: **6:00 AM - 7:00 PM**           Tiempo para comida: **30 minutes**
    Dias de Trabajo: **5**

4. **Requerimientos especiales**

    Must be bilingual, Needs U.S. driver's license, MUST HAVE VALID US OR INTERNATIONAL DRIVER LICENSE LAWN FERTILIZATION EXPERIENCE VERY HELPFUL

5. **Transportacion / Llegada a U.S.**

    El trabajador pagara sus propios gastos de transportacion desde su casa en Mexico al lugar de su trabajo. El trabajador es igualmente responsible for el costo de regreso de su lugar de trabajo a su casa en Mexico al finalizar el periodo de trabajo.

    **El trabajador de be de viajar a:**

    200 Ivyland Rd.
    Warminster, PA 18974

    **Para asuntos relacionados con el viaje por favor contactar a:**

    Persona de Contacto: **Steve Lenahan**
    Titulo del Contacto: **Branch Manager**
    Telefono de Contacto: **215-441-0775**
    Telefono de Contacto: **215-768-0726**

6. **Aseguranza**

    Se provee de Seguro de compensacion del trabajor? **Yes**

7. **Beneficios**

    Hay algun otro beneficio para el trabajador? **No**
    Si es asi, a que costo para el trabajador? **N/A**

8. **Herramientas, ropa protectora, u otro articulo el cual debe ser proporcionado por el trabajador**

    n/a

9. **Vivienda**

    El patron no es responsible de la vivenda del trabajador El patron solo ayida a los trabajadores haciendo los arreglos de vivienda previos a la llegada del trabajador. La vivienda debe de estar de acuerdo con todo los requerimientos para propiedades de renta del Estado y Locales. El trabajador puede encontrar su propia vivienda a cualquier tiempo sin que haya discriminacion por parte del empleador hacia el o ella. La siguiente informacion solo son estimados y no es obligatorio el aceptarlos:

    Cargos por Vivienda por Semana: **$69.00**
    Gastos Semanales de Trasporte: **$25.00**
    Se incluyen los gastos por utilidades (electricidad, etc)? **Yes**

REDACTED

## Condiciones de Trabajo

1. **Empleador/ Area de Trabajo**

    Nombre de la Empresa: **TruGreen ChemLawn (Warminster)**
    Direccion: **200 Ivyland Rd.**
    **Warminster, PA 18974**
    Telefono: **215-441-0775**

2. **Periodo de Trabajo**

    Inicio **3/2/2006**   Termino **11/15/2006**

3. **Descripcion de Trabajo**

    Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators.

    Cuota de Pago normal: **$11.36**                Cuota de pago tiempo extra: **$17.04**
    Dia de Pago: **Friday**                         Quincenal: **No**
    Horas: **6:00 AM - 7:00 PM**                    Tiempo para comida: **30 minutes**
    Dias de Trabajo: **5-6**

4. **Requerimientos especiales**

    None

5. **Transportacion./ Llegada a U.S.**

    El trabajador pagara sus propios gastos de transportacion desde su casa en Mexico al lugar de su trabajo. El trabajador es igualmente responsible for el costo de regreso de su lugar de trabajo a su casa en Mexico al finalizar el periodo de trabajo.

    **El trabajador de be de viajar a:**

    200 Ivyland Rd.
    Warminster, PA 18974

    **Para asuntos relacionados con el viaje por favor contactar a:**

    Persona de Contacto: **Steve Lenahan**
    Titulo del Contacto: **Branch Manager**
    Telefono de Contacto: **215-441-0775**
    Telefono de Contacto: **215-768-0726**

6. **Aseguranza**

    Se provee de Seguro de compensacion del trabajor? **Yes**

7. **Beneficios**

    Hay algun otro beneficio para el trabajador? **No**
    Si es asi, a que costo para el trabajador? **N/A**

8. **Herramientas, ropa protectora, u otro articulo el cual debe ser proporcionado por el trabajador**

    n/a

9. **Vivienda**

    El patron no es responsible de la vivienda del trabajador. El patron solo ayida a los trabajadores haciendo los arreglos de vivienda previos a la llegada del trabajador. La vivienda debe de estar de acuerdo con todo los requerimientos para propiedades de renta del Estado y Locales. El trabajador puede encontrar su propia vivienda a cualquier tiempo sin que haya discriminacion por parte del empleador hacia el o ella. La siguiente informacion solo son estimados y no es obligatorio el aceptarlos:

