# Attachment 8

# Summary of Plaintiff's Weekly Wages

# and

# Underlying Wage Records
# TRU 27, 63-80

Source: Summary Information from TruGreen
Document Production, TRU 27, 63-80

**Ramon Villanueva Earnings 2004**

Based on TRU 27, 63-77

| Week Ending | Total Hrs | OT hrs | Total Wage | hrly rate w/o commiss | hrly rate with comiss. | Commiss. | OT rate w/o comm | OT rate w/ comm. |
|---|---|---|---|---|---|---|---|---|
| 3.20.04 | 14 | 0 | $157.50 | $11.25 | $11.25 | $0 | n/a | n/a |
| 3.27.04 | 54 | 14 | $533.33 | $8.33 | $8.74 | $22.14 | $12.49 | $13.11 |
| 4.3.04 | 58.5 | 18.5 | 571.15 | 7.69 | 8.43 | 43.29 | 11.53 | 12.64 |
| 4.10.04 | 56 | 16 | 564.29 | 8.04 | 8.81 | 43.12 | 12.06 | 13.21 |
| 4.17.04 | 54.25 | 14.25 | 559.1 | 8.29 | 9.1 | 43.94 | 12.43 | 13.65 |
| 4.24.04 | 61.5 | 21.5 | 652.05 | 7.37 | 9.02 | 101.47 | 11.05 | 13.53 |
| 5.1.04 | 55.25 | 15.25 | 644.69 | 8.14 | 10.25 | 116.58 | $12.21 | 15.37 |
| 5.8.04 | 55.5 | 15.5 | 595.42 | 8.11 | 9.41 | 72.15 | 12.16 | 14.11 |
| 5.15.04 | 61.25 | 21.25 | 611.96 | 7.35 | 8.51 | 71.05 | 11.02 | 12.76 |
| 5.22.04 | 58.25 | 18.25 | 618.79 | 7.73 | 9.18 | 84.46 | 11.59 | 13.77 |
| 5.29.05 | 65 | 25 | 536.54 | 6.92 | 6.92 | 0 | 10.38 | 10.38 |
| 6.5.04 | 52.5 | 12.5 | 695.74 | 8.57 | 11.84 | 171.67 | 12.85 | 17.76 |
| 6.12.04 | 40 | 0 | 450 | 11.25 | 11.25 | 0 | n/a | n/a |
| 6.19.04 | 55.75 | 15.75 | 621.33 | 8.07 | 9.76 | 94.21 | 12.1 | 14.64 |
| 6.26.04 | 60.5 | 20.5 | 743.74 | 7.43 | 10.51 | 186.34 | 11.14 | 15.76 |
| | | | | | | | | |
| **Average** | | | | **$8.30/hr** | $9.53/hr | | **$11.77/hr** | $13.89/hr. |
| | | | | | | | | |
| **Emp. Disclosure Rate** | | | | **$11.34/hr** | | | **$17.01/hr** | |
| **ETA 750 Rate** | | | | **$10.00/hr** | | | **$15.00/hr** | |

