# Attachment 13

# TruGreen Payroll Documents
# Showing Yaphank, N.Y. Workers
# Paid on Compensation Plan Not By The Hour

**Source: TruGreen Document Production**
**August 2007**

Yaphank

CONFIDENTIAL
TRU 09087

2003

H2B




CONFIDENTIAL
TRU 09088

8/25/03 17:41:48

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | EDGAR GIBR G NARANJO | 34- 8/23 | 7200 | 1/7102 | BAS | 460.00 | | 11.92 | 10.10 | 11.22 | 7.79 | 10.45 | 8.54 | 60.02 | 675.48 |
| [redacted] | JULIO G VINCENT | 34- 8/23 | 7200 | 1/7102 | BAS | 460.00 | | 11.84 | 10.45 | 10.40 | 7.79 | 9.77 | 9.25 | 59.50 | 679.94 |
| [redacted] | OSCAR G VINCENT | 34- 8/23 | 7200 | 1/7102 | BAS | 460.00 | | 10.34 | 12.95 | 12.45 | 7.80 | 11.00 | 8.67 | 63.21 | 585.71 |
| [redacted] | JOSE D HERNANDEZ | 34- 8/23 | 7200 | 1/7102 | BAS | 475.20 | | 11.00 | 10.89 | 11.47 | 7.39 | 10.55 | 9.97 | 61.27 | 619.53 |
| [redacted] | AUGUSTIN L ZAVALA | 34- 8/23 | 7200 | 1/7102 | BAS | 475.20 | | 10.82 | 10.44 | 10.80 | 7.79 | 9.94 | 8.54 | 58.33 | 726.30 |

CONFIDENTIAL
TRU 09089

9/02/03 17:18:37

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EDGAR GIBR G NARANJO | 35- 8/30 | 7200 | 1/7102 | BAS | 460.00 | | 8.99 | 9.10 | 10.57 | 8.62 | 10.75 | 8.32 | 56.35 | 629.60 |
| | JULIO G VINCENT | 35- 8/30 | 7200 | 1/7102 | BAS | 460.00 | | 9.59 | 11.50 | 11.49 | 7.22 | 9.99 | 9.84 | 59.63 | 646.22 |
| | OSCAR G VINCENT | 35- 8/30 | 7200 | 1/7102 | BAS | 460.00 | | 11.49 | 11.50 | 11.49 | 10.20 | 11.20 | 9.84 | 65.72 | 563.57 |
| | JOSE A RIVERA | 35- 8/30 | 7200 | 1/7102 | BAS | 475.20 | | 10.12 | 10.19 | 5.72 | | | | 26.03 | 475.20 |
| | JOSE D HERNANDEZ | 35- 8/30 | 7200 | 1/7102 | BAS | 475.20 | | 10.05 | 11.84 | 10.87 | 8.69 | 8.24 | | 49.69 | 521.53 |
| | AUGUSTIN L ZAVALA | 35- 8/30 | 7200 | 1/7102 | BAS | 475.20 | | 9.24 | 9.35 | 8.89 | 11.54 | 10.72 | 8.32 | 58.06 | 594.33 |

Department 1 PRODUCTION LABOR TOTAL: 1939.32(HOURS) 24941.79

*$SALARY*
*$SALARY*
*$SALARY*
*$SALARY*

.25 357.50

Department 3 VEHICLE&EQUIP OPERAT TOTAL: 16.25(HOURS) 357.50

**Salaried employees amounts are not included in totals.**

**CONFIDENTIAL**
**TRU 09091**

A13-5

10/20/03 14:47:16

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | AUGUSTIN L ZAVALA | 42-10/18 | 7200 | 1/7102 | BAS | 475.20 | | 11.44 | 8.75 | 8.29 | 8.85 | 8.05 | 6.75 | 52.13 | 544.82 |
| [redacted] | EDGAR GIBR G NARANJO | 42-10/18 | 7200 | 1/7102 | BAS | 460.00 | | 11.44 | 8.75 | 8.29 | 8.85 | 7.72 | 6.75 | 51.80 | 525.21 |
| [redacted] | JULIO G VINCENT | 42-10/18 | 7200 | 1/7102 | BAS | 460.00 | | 11.30 | 11.27 | 9.82 | 9.55 | 7.90 | 7.05 | 56.89 | 562.54 |
| [redacted] | OSCAR G VINCENT | 42-10/18 | 7200 | 1/7102 | BAS | 460.00 | | 11.30 | 11.27 | 11.29 | 11.27 | 10.07 | 9.30 | 64.50 | 582.67 |

(Columns header "Hours Worked (Decimal)" spans MON through TOTAL.)

