A14-1

# Attachment 14

# Miscellaneous TruGreen Documents

**Source: TruGreen Document Production**

Page 1 of 1

## Main-Identity - Backup

**From:** "Ray, Joann" <JoAnnRay@trugreenmail.com>
**To:** "Tracy Drus - Great Lakes Labor (E-mail)" <greatlakeslabor@charter.net>
**Sent:** Friday, April 02, 2004 4:24 PM
**Subject:** FW: Hourly rate for Warminster

Just an update that one of the workers showed the branch manager that his employee disclosure shows $10.41 an hour. He is paying them $9.50.

> -----Original Message-----
> From: Ray, Joann
> Sent: Friday, April 02, 2004 9:55 AM
> To: Tracy Drus - Great Lakes Labor (E-mail)
> Cc: Ed Fee (E-mail)
> Subject: Hourly rate for Warminster
>
> Tracy,
>
> The workers at Warminster are trying to get over on the managers by insisting they were to be paid $10 - $11 an hour. The copy of the application I have for Warminster states they would be paid $9.00 an hour. The website shows $9.50. I know in the past the workers were given a sheet stating what they would be paid an hour and what deductions they would have taken out. Did Warminster's workers receive something that stated their hourly rate?
>
> Jo Ann Ray
> Human Resources Admin. Assistant
> joannray@trugreenmail.com
> Phone: 856-251-9425
> Fax: 856-853-0947
>
> Lawn Care 1903 & 1909
> LandCare 1644 & 1647
>
> The information contained in this electronic mail message, including any attachment(s), is confidential information intended only for the use of the recipient(s) identified above and may be legally privileged. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email or telephone (856-251-9425) and delete the original message without copying or disclosing it. Thank you for your cooperation.
>
>
>

[REDACTED stamp]

[Handwritten note: 4/6 w/ TK Joann will have branch mgr call me]

TRU07088

4/2/2004

A14-2