# Attachment 16

# Affidavit of Vivian Rapposelli

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

### Affidavit of Vivian Rapposelli

Now comes Vivian Rapposelli and states that, if she were called as a witness in this case, he would testify as follows:

1. My Name is Vivian Rapposelli. I am an attorney licensed to practice law in the states of Delaware and Pennsylvania. My business address is 1300 Grant Avenue, Suite 100, Wilmington, DE 19806. I am over 18 years of age and there is no legal impediment to my making this affidavit.

2. I am one of the counsel for Plaintiff in the above-captioned case and I make this affidavit in support of Plaintiff's motion for class certification.

3. I have been a member in good standing of the bar of Delaware since 1993 and the bar of Pennsylvania since 1994. I am admitted to practice before the United States Supreme Court, the United States Court of Federal Claims, and the United States District Court of Delaware. I am a member of the Delaware Bar Association, the Board of Governors for Delaware Trial Lawyers Association and the American Immigration Lawyers Association.

1

4. I was graduated *cum laude* from Widener University School of Law in 1993. From 1993 to 1996, I was employed by Delaware Volunteer Legal Services to represent indigent clients in family law matters involving domestic violence. I also served as an Adjunct Professor for the Widener University School of Law. In 1996, I worked as an associate for Ament, Lynch & Carr where my ability to speak Spanish, coupled with my pre-law experience in the health field allowed me to establish a Plaintiff/Claimant practice specializing in Personal Injury and Workers' Compensation. I joined the Personal Injury Section for the firm of Young, Conaway, Stargatt & Taylor in 2000.

5. In 2004, I started the firm of Rapposelli & Gonzales where my practice focuses on Personal Injury, Workers' Compensation and immigration cases – all focusing on an international client base. As sole principal of the firm, I am aware of the firm's financial resources.

6. My firm has the financial resources to represent the class in this matter and to advance any and all costs necessary to pay for this class action.

7. I believe that with my co-counsel, Edward Tuddenham, we have the experience and resources to act as class counsel and adequately represent the proposed class in this action.

8. I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 9/20/07

Vivian Rapposelli

2