IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA individually and on behalf of others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>TRUGREEN LIMITED PARTNERS and TRUGREEN, INC.<br><br>    Defendants. | CA 1:06-cv-00185-GMS<br><br>Class Action |

**MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES**

Now comes Plaintiff Ramon Villanueva, through his undersigned attorneys, and moves this Court to accept Plaintiff's Reply Brief in Support of Motion for Class Certification in its entirety despite the fact that it exceeds the twenty-page limit as set by Rule 7.1.3(d) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

While some of the issues raised, particularly regarding RICO, require more discussion than usual, Plaintiff is compelled to exceed the twenty-page limit to adequately respond to new issues raised by Defendants. Specifically, Defendants' Opposition to Class Certification contained approximately fourteen pages relating to jurisdictional issues that were not covered by

Plaintiff's original Motion for Class Certification therefore Plaintiff requires the additional pages to properly respond.

/s/ *Vivian L. Rapposelli*
Vivian L. Rapposelli
DE Bar No. 3204
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, DE 19806
Tel: 302-652-8711

Edward Tuddenham
TX Bar No. 20282300
153 Upland Rd.
Cambridge, MA 02140
Tel: 617-576-2182

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA
individually and on behalf of others similarly
situated,

    Plaintiff

v.

TRUGREEN LIMITED PARTNERS and
TRUGREEN, INC.

    Defendants.

CA 1:06-cv-00185-GMS

Class Action

## ORDER

The Court having considered the motion, the arguments of counsel and the record in this case is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED THIS _____ day of _____, 2007 that Plaintiff's Motion for Leave to File Brief in Excess of Twenty Pages be GRANTED.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

CETIFICATE OF SERVICE

      I, Vivian L. Rapposelli, Esquire, hereby certify that on September 21, 2007, I caused electronic copies of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES to be served via the Court's CM/ECF system to counsel for the defense:

      Michael P. Kelly, Esquire
      McCarter & English, LLP
      919 N. Market Street, Suite 1800
      P.O. Box 111
      Wilmington, DE  19899

      Sarah E. Bouchard, Esquire
      Morgan Lewis
      1701 Market Street
      Philadelphia, PA  19103

      */s/ Vivian L. Rapposelli*
      Vivian L. Rapposelli
      DE Bar No. 3204
      Rapposelli & Gonzales
      1300 Grant Ave., Suite 100
      Wilmington, DE  19806
      Tel: 302-652-8711

      Edward Tuddenham
      Tx Bar No. 20282300
      272 W. 107th St. #20A
      New York, NY  10025
      Tel: 212-866-6026

      ATTORNEYS FOR PLAINTIFF

Dated:  November 20, 2007