IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRUGREEN LIMITED PARTNERS, TRUGREEN, INC. AND JAMES VACCHIANO, <br><br> Defendants. | C.A. No. 1:06-cv-00185-GMS |

### STIPULATION AND PROPOSED ORDER REGARDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

COME NOW the above-named Plaintiff and Defendants (collectively, the "Parties") jointly requesting the Court issue an Order regarding the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint [D.I. 88] (the "Amended Complaint"), based on the following:

WHEREAS, Counsel for the Defendants is willing to accept service of process on behalf of all Defendants, including newly-added Defendant James Vacchiano,

WHEREAS, Plaintiff's counsel has agreed that Defendants shall have until April 4, 2008 to answer or otherwise respond to the Amended Complaint;

WHEREAS, the relief requested by this Stipulation and Proposed Order is being sought to promote prompt and efficient justice by permitting the Plaintiff to forego conventional service of process, while at the same time, promoting certainty by establishing a firm date upon which the Defendants shall answer or otherwise respond to the Amended Complaint;

ME1 7229834v.1

NOW THEREFORE, the Parties respectfully jointly request the Court enter an Order setting April 4, 2008 as the time for the Defendants to answer or otherwise respond to the Complaint.

| RAPPOSELLI & GONZALES | McCARTER & ENGLISH, LLP |
|---|---|
| /s/   Vivian L. Rapposelli | /s/   Daniel M. Silver |
| Vivian L. Rapposelli (# 3204) | Michael P. Kelly (# 2295) |
| vrapposelli@rcglaw.com | mkelly@mccarter.com |
| 1300 Grant Avenue, Suite 100 | Daniel M. Silver (# 4578) |
| Wilmington, DE  19806 | dsilver@mccarter.com |
| (302) 652-8711 | Renaissance Centre |
|  | 405 N. King Street, 8th Floor |
| Attorney for Plaintiff | Wilmington, DE  19801 |
|  | (302) 984-6300 |
| OF COUNSEL: |  |
|  | Attorneys for Defendants |
| Edward Tuddenham |  |
| TX Bar No. 20282300 |  |
| 153 Upland Road |  |
| Cambridge, MA  02140 |  |
| (617) 576-2182 |  |
|  |  |
| Dated:  March 20, 2008 | Dated:  March 20, 2008 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RAMON VILLANUEVA-BAZALDUA, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRUGREEN LIMITED PARTNERS, TRUGREEN, INC. AND JAMES VACCHIANO,<br><br>    Defendants. | C.A. No. 1:06-cv-00185-GMS |

**ORDER**

  IT IS HEREBY ORDERED this __ day of _____ 2008, for good cause shown, that the Defendants shall have until April 4, 2008, to answer or otherwise respond to the Amended Complaint in this action.

                       _____
                       Chief United States District Judge

ME1 7229834v.1