UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RAMON VILLANUEAVA-BAZALDUA,

    Plaintiff

v.                                        CA 1:06-cv-00185-GMS

TRUGREEN LIMITED PARTNERSHIP,
and TRUGREEN, INC., d/b/a TRUGREEN
CHEMLAWN,

    Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Now comes Plaintiff through his undersigned attorney and moves this Court for an extension of time of 14 days in order to respond to Defendants' Motion to Dismiss (DI 90) filed April 4, 2008. In support of this motion, Plaintiffs would show the Court as follows:

1. The parties have just begun to explore the possibility of settlement of this action and request this extension of time in order to allow the parties time to pursue those discussions without the necessity of incurring further attorneys fees.

2. Plaintiff's opposition to the motion to dismiss is currently due April 21, 2008. Plaintiff requests a two-week extension to May 5, 2008 to file their response.

3. Defendants do not oppose this motion.

4. The interests of justice will be served by granting this extension.

Respectfully submitted,

*/s/ Vivian L. Rapposelli*
Vivian L. Rapposelli
(DE Bar #: 3204)
Rapposelli & Gonzales
1300 Grant Ave., Suite 100
Wilmington, Delaware 19806
Tel: 302-652-8711

Edward Tuddenham
TX Bar No. 20282300
272 W. 107th St. #20A
New York, New York 10025
Tel: 212-866-6026

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RAMON VILLANUEAVA-BAZALDUA,

    Plaintiff

v.                                        **CA 1:06-cv-00185-GMS**

TRUGREEN LIMITED PARTNERSHIP,
and TRUGREEN, INC., d/b/a TRUGREEN
CHEMLAWN,

    Defendants.

_____/

**ORDER**

The Court having considered Plaintiff's Unopposed Motion for Extension of Time is of the opinion that the motion should be granted. It is, therefore,

ORDERED THIS _____ day of _____, 2008 that Plaintiff's Unopposed Motion for Extension of Time be GRANTED.

                                                        _____
                                                        GREGORY M. SLEET
                                                        UNITED STATES DISTRICT JUDGE

CETIFICATE OF SERVICE

      I, Vivian L. Rapposelli, Esquire, hereby certify that on April 16, 2008, I caused electronic copies of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME to be served via the Court's CM/ECF system to counsel for the defense:

Michael P. Kelly      Mkelly@mccarter.com
McCarter & English
Citizens Bank Building
919 N. Market St. 18th Floor
Wilmington, Delaware 19801

Michael Banks      sbouchard@morganlewis.com
Sarah Bouchard
Morgan Lewis
1701 Market St.
Philadelphia, Pa. 19103

                                                       /s/ *Vivian L. Rapposelli*
                                                       Vivian L. Rapposelli
                                                       DE Bar No. 3204
                                                       Rapposelli & Gonzales
                                                       1300 Grant Ave., Suite 100
                                                       Wilmington, DE 19806
                                                       Tel: 302-652-8711

                                                       Edward Tuddenham
                                                       Tx Bar No. 20282300
                                                      272 W. 107th St. #20A
                                                       New York, NY 10025
                                                       Tel: 212-866-6026

                                                       ATTORNEYS FOR PLAINTIFF