

# RAPPOSELLI & GONZALES
### ATTORNEYS AT LAW

VIVIAN L. RAPPOSELLI, DE & PA
PETER J. GONZALES, PA   ELIZABETH CORDEIRO-ROWE, PA & NJ

vrapposelli@rglaw.us

May 12, 2008

The Honorable Gregory M. Sleet
District Court of the State of Delaware
844 North King Street
Lockbox 19
Wilmington, DE 19801

    RE:    Villanueva v. TruGreen
              CA 1:06-cv-00185-GMS

Judge Sleet:

    I am writing to inform the Court that the parties have reached a tentative settlement. We are currently drafting the necessary documents which we hope to submit to the Court within the next two weeks. As a result of the settlement, the parties would request that the Court hold all pending matters in abeyance.

    Thank you for your attention to this matter.

                              RAPPOSELLI & GONZALES

                              Respectfully submitted,

                              VIVIAN L. RAPPOSELLI

VLR/em
cc:    Edward Tuddenham, Esquire
        Michael P. Kelly, Esquire
        Sarah Bouchard, Esquire

1300 GRANT AVE., SUITE 100, WILMINGTON, DE 19806   phone 302.652.8711   fax 302.652.8712
251 SOUTH CAMAC ST., PHILADELPHIA, PA 19107   phone 267.322.6776   fax 267.322.6775
WWW.RGLAW.US