IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAMON VILLANUEVA-BAZALDUA          :

    Plaintiff                                           :

    v.                                                      : Civil Action No. 06-185 GMS

TRUGREEN LIMITED PARTNERS, et al.   :

    Defendants                                    :

### **ORDER**

IT IS HEREBY ORDERED this 15th day of July, 2008:

The parties are directed to submit a status report regarding the above-captioned case no later than July 29, 2008.

                                            /s/
                                          GREGORY M. SLEET
                                          Chief, United States District Judge