

# RAPPOSELLI & GONZALES
### ATTORNEYS AT LAW

vrapposelli@rglaw.us

July 29, 2008

The Honorable Gregory M. Sleet
District Court of the State of Delaware
844 North King Street
Lockbox 19
Wilmington, DE 19801

    RE:   Villanueva v. TruGreen
            CA 1:06-cv-00185-GMS

Judge Sleet:

    As the Court is aware, the parties reached an agreement as to material terms to resolve this action. Since that time, the parties have worked diligently on the specific language of the settlement. We expect that we will be in a position to file the Stipulation by August 29, 2008.

                                        RAPPOSELLI & GONZALES

                                        Respectfully submitted,

                                        /s/ *Vivian L. Rapposelli*

                                        VIVIAN L. RAPPOSELLI

VLR/em
cc:   Edward Tuddenham, Esquire
       Michael P. Kelly, Esquire
       Sarah Bouchard, Esquire

1300 Grant Ave., Suite 100, Wilmington, DE 19806   phone 302.652.8711   fax 302.652.8712
251 South Camac St., Philadelphia, PA 19107   phone 267.322.6776   fax 267.322.6775
WWW.RGLAW.US