

## McCARTER ENGLISH
ATTORNEYS AT LAW

August 29, 2008

VIA HAND DELIVERY & CM/ECF

The Honorable Gregory M. Sleet
Chief District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Re: *Ramon Villanueva-Bazaldua v. TruGreen Limited Partners and TruGreen, Inc. d/b/a TruGreen Chemlawn,* Civil Action No. 06-185 (GMS)

Dear Judge Sleet:

We write to provide a status of finalizing the settlement in the above matter. Despite best efforts to obtain a final agreement by August 29, Defendants have not secured final internal approval for the Stipulation, and request until September 15th, 2008 to submit the Stipulation to the Court. Plaintiff does not oppose this request.

Respectfully submitted,

/s/ Daniel M. Silver

Daniel M. Silver (DE #4758)

aa

cc: All counsel of record (via CM/ECF)

Daniel M. Silver
Associate
T. 302.984.6331
F. 302.691.1260

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 7673991v.1