    Cargos por Vivienda por Semana: **$69.00**
    Gastos Semanales de Trasporte: **$25.00**
    Se incluyen los gastos por utilidades (electricidad, etc)? **Yes**
    no, cual sera el costo de utilidades? **N/A**

10. **Declaracion**

    Lo arriba mencionado es una real y correcta descripcion del trabajo y las condiciones de vivienda ofrecidas por:

    **TruGreen ChemLawn (Warminster)**                                **TRU2616**

A6-12

## Condiciones de Trabajo

1. **Empleador/ Area de Trabajo**

   Nombre de la Empresa: **TruGreen ChemLawn (Sterling)**
   Direccion: **106 Executive Dr.**
   **Sterling, VA 20166**
   Telefono: **703-478-3225**

2. **Periodo de Trabajo**

   Inicio **3/22/2006**   Termino **11/30/2006**

3. **Descripcion de Trabajo**

   Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators. Entry level position

   Cuota de Pago normal: **$10.50**          Cuota de pago tiempo extra: **$15.75**
   Dia de Pago: **Friday**                   Quincenal: **No**
   Horas: **7:00 AM - 5:00 PM**              Tiempo para comida: **30 minutes**
   Dias de Trabajo: **5-6**

4. **Requerimientos especiales**

   Must be bilingual, Needs U.S driver's license

5. **Transportacion / Llegada a U.S.**

   El trabajador pagara sus propios gastos de transportacion desde su casa en Mexico al lugar de su trabajo. El trabajador es igualmente responsible for el costo de regreso de su lugar de trabajo a su casa en Mexico al finalizar el periodo de trabajo.

   **El trabajador de be de viajar a:**

   106 Executive Dr.
   Sterling, VA 20166

   **Para asuntos relacionados con el viaje por favor contactar a:**

   Persona de Contacto: **Brad Brown**
   Titulo del Contacto: **Branch Manager**
   Telefono de Contacto: **703-478-3225**
   Telefono de Contacto: **703-906-8619**

6. **Aseguranza**

   Se provee de Seguro de compensacion del trabajor? **Yes**

7. **Beneficios**

   Hay algun otro beneficio para el trabajador? **No**
   Si es asi, a que costo para el trabajador? **N/A**

8. **Herramientas, ropa protectora, u otro articulo el cual debe ser proporcionado por el trabajador**

9. **Vivienda**

   El patron no es responsible de la vivenda del trabajador. El patron solo ayida a los trabajadores haciendo los arreglos de vivienda previos a la llegada del trabajador. La vivienda debe de estar de acuerdo con todo los requerimientos para propiedades de renta del Estado y Locales. El trabajador puede encontrar su propia vivienda a cualquier tiempo sin que haya discriminacion por parte del empleador hacia el o ella. La siguiente informacion solo son estimados y no es obligatorio el aceptarlos:

   Cargos por Vivienda por Semana: **$75.00**
   Gastos Semanales de Trasporte: **$0.00**
   Se incluyen los gastos por utilidades (electricidad, etc)? **No**

REDACTED

A6-13

## Condiciones de Trabajo

1. **Empleador/ Area de Trabajo**

    Nombre de la Empresa: **TruGreen ChemLawn (Sterling)2nd**
    Direccion: **106 Executive Dr.
    Sterling, VA 20166**
    Telefono: **703-478-3225**

2. **Periodo de Trabajo**

    Inicio **8/28/2006**   Termino **11/30/2006**

3. **Descripcion de Trabajo**

    Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, seeders, spreaders, aerators Entry level position

    Cuota de Pago normal: **$10.50**          Cuota de pago tiempo extra: **$15.75**
    Dia de Pago: **Friday**                    Quincenal: **No**
    Horas: **7:00 AM - 5:00 PM**               Tiempo para comida: **30 minutes**
    Dias de Trabajo: **5**

4. **Requerimientos especiales**

    Must be bilingual, Needs U.S. driver's license, MUST HAVE US OR INTERNATIONAL DRIVER LICENSE.

5. **Transportacion / Llegada a U.S.**

    El trabajador pagara sus propios gastos de transportacion desde su casa en Mexico al lugar de su trabajo. El trabajador es igualmente responsible for el costo de regreso de su lugar de trabajo a su casa en Mexico al finalizar el periodo de trabajo.