| Weekending | Total Hours | Gross Pay ($450 Base) Base + Commission | Total Hours | Straight $10.00 | Overtime $15.00 | Gross Pay | HOUSING ACT | HOUSING PRO |
|---|---|---|---|---|---|---|---|---|
| 3/20/2004 | 14 | [illegible] | 14 | $140.00 | N/A | [illegible] | $60 | $101.25 |
| 3/27/2004 | 54 | [illegible] | 54 | $400.00 | $210.00 | [illegible] | $60 | $101.25 |
| 4/3/2004 | 58.5 | [illegible] | 58.5 | $400.00 | $277.50 | [illegible] | $60 | $101.25 |
| 4/10/2004 | 56 | [illegible] | 56 | $400.00 | $240.00 | [illegible] | $60 | $101.25 |
| 4/17/2004 | 54.25 | [illegible] | 54.25 | $400.00 | $213.75 | [illegible] | $60 | $101.25 |
| 4/24/2004 | 61.5 | [illegible] | 61.5 | $400.00 | $322.50 | [illegible] | $60 | $101.25 |
| 5/1/2004 | 55.25 | [illegible] | 55.25 | $400.00 | $228.75 | [illegible] | $60 | $101.25 |
| 5/8/2004 | 55.5 | [illegible] | 55.5 | $400.00 | $232.50 | [illegible] | $60 | $101.25 |
| 5/15/2004 | 61.25 | [illegible] | 61.25 | $400.00 | $318.75 | [illegible] | $60 | $101.25 |
| 5/22/2004 | 58.25 | [illegible] | 58.25 | $400.00 | $273.75 | [illegible] | $60 | $101.25 |
| 5/29/2004 | 65 | [illegible] | 65 | $400.00 | $375.00 | [illegible] | $60 | $101.25 |
| 6/5/2004 | 52.5 | [illegible] | 52.5 | $400.00 | $187.50 | [illegible] | $60 | $101.25 |
| 6/12/2004 | 40 | [illegible] | 40 | $400.00 | N/A | [illegible] | $60 | $101.25 |
| 6/19/2004 | 55.75 | $621.33 | 55.75 | $400.00 | $236.25 | [illegible] | $60 | $101.25 |
| 6/26/2004 | 60.5 | [illegible] | 60.5 | $400.00 | $307.50 | [illegible] | $60 | $101.25 |
| TOTALS | | $8,655.63 | | | | $9,163.75 | $900.00 | $1,518.75 |

TRU0027

| Weekending | Total Hours | Gross Pay ($460 Base) Base + Commission | Total Hours | Straight $10.00 | Overtime $15.00 | Gross Pay | Total Hours | Straight $11.25 | Overtime $16.87 | Gross Pay | Total Hours | Straight $11.34 | Overtime $17.01 | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2004 | 14 | [illegible] | 14 | $140.00 | N/A | [illegible] | 14 | $157.50 | N/A | [illegible] | 14 | $158.76 | N/A | [illegible] |
| 3/27/2004 | 54 | [illegible] | 54 | $400.00 | $210.00 | [illegible] | 54 | $450.00 | $236.16 | [illegible] | 54 | $453.60 | $238.14 | [illegible] |
| 4/3/2004 | 58.5 | [illegible] | 58.5 | $400.00 | $277.50 | [illegible] | 58.5 | $450.00 | $312.10 | [illegible] | 58.5 | $453.60 | $314.69 | [illegible] |
| 4/10/2004 | 56 | [illegible] | 56 | $400.00 | $240.00 | [illegible] | 56 | $450.00 | $269.92 | [illegible] | 56 | $453.60 | $272.16 | [illegible] |
| 4/17/2004 | 54.25 | [illegible] | 54.25 | $400.00 | $213.75 | [illegible] | 54.25 | $450.00 | $240.40 | [illegible] | 54.25 | $453.60 | $242.39 | [illegible] |
| 4/24/2004 | 61.5 | [illegible] | 61.5 | $400.00 | $322.50 | [illegible] | 61.5 | $450.00 | $362.71 | [illegible] | 61.5 | $453.60 | $367.72 | [illegible] |
| 5/1/2004 | 55.25 | [illegible] | 55.25 | $400.00 | $228.75 | [illegible] | 55.25 | $450.00 | $257.27 | [illegible] | 55.25 | $453.60 | $259.40 | [illegible] |
| 5/8/2004 | 55.5 | [illegible] | 55.5 | $400.00 | $232.50 | [illegible] | 55.5 | $450.00 | $261.49 | [illegible] | 55.5 | $453.60 | $263.66 | [illegible] |
| 5/15/2004 | 61.25 | [illegible] | 61.25 | $400.00 | $318.75 | [illegible] | 61.25 | $450.00 | $368.49 | [illegible] | 61.25 | $453.60 | $361.48 | [illegible] |
| 5/22/2004 | 58.25 | [illegible] | 58.25 | $400.00 | $273.75 | [illegible] | 58.25 | $450.00 | $307.88 | [illegible] | 58.25 | $453.60 | $310.43 | [illegible] |
| 5/29/2004 | 65 | $536.54 | 65 | $400.00 | $375.00 | [illegible] | 65 | $450.00 | $421.75 | [illegible] | 65 | $453.60 | $426.26 | [illegible] |
| 6/5/2004 | 52.5 | [illegible] | 52.5 | $400.00 | $187.50 | [illegible] | 52.5 | $450.00 | $210.88 | [illegible] | 52.5 | $453.60 | $212.63 | [illegible] |
| 6/12/2004 | 40 | $460.00 | 40 | $400.00 | N/A | [illegible] | 40 | $450.00 | N/A | $450.00 | 40 | $453.60 | N/A | [illegible] |
| 6/19/2004 | 55.75 | $621.33 | 55.75 | $400.00 | $236.25 | [illegible] | 55.75 | $450.00 | $265.70 | [illegible] | 55.75 | $453.60 | $267.81 | [illegible] |
| 6/26/2004 | 60.5 | [illegible] | 60.5 | $400.00 | $307.50 | [illegible] | 60.5 | $450.00 | $345.84 | $795.84 | 60.5 | $453.60 | $348.71 | [illegible] |
| TOTALS | | $8,555.63 | | | | $9,163.76 | | | | $10,388.11 | | | | $10,39[illegible] |