**Salaried employees amounts are not included in totals.**

CONFIDENTIAL
TRU 09093

10/27/03 13:23:24

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | AUGUSTIN L ZAVALA | 43-10/25 | 7200 | 1/7102 | BAS | 475.20 | | 9.05 | 9.05 | 9.75 | 9.20 | 9.39 | 7.20 | 53.64 | 625.42 |
| [redacted] | EDGAR GIBR G NARANJO | 43-10/25 | 7200 | 1/7102 | BAS | 460.00 | | 9.07 | 9.05 | 9.75 | 9.20 | 9.39 | 7.15 | 53.61 | 591.11 |
| [redacted] | JULIO G VINCENT | 43-10/25 | 7200 | 1/7102 | BAS | 460.00 | | 7.59 | 10.52 | 9.44 | 11.57 | 6.60 | | 45.72 | 488.78 |
| [redacted] | OSCAR G VINCENT | 43-10/25 | 7200 | 1/7102 | BAS | 460.00 | | 8.17 | 11.34 | 10.72 | 11.55 | 11.62 | 7.10 | 60.50 | 667.35 |
| [illegible] | DAVID W [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | RY* |
| [illegible] | [illegible] | | | | | [illegible] | | | | | | | | | RY* |

**Salaried employees amounts are not included in totals.**

CONFIDENTIAL
TRU 09095

A13-7

2004

H2B

11/29/04 15:33:49

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | AUGUSTIN ZAVALA | 48-11/27 | 7200 | 1/7102 | BAS | 542.80 | | 8.28 | 8.57 | 8.29 | 8.00 | 8.27 | 7.04 | 49.25 | 776.99 |
| [redacted] | EULALIO GONZALEZ RODRIG | 48-11/27 | 7010 | 1/7102 | BAS | 542.80 | | 8.30 | 6.30 | 7.30 | 8.00 | 7.30 | 7.30 | 45.30 | 738.29 |

**Salaried employees amounts are not included in totals.**

CONFIDENTIAL
TRU 09106

12/06/04 15:29:50

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Hours Worked (Minutes) | | | | | | | |
| [redacted] | AUGUSTIN ZAVALA | 49-12/04 | 7200 | 1/7102 | BAS | 542.80 | | 8.36 | 10.15 | 5.46 | 8.45 | 8.10 | 6.46 | 48.18 | 618.25 |
| [redacted] | EULALIO GONZALEZ RODRIG | 49-12/04 | 7010 | 1/7102 | BAS | 542.80 | | 8.30 | 7.30 | 7.30 | 7.30 | 7.30 | 5.30 | 44.00 | 685.18 |

**Salaried employees amounts are not included in totals.**

CONFIDENTIAL
TRU 09109

12/17/04 17:49:52

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | EULALIO GONZALEZ RODRIG | 51-12/18 | 7010 | 1/7102 | BAS | 542.80 | | 8.00 | 8.00 | | | | | 16.00 | 542.80 |

(Columns MON through TOTAL are under the heading "Hours Worked (Minutes)".)

*$SALARY*

Department 5 LAWN COMMERCIAL SLS TOTAL: (HOURS)

**Salaried employees amounts are not included in totals.**

CONFIDENTIAL
TRU 09113

A13-11

10/04/04 16:19:52

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | GERARDO M LOPEZ | 40-10/02 | 7010 | 1/7102 | BAS | 543.20 | | 10.90 | 11.65 | 11.47 | 11.59 | 10.57 | 10.90 | 67.08 | 725.95 |
| [illegible] | AUGUSTIN ZAVALA | 40-10/02 | 7200 | 1/7102 | BAS | 542.80 | | 10.79 | 10.84 | 11.55 | 9.97 | 10.02 | 7.49 | 60.66 | 1334.54 |
| [illegible] | EULALIO GONZALEZ RODRIG | 40-10/02 | 7010 | 1/7102 | BAS | 542.80 | | 10.99 | 13.32 | 12.09 | 12.82 | 12.94 | 9.09 | 71.25 | 773.08 |
| [illegible] | ANTONIO VELAZQUEZ RANGE | 40-10/02 | 7010 | 1/7102 | BAS | 542.80 | | 11.67 | 12.80 | 11.79 | 12.80 | 11.65 | 10.99 | 71.70 | 812.62 |