    **El trabajador de be de viajar a:**

    106 Executive Dr.
    Sterling, VA 20166

    **Para asuntos relacionados con el viaje por favor contactar a:**

    Persona de Contacto: **Brad Brown**
    Titulo del Contacto: **Branch Manager**
    Telefono de Contacto: **703-478-3225**
    Telefono de Contacto: **703-906-8619**

6. **Aseguranza**

    Se provee de Seguro de compensacion del trabajor? **Yes**

7. **Beneficios**

    Hay algun otro beneficio para el trabajador? **No**
    Si es asi, a que costo para el trabajador? **N/A**

8. **Herramientas, ropa protectora, u otro articulo el cual debe ser proporcionado por el trabajador**

9. **Vivienda**

    El patron no es responsible de la vivenda del trabajador. El patron solo ayida a los trabajadores haciendo los arreglos de vivienda previos a la llegada del trabajador. La vivienda debe de estar de acuerdo con todo los requerimientos para propiedades de renta del Estado y Locales. El trabajador puede encontrar su propia vivienda a cualquier tiempo sin que haya discriminacion por parte del empleador hacia el o ella. La siguiente informacion solo son estimados y no es obligatorio el aceptarlos:

    Cargos por Vivienda por Semana: **$75.00**
    Gastos Semanales de Trasporte: **$0.00**
    Se incluyen los gastos por utilidades (electricidad, etc)? **No**

Affidavit                                                                                          Página 1 de 2

## Condiciones de Trabajo

1. **Empleador/ Area de Trabajo**

   Nombre de la Empresa: **TruGreen ChemLawn (Thorofare)**
   Direccion: **1250 Imperial Way**
   **Thorofare, NJ 08086**
   Telefono: **856-848-8444**

2. **Periodo de Trabajo**

   Inicio **3/2/2006**   Termino **11/1/2006**

3. **Descripcion de Trabajo**

   Apply pesticides, herbicides, fungicides, or insecticides to lawns using sprayers, spreaders, seeders and aerators. Entry level position.

   Cuota de Pago normal: **$11.36**         Cuota de pago tiempo extra: **$17.04**
   Dia de Pago: **Friday**                  Quincenal: **No**
   Horas: **7:00 AM - 7:00 PM**             Tiempo para comida: **30 minutes**
   Dias de Trabajo: **5-6**

4. **Requerimientos especiales**

   None

5. **Transportacion./ Llegada a U.S.**

   El trabajador pagara sus propios gastos de transportacion desde su casa en Mexico al lugar de su trabajo. El trabajador es igualmente responsible for el costo de regreso de su lugar de trabajo a su casa en Mexico al finalizar el periodo de trabajo.

   **El trabajador debe de viajar a:**

   1250 Imperial Way
   Thorofare, NJ 08086

   **Para asuntos relacionados con el viaje por favor contactar a:**

   Persona de Contacto: **Bob Recktenwal**
   Titulo del Contacto: **Branch Manager**
   Telefono de Contacto: **856-848-8444 (Home)**
   Telefono de Contacto: **585-509-4759 (Cell)**

6. **Aseguranza**

   Se provee de Seguro de compensacion del trabajor? **Yes**

7. **Beneficios**

   Hay algun otro beneficio para el trabajador? **No**
   Si es asi, a que costo para el trabajador? **N/A**

8. **Herramientas, ropa protectora, u otro articulo el cual debe ser proporcionado por el trabajador**

   company supplies uniforms

9. **Vivienda**

   El patron no es responsible de la vivenda del trabajador El patron solo ayida a los trabajadores haciendo los arreglos de vivienda previos a la llegada del trabajador. La vivienda debe de estar de acuerdo con todo los requerimientos para propiedades de renta del Estado y Locales. El trabajador puede encontrar su propia vivienda a cualquier tiempo sin que haya discriminacion por parte del empleador hacia el o ella La siguiente informacion solo son estimados y no es obligatorio el aceptarlos:

   Cargos por Vivienda por Semana: **$55.00**
   Gastos Semanales de Trasporte: **$0.00**
   Se incluyen los gastos por utilidades (electricidad, etc)? **No**