CO. NO. 2000 TRUGREEN LIMITED PARTNERSHIP

REPORT 10 M&D PAYROLL SYSTEM
RUN ON 03/23/2004 AT 23:57:22
REL 11.12.52 PAGE 6223

PAYROLL AND DEDUCTION REGISTER AS OF 03/18/2004

| DIV REG PLT DPT / EMPLOYEE NAME / EMP NUMBER | RATE/AMT / SSN ES | CUR / YTD | REG ----HOURS---- | O/T MS | GROSS / EX | RESIDENT ST LOC | FED TAX / WORK ST LOC | OASDI TAX | HI TAX / (TD SICK | - VAC) | TOT DED / NET CHECK | NET PAY / CHECK DT / CHECK NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000 000 048 95 | 11.250000 | | 157.50 | .00 | 157.50 | | .00 | 9.77 | 2.28 | | .00 | 142.24 |
| VILLANUEVA, RAMON B | | | 157.50 | .00 | 157.50 | | .00 | 9.77 | 2.28 | | .00 | 03/26/2004 |
| 69314071 0 | 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 1 | | 40.00 | .00 1 | 3 | 8 1 | 8 0 | | .00 | .00 | 142.24 | 10400124 |
| | | | 292.50- REGULAR | | | | | | | | | |
| | 11.250000 | | 450.00 REGULAR | | | | | | | | | |
| | | | 40.00 | | | | | | | | | |

| | STATE TAX | LOCAL TAX | DI |
|---|---|---|---|
| CUR | 1.24 | 1.97 | .00 |
| YTD | 1.24 | 1.97 | .00 |

TRU0063

```
CO. NO.  2000  TRUGREEN LIMITED PARTNERSHIP                                                      REPORT     10    M&D PAYROLL SYSTEM
                                                                                                 RUN ON 03/31/2004 AT 00:13:14
                                     PAYROLL AND DEDUCTION REGISTER AS OF 03/25/2004                       REL 11.12.52 PAGE 6343
DIV  REG  PLT  DPT     RATE/AMT    CUR  REG        O/T       GROSS       FED TAX      OASDI TAX      HI TAX        TOT DED      NET PAY
 EMPLOYEE NAME                     YTD                              RESIDENT     WORK                                          CHECK DT
 EMP NUMBER            SSN     ES        ----HOURS---- MS     EX  ST LOC       ST LOC       .      (TD SICK - VAC)    NET CHECK CHECK NO
-----------------------------------------------------------------------------------------------------------------------------------------
000 000  048  95       11.250000    450.00        .00      533.33       38.75        33.06         7.74           60.00       368.38
VILLANUEVA, RAMON B                 607.50        .00      690.83       38.75        42.83        10.02           60.00    04/02/2004
  69314071 0   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  1        40.00       .00  1     3   8   1     8   0              .00        .00      368.38      10421784

                                    83.33  COMMISS

                       11.250000    450.00  REGULAR
                                    40.00

          STATE TAX   LOCAL TAX       DI       COMMISS      MISC
CUR         18.73        6.67         .00       83.33        60.00
YTD         19.97        8.64         .00       83.33        60.00
-----------------------------------------------------------------------------------------------------------------------------------------
```