CONFIDENTIAL
TRU 09116

10/11/04 13:57:39

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | GERARDO M LOPEZ | 41-10/09 | 7010 | 1/7102 | BAS | 543.20 | | 11.47 | 9.84 | 11.89 | 11.55 | 11.47 | 9.87 | 66.09 | 681.29 |
| [redacted] | AUGUSTIN ZAVALA | 41-10/09 | 7200 | 1/7102 | BAS | 542.80 | | 10.12 | 9.49 | 9.24 | 9.69 | 9.04 | 7.94 | 55.52 | 1116.46 |
| [redacted] | EULALIO GONZALEZ RODRIG | 41-10/09 | 7010 | 1/7102 | BAS | 542.80 | | 11.57 | 8.52 | 11.19 | 11.62 | 13.10 | 10.17 | 66.17 | 757.84 |
| [redacted] | ANTONIO VELAZQUEZ RANGE | 41-10/09 | 7010 | 1/7102 | BAS | 542.80 | | 12.77 | 8.44 | 12.30 | 12.04 | 11.67 | 10.54 | 67.76 | 725.51 |

CONFIDENTIAL
TRU 09122

A13-13

7/26/04 16:57:22

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 New England Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | GERARDO M LOPEZ | 30- 7/24 | 7010 | 1/7102 | BAS | 543.20 | | 12.00 | 10.75 | 12.00 | 11.00 | 11.50 | 10.00 | 67.25 | 653.25 |
| [redacted] | CHRISTIAN SOTO | 30- 7/24 | 7010 | 1/7102 | BAS | 543.20 | | 12.75 | 12.00 | 12.50 | 12.50 | 8.25 | | 58.00 | 627.49 |
| [redacted] | ALBERTO ROSALES | 30- 7/24 | 7010 | 1/7102 | BAS | 543.20 | | 12.00 | 12.00 | 12.50 | 12.00 | 8.00 | | 56.50 | 622.52 |
| [redacted] | AUGUSTIN ZAVALA | 30- 7/24 | 7200 | 1/7102 | BAS | 542.80 | | 9.00 | 8.25 | 9.00 | 8.25 | 11.00 | 6.00 | 51.50 | 1158.50 |
| [redacted] | EULALIO GONZALEZ RODRIG | 30- 7/24 | 7010 | 1/7102 | BAS | 542.80 | | 12.25 | 12.00 | 12.00 | 11.50 | 10.50 | 11.00 | 69.25 | 701.72 |
| [redacted] | ANTONIO VELAZQUEZ RANGE | 30- 7/24 | 7010 | 1/7102 | BAS | 542.80 | | 12.50 | 12.50 | 12.00 | 11.00 | 12.75 | 10.25 | 71.00 | 661.30 |

CONFIDENTIAL
TRU 09126

2004

H2B

CONFIDENTIAL
TRU 09138

4/24/06 17:42:20

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 Northeast Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ---------- Hours Worked (Minutes) -------- | | | | | | | |
| [redacted] | AUGUSTIN ZAVALA | 16- 4/22 | 7200 | 1/7102 | BAS | 600.00 | | 10.00 | 10.52 | 11.02 | 11.32 | 11.26 | 10.43 | 65.35 | 736.72 |
| | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [redacted] | CESAR A AYALA | 16- 4/22 | 7200 | 1/7102 | BAS | 600.00 | | 9.30 | 10.24 | 9.30 | 10.30 | 10.30 | 8.30 | 58.54 | 696.26 |
| [redacted] | EULALIO R GONZALEZ | 16- 4/22 | 7200 | 1/7102 | BAS | 600.00 | | 9.53 | 10.40 | 11.14 | 10.01 | 10.56 | 10.05 | 62.49 | 718.45 |
| [redacted] | CLAUDIO SANTIAGO | 16- 4/22 | 7200 | 1/7102 | BAS | 600.00 | | 9.30 | 9.30 | 11.00 | 11.30 | 10.30 | 9.30 | 61.30 | 704.87 |
| [redacted] | DANIEL G VARGAS | 16- 4/22 | 7200 | 1/7102 | BAS | 600.00 | | 11.47 | 12.52 | 12.24 | 11.27 | 12.29 | 11.24 | 72.23 | 734.25 |
| [redacted] | JOSE S JUAREZ | 16- 4/22 | 7200 | 1/7102 | BAS | 600.00 | | 9.30 | 9.30 | 10.30 | 11.30 | 10.30 | 10.00 | 61.30 | 710.76 |