A6-15

http://www.mexicanlabor.com/LlsRecruiting/Forms/Worker/AffidavitSpanish.aspx?work...   07/02/2006

**TRU1537**

## Condiciones de Trabajo

1. **Empleador/ Area de Trabajo**

    Nombre de la Empresa: **TruGreen ChemLawn (Hagerstown)**
    Direccion: **16112 Business Parkway**
    **Hagerstown, MD 21740**
    Telefono: **301-714-0212**

2. **Periodo de Trabajo**

    Inicio **7/11/2006**   Termino **11/15/2006**

3. **Descripcion de Trabajo**

    Apply pesticides, herbicides, fungicides or insecticides to lawns using spreaders, seeders, aerators. Entry level postion.

    Cuota de Pago normal: **$10.67**      Cuota de pago tiempo extra: **$16.00**
    Dia de Pago: **Friday**                      Quincenal: **No**
    Horas: **7:00 AM - 4:00 PM**         Tiempo para comida: **30 minutes**
    Dias de Trabajo: **5-6**

4. **Requerimientos especiales**

    Must be bilingual, Needs U.S driver's license, MUST HAVE US DRIVER'S LICENSE OR INTERNATIONAL DRIVER'S LICENSE.

5. **Transportacion / Llegada a U.S.**

    El trabajador pagara sus propios gastos de transportacion desde su casa en Mexico al lugar de su trabajo. El trabajador es igualmente responsible for el costo de regreso de su lugar de trabajo a su casa en Mexico al finalizar el periodo de trabajo.

    **El trabajador de be de viajar a:**

    16112 Business Parkway
    Hagerstown, MD 21740

    **Para asuntos relacionados con el viaje por favor contactar a:**

    Persona de Contacto: **Kevin Bean**
    Titulo del Contacto: **Branch Manager**
    Telefono de Contacto: **301-714-0212**
    Telefono de Contacto: **240-372-1605**

6. **Aseguranza**

    Se provee de Seguro de compensacion del trabajor? **Yes**

7. **Beneficios**

    Hay algun otro beneficio para el trabajador? **No**
    Si es asi, a que costo para el trabajador? **N/A**

8. **Herramientas, ropa protectora, u otro articulo el cual debe ser proporcionado por el trabajador**

9. **Vivienda**

    El patron no es responsible de la vivenda del trabajador. El patron solo ayida a los trabajadores haciendo los arreglos de vivienda previos a la llegada del trabajador. La vivienda debe de estar de acuerdo con todo los requerimientos para propiedades de renta del Estado y Locales. El trabajador puede encontrar su propia vivienda a cualquier tiempo sin que haya discriminacion por parte del empleador hacia el o ella. La siguiente informacion solo son estimados y no es obligatorio el aceptarlos:

    Cargos por Vivienda por Semana: **$54.00**
    Gastos Semanales de Trasporte: **$0.00**
    Se incluyen los gastos por utilidades (electricidad, etc)? **No**

**TRU2688**

REDACTED

## Condiciones de Trabajo

1. Empleador/ Area de Trabajo

    Nombre de la Empresa: **TruGreen ChemLawn (Hagerstown)**
    Direccion: **16112 Business Parkway**
    **Hagerstown, MD 21740**
    Telefono: **301-714-0212**

2. Periodo de Trabajo

    Inicio **5/26/2006**   Termino **11/15/2006**

3. Descripcion de Trabajo

    Apply pesticides, herbicides, fungicides or insecticides to lawns using spreaders, seeders, aerators Entry level postion.

    Cuota de Pago normal: **$10.67**      Cuota de pago tiempo extra: **$16.00**
    Dia de Pago: **Friday**      Quincenal: **No**
    Horas: **7:00 AM - 4:00 PM**      Tiempo para comida: **30 minutes**
    Dias de Trabajo: **5-6**

4. Requerimientos especiales

    Must be bilingual, Needs U S. driver's license, State or International Drivers License. Must be able to speak & write English (christian figueroa, will come to MTy to do check in)

5. Transportacion./ Llegada a U.S.

    El trabajador pagara sus propios gastos de transportacion desde su casa en Mexico al lugar de su trabajo El trabajador es igualmente responsible for el costo de regreso de su lugar de trabajo a su casa en Mexico al finalizar el periodo de trabajo