TRU0064

```
CO. NO.  2000  TRUGREEN LIMITED PARTNERSHIP                                                              REPORT     10    M&D PAYROLL SYSTEM
                                                                                                         RUN ON 04/07/2004 AT 00:03:43
                                             PAYROLL AND DEDUCTION REGISTER AS OF 04/01/2004                        REL 11.12.52 PAGE 6564

DIV  REG  PLT  DPT     RATE/AMT    CUR  REG        O/T        GROSS      FED TAX      OASDI TAX        HI TAX          TOT DED       NET PAY
  EMPLOYEE NAME                    YTD                              RESIDENT     WORK                                                 CHECK DT
  EMP NUMBER             SSN     ES          ----HOURS---- MS    EX   ST LOC     ST LOC            (TD SICK - VAC)    NET CHECK  CHECK NO
-----------------------------------------------------------------------------------------------------------------------------------------------

000 000  048  95     11.250000    450.00        .00        571.15      44.42          35.41         8.28             60.00        395.10
VILLANUEVA, RAMON B              1057.50        .00       1261.98      83.17          78.24        18.30            120.00    04/09/2004
   69314071 0   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  1     40.00      .00  1       3   8   1       8   0               .00      .00       395.10      10439200

                                  121.15  COMMISS

                     11.250000    450.00  REGULAR
                                   40.00

       STATE TAX   LOCAL TAX       DF       COMMISS      MISC
CUR      20.80        7.14         .00       121.15       60.00
YTD      40.77       15.78         .00       204.48      120.00
```

TRU0065

```
CO. NO. [illegible] TRUGREEN LIMITED PARTNERSHIP
                                                                                    REPORT     10     M&D PAYROLL SYSTEM
                                   PAYROLL AND DEDUCTION REGISTER AS OF 04/08/2004  RUN ON 04/13/2004 AT 23:23:00
                                                                                             REL 11.12.52 PAGE 6618
DIV  REG  PLT  DPT     RATE/AMT    CUR  REG        O/T        GROSS      FED TAX     OASDI TAX    HI TAX       TOT DED      NET PAY
  EMPLOYEE NAME                    YTD                             RESIDENT      WORK                                      CHECK DT
  EMP NUMBER             SSN    ES       ----HOURS---- MS     EX  ST LOC       ST LOC            (TD SICK - VAC)   NET CHECK CHECK NO
-------------------------------------------------------------------------------------------------------------------------------------
000 000  048  95     11.250000    450.00        .00       564.29      43.39        34.99       8.18          60.00       413.09
VILLANUEVA, RAMON B              1507.50        .00      1826.27     126.56       113.23      26.48         180.00   04/16/2004
  69314071 0   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  1      40.00     .00  1       3   8         8    0              .00      .00    413.09     10461802

                                  114.29  COMMISS

                     11.250000    450.00  REGULAR
                                   40.00

         STATE TAX   LOCAL TAX      DI       COMMISS      MISC
CUR        20.42         .00        .00       114.29      60.00
YTD        61.19         .00        .00       318.77     180.00
-------------------------------------------------------------------------------------------------------------------------------------
000 000  048  95     11.250000       .00        .00          .00        .00          .00         .00                   PAID UPDATE
VILLANUEVA, RAMON B                  .00        .00          .00        .00          .00         .00           .00    ZERO NET
  69314071 0   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  1        .00     .00  1       3   8         8    0              .00      .00       .00   04/16/2004
                                                                                                               .00   9000011581
         STATE TAX   LOCAL TAX      DI
CUR         .00        15.78-       .00
YTD         .00          .00        .00
-------------------------------------------------------------------------------------------------------------------------------------
```

TRU0066

```
CO. NO.  2000  TRUGREEN LIMITED PARTNERSHIP
                                                                    RUN ON 04/21/2004 AT 00:23:38
                            PAYROLL AND DEDUCTION REGISTER AS OF 04/15/2004      REL 11.12.52 PAGE 6715

DIV  REG  PLT  DPT    RATE/AMT   CUR  REG      O/T      GROSS     FED TAX    OASDI TAX     HI TAX        TOT DED     NET PAY
 EMPLOYEE NAME                   YTD                        RESIDENT      WORK                                        CHECK DT
 EMP NUMBER             SSN    ES        ----HOURS---- MS   EX  ST LOC    ST LOC                (TD SICK - VAC)    NET CHECK CHECK NO
-----------------------------------------------------------------------------------------------------------------------------------

000 000  048  95     11.250000    450.00       .00     559.10     42.62        34.66         8.11           60.00       393.58
VILLANUEVA, RAMON B              1957.50       .00    2385.37    169.18       147.89        34.59          240.00   04/23/2004
  69314071 0   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  1      40.00       .00  1    3   8       8   0                  .00      .00   393.58     10480334

                                  109.10  COMMISS

                     11.250000    450.00  REGULAR
                                   40.00

        STATE TAX   LOCAL TAX      DI      COMMISS      MISC
 CUR      20.13        .00         .00     109.10       60.00
 YTD      81.32        .00         .00     427.87      240.00
-----------------------------------------------------------------------------------------------------------------------------------
```