CONFIDENTIAL
TRU 09139

**Employee Name** Cesar Ayala

**04/24/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 3,750 00 |
| | Week Production Actual | | 494 00 |
| | | Variance | -3,256 00 |
| | | % To Goal | -86 83% |
| | | Weekly Base Salary | 600.00 |
| | | Production Commission | 0 00 |
| | **Enter ---->** | Month Retention Bonus | 0 00 |
| | **Sales & Pro** | | |
| Audited Sales Sign-up | 0 00 | Sales Commission 15% | 0 00 |
| Sales Sign-up Pro Comm | 0 00 | Sales Pro Comm 5% | 0 00 |
| Bene Sales Pro Comm | 0 00 | Bene Pro Comm 10% | 0 00 |
| | | **Sub-Pay** | 600.00 |
| | | Hours | 58.54 |
| | | Hourly | 10 25 |
| | | OT | 15 37 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 18.54 |
| | | Straight Pay | 409 98 |
| | | OT Pay | 285.04 |
| | | **Total Pay** | **695.01** |

Employee Print Name: ________________

Employee Sign and Date: [signature]

Manger Print Name: STAN SMOLENSKI

Manager Sign and Date: [signature] 4/24/06

CONFIDENTIAL
TRU 09142

**Employee Name** Jose Juarez

**04/24/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 3,750 00 |
| | Week Production Actual | | 3,220 00 |
| | | Variance | -530 00 |
| | | % To Goal | -14 13% |
| | | Weekly Base Salary | 600.00 |
| | | Production Commission | 0.00 |
| | **Enter ---->** | Month Retention Bonus | 0 00 |
| | **Sales & Pro** | | |
| Audited Sales Sign-up | 0.00 | Sales Commission 15% | 0.00 |
| Sales Sign-up Pro Comm | 0.00 | Sales Pro Comm 5% | 0 00 |
| Bene Sales Pro Comm | 0 00 | Bene Pro Comm 10% | 0.00 |
| | | **Sub-Pay** | 600 00 |
| | | Hours | 61.30 |
| | | Hourly | 9.79 |
| | | OT | 14 68 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 21 30 |
| | | Straight Pay | 391 52 |
| | | OT Pay | 312.72 |
| | | **Total Pay** | **704.24** |

Employee Print Name: Jose Solorzano Juarez

Employee Sign and Date: ____________________

Manger Print Name: STAN SMOLENSKI

Manager Sign and Date: [signature] 4/24/06

CONFIDENTIAL
TRU 09146

**Employee Name** Claudio Santiago

**04/24/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 3,750 00 |
| | Week Production Actual | | 0.00 |
| | | Variance | -3,750 00 |
| | | % To Goal | -100 00% |
| | | Weekly Base Salary | 600.00 |
| | | Production Commission | 0.00 |
| | **Enter ---->** | Month Retention Bonus | 0.00 |
| | **Sales & Pro** | | |
| Audited Sales Sign-up | 0.00 | Sales Commission 15% | 0.00 |
| Sales Sign-up Pro Comm | 0.00 | Sales Pro Comm 5% | 0.00 |
| Bene Sales Pro Comm | 0.00 | Bene Pro Comm 10% | 0.00 |
| | | **Sub-Pay** | 600.00 |
| | | Hours | 61.30 |
| | | Hourly | 9.79 |
| | | OT | 14.68 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 21.30 |
| | | Straight Pay | 391 52 |
| | | OT Pay | 312.72 |
| | | **Total Pay** | **704.24** |

Employee Print Name: [signature]

Employee Sign and Date:

Manger Print Name: STAN SMOLENSKI

Manager Sign and Date: [signature] 4/24/06

CONFIDENTIAL
TRU 09150

**Employee Name** Jose Juarez

**05/01/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 3,750.00 |
| | Week Production Actual | | 1,977.00 |
| | | Variance | -1,773 00 |
| | | % To Goal | -47.28% |
| | | Weekly Base Salary | 600.00 |
| | | Production Commission | 0 00 |
| | **Enter ---->** | Month Retention Bonus | 0.00 |
| | **Sales & Pro** | | |
| Audited Sales Sign-up | 0.00 | Sales Commission 15% | 0.00 |
| Sales Sign-up Pro Comm | 0.00 | Sales Pro Comm 5% | 0.00 |
| Bene Sales Pro Comm | 0.00 | Bene Pro Comm 10% | 0.00 |
| | | **Sub-Pay** | 600.00 |
| | | Hours | 45 21 |
| | | Hourly | 13 27 |
| | | OT | 19 91 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 5.21 |
| | | Straight Pay | 530 86 |
| | | OT Pay | 103.72 |
| | | **Total Pay** | **634.57** |