    **El trabajador de be de viajar a:**

    16112 Business Parkway
    Hagerstown, MD 21740

    **Para asuntos relacionados con el viaje por favor contactar a:**

    Persona de Contacto: **Kevin Bean**
    Titulo del Contacto: **Branch Manager**
    Telefono de Contacto: **301-714-0212**
    Telefono de Contacto: **240-372-1605**

6. Aseguranza

    Se provee de Seguro de compensacion del trabajor? **Yes**

7. Beneficios

    Hay algun otro beneficio para el trabajador? **No**
    Si es asi, a que costo para el trabajador? **N/A**

8. Herramientas, ropa protectora, u otro articulo el cual debe ser proporcionado por el trabajador

9. Vivienda

    El patron no es responsible de la vivienda del trabajador. El patron solo ayida a los trabajadores haciendo los arreglos de vivienda previos a la llegada del trabajador. La vivienda debe de estar de acuerdo con todo los requerimientos para propiedades de renta del Estado y Locales El trabajador puede encontrar su propia vivienda a cualquier tiempo sin que haya discriminacion por parte del empleador hacia el o ella La siguiente informacion solo son estimados y no es obligatorio el aceptarlos:

    Cargos por Vivienda por Semana: **$54.00**
    Gastos Semanales de Trasporte: **$0.00**
    Se incluyen los gastos por utilidades (electricidad etc)? **No**
    no, cual sera el costo de utilidades? **$10.00**
    Otros Gastos: **N/A**

    Direccion de la vivienda del trabajador

    16112 Business Pkwy

TRU2250

A6-17

## Condiciones de Trabajo

1. **Empleador/ Area de Trabajo**

   Nombre de la Empresa: **TruGreen ChemLawn (So. Plainfield)**
   Direccion: **117 Corporate Blvd.**
   **South Plainfield, NJ 07080**
   Telefono: **908-755-2795**

2. **Periodo de Trabajo**

   Inicio **3/2/2006**   Termino **11/30/2006**

3. **Descripcion de Trabajo**

   Mow, cut, water, and edge lawns; rake and blow leaves; dig holes for bushes; pull and chop weeds; prune; and haul topsoil and mulch.

   Cuota de Pago normal: **$7.94**        Cuota de pago tiempo extra: **$11.91**
   Dia de Pago: **Friday**                Quincenal: **No**
   Horas: **7:00 AM - 4:00 PM**           Tiempo para comida: **30 minutes**
   Dias de Trabajo: **5-6**

4. **Requerimientos especiales**

   None

5. **Transportacion / Llegada a U.S.**

   El trabajador pagara sus propios gastos de transportacion desde su casa en Mexico al lugar de su trabajo. El trabajador es igualmente responsible for el costo de regreso de su lugar de trabajo a su casa en Mexico al finalizar el periodo de trabajo.

   **El trabajador de be de viajar a:**

   117 Corporate Blvd.
   South Plainfield, NJ 07080

   **Para asuntos relacionados con el viaje por favor contactar a:**

   Persona de Contacto: **Scott Heist**
   Titulo del Contacto: **Branch Manager**
   Telefono de Contacto: **908-755-2795**
   Telefono de Contacto: **908-413-8212**

6. **Aseguranza**

   Se provee de Seguro de compensacion del trabajor? **Yes**

7. **Beneficios**

   Hay algun otro beneficio para el trabajador? **No**
   Si es asi, a que costo para el trabajador? **N/A**

8. **Herramientas, ropa protectora, u otro articulo el cual debe ser proporcionado por el trabajador**

9. **Vivienda**

   El patron no es responsible de la vivenda del trabajador. El patron solo ayida a los trabajadores haciendo los arreglos de vivienda previos a la llegada del trabajador. La vivienda debe de estar de acuerdo con todo los requerimientos para propiedades de renta del Estado y Locales. El trabajador puede encontrar su propia vivienda a cualquier tiempo sin que haya discriminacion por parte del empleador hacia el o ella. La siguiente informacion solo son estimados y no es obligatorio el aceptarlos:

   Cargos por Vivienda por Semana:
   Gastos Semanales de Trasporte: **$10.00**
   Se incluyen los gastos por utilidades (electricidad, etc)? **No**
   no, cual sera el costo de utilidades? **N/A**

10. **Declaracion**

**TRU2499**

A6-18