TRU0067

REPORT 10 M&D PAYROLL SYSTEM
RUN ON 04/27/2004 AT 23:45:45
04/22/2004 REL 11.12.52 PAGE 6857

| OASDI TAX | HI TAX | | TOT DED | NET PAY / CHECK DT |
|---|---|---|---|---|
| | (TD SICK | - VAC) | NET CHECK | CHECK NO |
| 40.43 | 9.45 | | 60.00 | 460.32 |
| 188.32 | 44.04 | | 300.00 | 04/30/2004 |
| | .00 | .00 | 460.32 | 10503595 |

TRU0068

CO. NO. 2000 TRUGREEN LIMITED PARTNERSHIP

PAYROLL AND DEDUCTION REGISTER AS O

| DIV REG PLT DPT / EMPLOYEE NAME / EMP NUMBER | RATE/AMT / SSN ES | CUR / YTD | REG | O/T / ----HOURS---- MS | GROSS / EX | RESIDENT ST LOC | FED TAX / WOR ST L |
|---|---|---|---|---|---|---|---|
| 000 000 048 95 | 11.250000 | | 450.00 | .00 | 652.05 | | 56.66 |
| VILLANUEVA, RAMON B | | | 2407.50 | .00 | 3037.42 | | 225.74 |
| 69314071 0 | 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 1 | | 40.00 | .00 1 | 3 | 8 | 8 |
| | | | 202.05 COMMISS | | | | |
| | 11.250000 | | 450.00 REGULAR | | | | |
| | | | 40.00 | | | | |

| | STATE TAX | LOCAL TAX | DI | COMMISS | MISC |
|---|---|---|---|---|---|
| CUR | 25.29 | .00 | .00 | 202.05 | 60.00 |
| YTD | 106.61 | .00 | .00 | 629.92 | 300.00 |

```
CO. NO.  2000  TRUGREEN LIMITED PARTNERSHIP                                    REPORT    10    M&D PAYROLL SYSTEM
                                                                               RUN ON 05/05/2004 AT 01:09:07
                                   PAYROLL AND DEDUCTION REGISTER AS OF 04/29/2004      REL 11.12.52 PAGE 6896

DIV  REG  PLT  DPT    RATE/AMT    CUR  REG        O/T       GROSS      FED TAX     OASDI TAX      HI TAX        TOT DED      NET PAY
 EMPLOYEE NAME                    YTD                            RESIDENT     WORK                                           CHECK DT
 EMP NUMBER             SSN    ES        ----HOURS---- MS    EX  ST LOC      ST LOC                 (TD SICK - VAC)     NET CHECK CHECK NO
-------------------------------------------------------------------------------------------------------------------------------------
000 000  048  95      11.250000    450.00        .00      644.69      55.45        39.97          9.35          60.00       455.04
VILLANUEVA, RAMON B               2857.50        .00     3682.11     281.19       228.29         53.39         360.00   05/07/2004
  69314071 0   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  1       40.00       .00  1    3   8         8    0               .00      .00   455.04     10522446

                                  194.69  COMMISS

                      11.250000   450.00  REGULAR
                                   40.00

         STATE TAX   LOCAL TAX      DI       COMMISS      MISC
 CUR        24.88          .00      .00       194.69     60.00
 YTD       131.49          .00      .00       824.61    360.00
-------------------------------------------------------------------------------------------------------------------------------------
```