Employee Print Name: ______________________

Employee Sign and Date: termed

Manger Print Name: STAN SMOLENSKI

Manager Sign and Date: [signature] 5/01/06

CONFIDENTIAL
TRU 09158

**Employee Name** CLAUDIO SANTAGO

**05/01/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 3,750 00 |
| | Week Production Actual | | 0 00 |
| | | Variance | -3,750 00 |
| | | % To Goal | -100 00% |
| | | Weekly Base Salary | 600 00 |
| | | Production Commission | 0 00 |
| | **Enter ---->** | Month Retention Bonus | 0 00 |
| | **Sales & Pro** | | |
| Audited Sales Sign-up | 0 00 | Sales Commission 15% | 0 00 |
| Sales Sign-up Pro Comm | 0 00 | Sales Pro Comm 5% | 0 00 |
| Bene Sales Pro Comm | 0 00 | Bene Pro Comm 10% | 0.00 |
| | | **Sub-Pay** | 600.00 |
| | | Hours | 46 47 |
| | | Hourly | 12 91 |
| | | OT | 19 37 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 6 47 |
| | | Straight Pay | 516 46 |
| | | OT Pay | 125.31 |
| | | **Total Pay** | **641.77** |
| | | | 9.00 COMM SALES |
| | | | 650.77 |

Employee Print Name:

Employee Sign and Date: termed

Manger Print Name: STAN SMOLENSKI

Manager Sign and Date: [signature] 05/01/06

**CONFIDENTIAL**
**TRU 09161**

11/06/06 16:31:10

TruGreen*ChemLawn
BRANCH PAYROLL POSTING REGISTER

PAGE - 0001
PAY233

Company: 1 TruGreen*ChemLawn
Division: 056 Northeast Division
Region: 04 New York Region
Branch: 4521 Long Island

| SSN | Employee Name | Week | Job Code | Dpt/LD | H/ S/B | Rate/ Sal/Base | Tmp | MON | TUES | WED | THUR | FRI | SAT | TOTAL | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | PEDRO G MARTINEZ | 44-11/04 | 7200 | 1/7102 | BAS | 600.00 | | 10.00 | 10.00 | 10.00 | 10.30 | 10.00 | 10.15 | 60.45 | 911.50 |
| [redacted] | AUGUSTIN ZAVALA | 44-11/04 | 7200 | 1/7102 | BAS | 600.00 | | 9.33 | 10.49 | 8.36 | 9.44 | 8.40 | 7.46 | 55.08 | 816.98 |
| [redacted] | EULALIO R GONZALEZ | 44-11/04 | 7200 | 1/7102 | BAS | 600.00 | | 9.37 | 10.17 | 6.58 | 7.15 | 7.20 | 7.01 | 48.28 | 840.04 |
| [redacted] | DANIEL G VARGAS | 44-11/04 | 7200 | 1/7102 | BAS | 600.00 | | 10.23 | 9.54 | 8.06 | 9.29 | 9.16 | 7.49 | 54.57 | 906.08 |

CONFIDENTIAL
TRU 09163

A13-22

**Employee Name** Daniel Vargus

**11/06/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 4,500 00 |
| | Week Production Actual | | 7,830.00 |
| | | Variance | 3,330.00 |
| | | % To Goal | 74.00% |
| | | Weekly Base Salary | 600.00 |
| | | Production Commission | 133.20 |
| | **Enter ---->** | Month Retention Bonus | 0 00 |
| | **Sales & Pro** | | |
| Audited Sales Sign-up | 0 00 | Sales Commission 15% | 0 00 |
| Sales Sign-up Pro Comm | 0 00 | Sales Pro Comm 5% | 0 00 |
| Bene Sales Pro Comm | 0 00 | Bene Pro Comm 10% | 0.00 |
| | | **Sub-Pay** | 733.20 |
| | | Hours | 54 57 |
| | | Hourly | 13 44 |
| | | OT | 20 15 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 14 57 |
| | | Straight Pay | 537 44 |
| | | OT Pay | 293.64 |
| | | **Total Pay** | **831 08** |