TRU0069

CO. NO. 2000 TRUGREEN LIMITED PARTNERSHIP

REPORT 10 M&D PAYROLL SYSTEM
RUN ON 05/12/2004 AT 00:35:47
REL 11.12.52 PAGE 7185

PAYROLL AND DEDUCTION REGISTER AS OF 05/06/2004

| DIV REG PLT DPT / EMPLOYEE NAME / EMP NUMBER | RATE/AMT / SSN ES | CUR / YTD | REG | O/T ----HOURS---- MS | GROSS / RESIDENT / EX ST LOC | FED TAX / WORK / ST LOC | OASDI TAX | HI TAX / (TD SICK - VAC) | TOT DED / NET CHECK | NET PAY / CHECK DT / CHECK NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 000 048 95 | 11.250000 | | 450.00 | .00 | 595.42 | 48.06 | 36.92 | 8.63 | 60.00 | 419.67 |
| VILLANUEVA, RAMON B | | | 3307.50 | .00 | 4277.53 | 329.25 | 265.21 | 62.02 | 420.00 | 05/14/2004 |
| 69314071 C | 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 1 | | 40.00 | .00 1 | 3 8 | 8 0 | | .00 .00 | 419.67 | 10545636 |
| | | | 145.42 | COMMISS | | | | | | |
| | 11.250000 | | 450.00 | REGULAR | | | | | | |
| | | | 40.00 | | | | | | | |

| | STATE TAX | LOCAL TAX | DI | COMMISS | MISC |
|---|---|---|---|---|---|
| CUR | 22.14 | .00 | .00 | 145.42 | 60.00 |
| YTD | 153.63 | .00 | .00 | 970.03 | 420.00 |

TRU0070

```
CO. NO.  2000  TRUGREEN LIMITED PARTNERSHIP                                                    REPORT     10     M&D PAYROLL SYSTEM
                                                                                               RUN ON 05/18/2004 AT 23:33:12
                                          PAYROLL AND DEDUCTION REGISTER AS OF 05/13/2004                REL 11.12.52 PAGE 7005

DIV  REG  PLT  DPT      RATE/AMT    CUR  REG        O/T        GROSS       FED TAX     OASDI TAX        HI TAX          TOT DED        NET PAY
 EMPLOYEE NAME                      YTD                                  RESIDENT        WORK                                                  CHECK DT
 EMP NUMBER             SSN     ES            ----HOURS---- MS      EX  ST LOC       ST LOC               (TD SICK - VAC)     NET CHECK  CHECK NO
------------------------------------------------------------------------------------------------------------------------------------------------------
000 000  048  95      11.250000     450.00         .00      611.96       50.54          37.94          8.88              60.00      431.54
VILLANUEVA, RAMON B                 3757.50        .00      4889.49      379.79         303.15         70.90             480.00     05/21/2004
  69314071 0   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  1       40.00        .00  1     3    8          8     0                .00        .00      431.54     10564618

                                    161.96  COMMISS

                      11.250000     450.00  REGULAR
                                    40.00

        STATE TAX    LOCAL TAX        DI        COMMISS       MISC
 CUR      23.06          .00          .00        161.96        60.00
 YTD      176.69         .00          .00        1131.99       480.00
------------------------------------------------------------------------------------------------------------------------------------------------------
```

TRU0071

CO. NO. 2000 TRUGREEN LIMITED PARTNERSHIP

RUN ON 05/26/2004 AT 01:14:57
REL 11.12.52 PAGE 7369

PAYROLL AND DEDUCTION REGISTER AS OF 05/20/2004

```
DIV  REG  PLT  DPT      RATE/AMT    CUR  REG          O/T        GROSS         FED TAX      OASDI TAX        HI TAX            TOT DED        NET PAY
  EMPLOYEE NAME                     YTD                                 RESIDENT          WORK                                                  CHECK DT
  EMP NUMBER              SSN        ES        ----HOURS---- MS      EX   ST LOC         ST LOC                   (TD SICK - VAC)        NET CHECK  CHECK NO
-----------------------------------------------------------------------------------------------------------------------------------------------------------

000 000  048  95     11.250000      450.00          .00        618.79        51.57          38.36          8.97              60.00        436.45
VILLANUEVA, RAMON B                4207.50          .00       5508.28       431.36         341.51         79.87             540.00     05/28/2004
   69314071 0    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  1      40.00        .00  1        3    8           8    0                 .00       .00        436.45      10588144

                                   168.79  COMMISS

                     11.250000     450.00  REGULAR
                                    40.00

         STATE TAX    LOCAL TAX        DI        COMMISS       MISC
  CUR       23.44          .00          .00        168.79        60.00
  YTD      200.13          .00          .00       1300.78       540.00
-----------------------------------------------------------------------------------------------------------------------------------------------------------
```