75. — GPA

906.08

Employee Print Name: Daniel Garcia

Employee Sign and Date:

Manger Print Name: STAN SMOLENSKI

Manager Sign and Date: [signature] 11/06/06

**CONFIDENTIAL**
**TRU 09166**

**Employee Name** Augustin Zavalla

**11/24/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 3,600 00 |
| | Week Production Actual | | 3,942 00 |
| | | Variance | 342 00 |
| | | % To Goal | 9 50% |
| | | Weekly Base Salary | 600.00 |
| | | Production Commission | 6 84 |
| | Enter ----> | Month Retention Bonus | 0.00 |
| | **Sales & Pro** | | |
| Audited Sales Sign-up | 0 00 | Sales Commission 15% | 0 00 |
| Sales Sign-up Pro Comm | 0.00 | Sales Pro Comm 5% | 0 00 |
| Bene Sales Pro Comm | 0 00 | Bene Pro Comm 10% | 0.00 |
| | | **Sub-Pay** | 606.84 |
| | | Hours | 43 04 |
| | | Hourly | 14 10 |
| | | OT | 21 15 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 3 04 |
| | | Straight Pay | 563.98 |
| | | OT Pay | 64.29 |
| | | **Total Pay** | **628.27** |

Employee Print Name: ____________________

Employee Sign and Date: ____________________

Manger Print Name: STAN SMOLEWSKI

Manager Sign and Date: [signature] 11/24/06

CONFIDENTIAL
TRU 09174

**Employee Name** Pedro Martinez

**11/24/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 3,600.00 |
| | Week Production Actual | | 5,619.00 |
| | | Variance | 2,019.00 |
| | | % To Goal | 56.08% |
| | Weekly Base Salary | | 600.00 |
| | Production Commission | | 80.76 |
| **Enter ---->** | Month Retention Bonus | | 0.00 |

**Sales & Pro**

| | | | |
|---|---|---|---|
| Audited Sales Sign-up | 0.00 | Sales Commission 15% | 0.00 |
| Sales Sign-up Pro Comm | 0.00 | Sales Pro Comm 5% | 0.00 |
| Bene Sales Pro Comm | 0.00 | Bene Pro Comm 10% | 0.00 |
| | | **Sub-Pay** | 680.76 |
| | | Hours | 51.40 |
| | | Hourly | 13.24 |
| | | OT | 19.87 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 11.40 |
| | | Straight Pay | 529.77 |
| | | OT Pay | 226.48 |
| | | **Total Pay** | **756.25** |

Employee Print Name: ________________

Employee Sign and Date: ________________

Manger Print Name: STAN SMOLENSKI

Manager Sign and Date: [signature] 11/24/06

**CONFIDENTIAL**
**TRU 09176**

**Employee Name** Eulalio Gonzalez

**11/24/06**

*** Only complete yellow cells**

| | | | |
|---|---|---|---|
| | Week Production Goal | | 3,600.00 |
| | Week Production Actual | | 3,799.00 |
| | | Variance | 199 00 |
| | | % To Goal | 5 53% |
| | | Weekly Base Salary | 600.00 |
| | | Production Commission | 3.98 |
| | **Enter ---->** | Month Retention Bonus | 0 00 |
| | **Sales & Pro** | | |
| Audited Sales Sign-up | 0.00 | Sales Commission 15% | 0 00 |
| Sales Sign-up Pro Comm | 0.00 | Sales Pro Comm 5% | 0.00 |
| Bene Sales Pro Comm | 0.00 | Bene Pro Comm 10% | 0 00 |
| | | **Sub-Pay** | 603.98 |
| | | Hours | 47.34 |
| | | Hourly | 12.76 |
| | | OT | 19 14 |
| | | Straight Hrs | **40.00** |
| | | OT Hrs | 7 34 |
| | | Straight Pay | 510 33 |
| | | OT Pay | 140.47 |
| | | **Total Pay** | **650.80** |

Employee Print Name: ______________________

Employee Sign and Date: ______________________

Manger Print Name: STAN SMOLEWSKI

Manager Sign and Date: [signature] 11/24/06

**CONFIDENTIAL**
**TRU 09178**