TRU0072

```
CO. NO.  2000  TRUGREEN LIMITED PARTNERSHIP                                                                  REPORT     10    M&D PAYROLL SYSTEM
                                                                                                             RUN ON 06/02/2004 AT 22:56:27
                                                  PAYROLL AND DEDUCTION REGISTER AS OF 05/27/2004                         REL 11.12.52 PAGE 7175

DIV  REG  PLT  DPT     RATE/AMT    CUR  REG         O/T        GROSS      FED TAX     OASDI TAX       HI TAX          TOT DED        NET PAY
  EMPLOYEE NAME                    YTD                                RESIDENT       WORK                                                CHECK DT
  EMP NUMBER             SSN      ES          ----HOURS---- MS     EX  ST LOC       ST LOC                  (TD SICK - VAC)      NET CHECK CHECK NO
------------------------------------------------------------------------------------------------------------------------------------------------------

000 000  048  95      11.250000     450.00          .00      536.54        39.23          33.27          7.78              60.00       377.36
VILLANUEVA, RAMON B                4657.50          .00     6044.82       470.59         374.78         87.65             600.00   06/04/2004
   69314071 0   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  1       40.00        .00  1      3   9             8   0                   .00       .00     377.36     10607114

                                     86.54  COMMISS

                      11.250000     450.00  REGULAR
                                     40.00

         STATE TAX    LOCAL TAX       DI       COMMISS       MISC
  CUR       18.90         .00         .00        86.54       60.00
  YTD      219.03         .00         .00      1387.32      600.00
------------------------------------------------------------------------------------------------------------------------------------------------------
```

TRU0073

CO. NO. 2000 TRUGREEN LIMITED PARTNERSHIP

REPORT 10 M&D PAYROLL SYSTEM
RUN ON 06/09/2004 AT 01:50:09
REL 11.12.52 PAGE 7133

PAYROLL AND DEDUCTION REGISTER AS OF 06/03/2004

| DIV REG PLT DPT / EMPLOYEE NAME / EMP NUMBER | RATE/AMT / SSN ES | CUR / YTD | REG | O/T ----HOURS---- MS | GROSS / RESIDENT EX ST LOC | FED TAX / WORK ST LOC | OASDI TAX | HI TAX / (TD SICK - VAC) | TOT DED / NET CHECK | NET PAY / CHECK DT / CHECK NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 000 048 95 | 11.250000 | | 450.00 | .00 | 695.74 | 63.11 | 43.13 | 10.09 | 60.00 | 491.70 |
| VILLANUEVA, RAMON B | | | 5107.50 | .00 | 6740.56 | 533.70 | 417.91 | 97.74 | 660.00 | 06/11/2004 |
| 69314071 0 | 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 1 | | 40.00 | .00 1 | 3 8 | 8 0 | | .00 .00 | 491.70 | 10625979 |
| | | | 245.74 | COMMISS | | | | | | |
| | 11.250000 | | 450.00 | REGULAR | | | | | | |
| | | | 40.00 | | | | | | | |

| | STATE TAX | LOCAL TAX | DI | COMMISS | MISC |
|---|---|---|---|---|---|
| CUR | 27.71 | .00 | .00 | 245.74 | 60.00 |
| YTD | 246.74 | .00 | .00 | 1633.06 | 660.00 |

```
CO. NO.  2000  TRUGREEN LIMITED PARTNERSHIP                                                      REPORT     10     M&D PAYROLL SYSTEM
                                                                                                 RUN ON 06/16/2004 AT 00:27:17
                                             PAYROLL AND DEDUCTION REGISTER AS OF 06/10/2004            REL 11.12.52 PAGE 7203

DIV  REG  PLT  DPT     RATE/AMT    CUR  REG        O/T        GROSS       FED TAX      OASDI TAX       HI TAX         TOT DED        NET PAY
  EMPLOYEE NAME                    YTD                            RESIDENT       WORK                                                CHECK DT
  EMP NUMBER          SSN     ES           ----HOURS---- MS    EX  ST LOC       ST LOC                  (TO SICK - VAC)      NET CHECK CHECK NO
---------------------------------------------------------------------------------------------------------------------------------------------

000 000  048  95     11.250000      450.00         .00       450.00        26.25           27.90          6.52            60.00        314.93
VILLANUEVA, RAMON B                5557.50         .00      7190.56       559.95          445.81        104.26           720.00    06/18/2004
   69314071 0   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  1       40.00      .00  1        3   8            8   0                    .00      .00     314.93      10649018

                     11.250000      450.00  REGULAR
                                     40.00

          STATE TAX   LOCAL TAX      DI       COMMISS      MISC
 CUR        14.40        .00        .00          .00       60.00
 YTD       261.14        .00        .00      1633.06      720.00
---------------------------------------------------------------------------------------------------------------------------------------------
```

```
CO. NO.  2000  TRUGREEN LIMITED PARTNERSHIP                                                          REPORT    10    M&D PAYROLL SYSTEM
                                     PAYROLL AND DEDUCTION REGISTER AS OF 06/17/2004                  RUN ON 06/23/2004 AT 00:55:21
                                                                                                              REL 11.12.52 PAGE 7534
DIV  REG  PLT  DPT      RATE/AMT    CUR  REG        O/T        GROSS       FED TAX     OASDI TAX      HI TAX         TOT DED        NET PAY
  EMPLOYEE NAME                     YTD                               RESIDENT       WORK                                           CHECK DT
  EMP NUMBER            SSN     ES            ----HOURS---- MS   EX  ST LOC         ST LOC          (TD SICK - VAC)    NET CHECK  CHECK NO
-----------------------------------------------------------------------------------------------------------------------------------------------
000 000  048  95       11.250000     450.00         .00       621.33       51.95         38.53        9.01            60.00        438.26
VILLANUEVA, RAMON B                 6007.50         .00      7811.89      611.90        484.34      113.27           780.00     06/25/2004
  69314071 0    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  1        40.00      .00  1       3   8           8    0                .00      .00      438.26       10667695

                                     171.33  COMMISS

                       11.250000     450.00  REGULAR
                                      40.00

         STATE TAX   LOCAL TAX      DI       COMMISS     MISC
CUR        23.58        .00         .00       171.33      60.00
YTD       284.72        .00         .00      1804.39     780.00
-----------------------------------------------------------------------------------------------------------------------------------------------
```

TRU0076

CO. NO. 2000 TRUGREEN LIMITED PARTNERSHIP

REPORT 10 M&D PAYROLL SYSTEM
RUN ON 06/29/2004 AT 23:35:32
REL 11.12.52 PAGE 7369

PAYROLL AND DEDUCTION REGISTER AS OF 06/24/2004

| DIV REG PLT DPT / EMPLOYEE NAME / EMP NUMBER | RATE/AMT / SSN ES | CUR / YTD REG | O/T / ----HOURS---- MS | GROSS / RESIDENT / EX ST LOC | FED TAX / WORK / ST LOC | OASDI TAX | HI TAX / (TD SICK - VAC) | TOT DED / NET CHECK | NET PAY / CHECK DT / CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| 000 000 048 95 | 11.250000 | 450.00 | .00 | 743.74 | 70.31 | 46.11 | 10.79 | 60.00 | 526.15 |
| VILLANUEVA, RAMON B | | 6457.50 | .00 | 8555.63 | 682.21 | 530.45 | 124.06 | 840.00 | 07/02/2004 |
| 69314071 0 | 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 1 | 40.00 | .00 1 | 3 8 | 8 0 | | .00 .00 | 526.15 | 10690593 |
| | | 293.74 COMMISS | | | | | | | |
| | 11.250000 | 450.00 REGULAR | | | | | | | |
| | | 40.00 | | | | | | | |

| | STATE TAX | LOCAL TAX | DI | COMMISS | MISC |
|---|---|---|---|---|---|
| CUR | 30.38 | .00 | .00 | 293.74 | 60.00 |
| YTD | 315.10 | .00 | .00 | 2098.13 | 840.00 |

TRU0077